UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-612 |
|---|---|---|---|

United States of America

*versus*

Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, and Daniel Knight

| Lawyer's Name | John J. Liolos |
|---|---|
| Firm | United States Department of Justice |
| Street | 1400 New York Ave. NW |
| City & Zip Code | Washington, DC 20005 |
| Telephone & Email | 202-768-2246, john.liolos@usdoj.gov |
| Licensed: State & Number | New York, 5331053 |
| Federal Bar & Number | SDNY, JL5401 |

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/13/22   Signed: *John J. Liolos*

The state bar reports that the applicant's status is: **currently registered**

Dated: DEC 13 2022   Clerk's signature: *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge