**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD CONSTANTINESCU,**<br>　　**Defendant.** | Case No. 22-CR-00612 |

# **O R D E R**

HAVING CONSIDERED the Government's Motion to Modify Conditions of Release as to Defendant Edward Constantinescu, the COURT ORDERS a hearing on the matter set for December _____, 2022 at _____AM/PM and for all parties to attend.

　　Signed at Houston, Texas this the \_\_\_\_\_ day of _____, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE CHRISTINA BRYAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE