# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:22-mj-00996-DH All Defendants

| | |
|---|---|
| Case title: USA v. Constantinescu | Date Filed: 12/13/2022 |
| Other court case number: 4:22-CR-612(1) Southern District of Texas, Houston Division | Date Terminated: 12/13/2022 |

Assigned to: Judge Dustin M. Howell

### Defendant (1)
**Edward Constantinescu**
*TERMINATED: 12/13/2022*

**Pending Counts**          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**              **Disposition**
18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD; 18:1348.F SECURITIES FRAUD; 18:1957-5800.F ENGAGING IN MONETARY TRANSACTIONS

### Plaintiff
USA    represented by    **G. Karthik Srinivasan**
US Attorney's Office - Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

512-370-1253  
Fax: 512-916-5854  
Email: karthik.srinivasan@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2022 | 1 | Arrest (Rule 5 - Southern District of Texas, Houston Division) of Edward Constantinescu (jf) (Entered: 12/13/2022) |
| 12/13/2022 | 2 | Minute Entry for proceedings held before Judge Dustin M. Howell:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Edward Constantinescu held on 12/13/2022 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (afd) (Entered: 12/13/2022) |
| 12/13/2022 | 3 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICTWHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Edward Constantinescu. Signed by Judge Dustin M. Howell. (afd) (Entered: 12/13/2022) |
| 12/13/2022 | 4 | WAIVER - Rule 5/Rule 32.1 as to Edward Constantinescu. (afd) (Entered: 12/13/2022) |
| 12/13/2022 | 5 | ORDER Setting Conditions of Release. Signed by Judge Dustin M. Howell. (afd) (Entered: 12/13/2022) |
| 12/13/2022 | 6 | Notice to Southern District of Texas, Houston Division of a Rule 5, Rule 32, or Rule 40 Appearance as to Edward Constantinescu. Your case number is: 4:22-CR-612(1). Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (afd) (Entered: 12/13/2022) |