United States District Court
Southern District of Texas

**ENTERED**

December 15, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

Nathan Ochsner, Clerk of Court

| Division | Houston ⏷ | Case Number | 4:22-cr-612 |
|---|---|---|---|
| | United States of America | | |
| | *versus* | | |
| | Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, and Daniel Knight | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John J. Liolos<br>United States Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>202-768-2246, john.liolos@usdoj.gov<br>New York, 5331053<br>SDNY, JL5401 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/13/22 | Signed: *John J. Liolos* |
|---|---|

The state bar reports that the applicant's status is: *Currently registered*

Dated:   DEC 13 2022   Clerk's signature *Hannable*

| **Order** |
|---|

Dated: ___12/15/22___

This lawyer is admitted *pro hac vice.*

_____
United States District Judge