```
                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF TEXAS

                         HOUSTON DIVISION

UNITED STATES OF AMERICA,    .    CASE NO. 4:22-CR-612-7
                             .
           PLAINTIFF,        .
                             .
      V.                     .    HOUSTON, TEXAS
                             .    THURSDAY, JANUARY 5, 2023
MITCHELL HENNESSEY,          .    01:01 P.M. TO 01:04 P.M.
                             .
           DEFENDANT.        .
. . . . . . . . . . . . . . . .
```

### ARRAIGNMENT

### ALL PARTIES APPEARING VIA ZOOM

### BEFORE THE HONORABLE DENA H. PALERMO
### UNITED STATES MAGISTRATE JUDGE

```
     APPEARANCES:                    SEE NEXT PAGE

     ELECTRONIC RECORDING OFFICER: BRANDIS ISOM

     CASE MANAGER:                   CAROL FELCHAK

     OFFICIAL INTERPETER:            NONE PRESENT
```

### TRANSCRIPTION SERVICE BY:

**TRINITY TRANSCRIPTION SERVICES**
1081 Main Street
Surgoinsville, TN 37873
281-782-0802
[trinitytranscripts@aol.com](mailto:trinitytranscripts@aol.com)

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

**TRINITY TRANSCRIPTION SERVICES**

```
                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF TEXAS

                          HOUSTON DIVISION

UNITED STATES OF AMERICA,     .   CASE NO. 4:22-CR-612-7
                              .
          PLAINTIFF,           .
                              .
     V.                       .   HOUSTON, TEXAS
                              .   THURSDAY, JANUARY 5, 2023
MITCHELL HENNESSEY,           .   01:01 P.M. TO 01:04 P.M.
                              .
          DEFENDANT.          .
. . . . . . . . . . . . . . . .
UNITED STATES OF AMERICA,     .   CASE NO. 4:22-CR-612-5
                              .
          PLAINTIFF,           .
                              .
     V.                       .
                              .
STEFAN HRVATIN,               .
                              .
          DEFENDANT.          .
. . . . . . . . . . . . . . . .
```

ARRAIGNMENT

ALL PARTIES APPEARING VIA ZOOM

BEFORE THE HONORABLE DENA H. PALERMO
UNITED STATES MAGISTRATE JUDGE

Appearances:

**For the GOVERNMENT:**     THOMAS CARTER, III, ESQ.
                            Assistant United States Attorney
                            Office of the United States
                              Attorney
                            1000 Louisiana, Suite 2300
                            Houston, TX 77002


**TRINITY TRANSCRIPTION SERVICES**

<u>Appearances (continued)</u>:

**For the DEFENDANT:**         **LAURA M.K. CORDOVA, ESQ.**
                               **MICHAEL MURTHA, ESQ**
                               Jackson Walker LLP
                               1401 McKinney Street, Suite 1900
                               Houston, TX 77010

**PRETRIAL SERVICES:**         Sabrina Delgado

Transcription Service:         Cheryl L. Battaglia
                               Trinity Transcription Services
                               1081 Main Street
                               Surgoinsville, TN 37873

1

1 **Houston, Texas; Thursday, January 5, 2023; 01:01 p.m.**

2 **(All parties appearing telephonically)**

3 **THE COURT:** So in the case of *the United States of*

4 *America versus,* and I can't pronounce that name, *Eduardo*

5 *Constantinescu and others.* I don't know who's on that one.

6 Carol, is any -- who's on the -- who is being called

7 up on the Arraignment in that case?

8 **CASE MANAGER FELCHAK:** I can't tell that.

9 **THE COURT:** *Case Number 4:22-CR-612.* Who do I have

10 here on that case?

11 **MS. CORDOVA:** Your Honor, you have Laura Cordova on

12 Michael Murtha on behalf of Mitchell Hennessey.

13 **THE COURT:** Can you --

14 **CASE MANAGER FELCHAK:** Okay.

15 **THE COURT:** Can you unmute me? Am I unmuted?

16 **CASE MANAGER FELCHAK:** Yes.

17 **(Pause in the proceeding.)**

18 **THE COURT:** And who is the AUSA? Is it Mr. Carter?

19 **MR. CARTER:** Your Honor, I'll handle both Hennessey

20 and Hrvatin, the other -- the other Defendant is Mr. Stephen

21 Hrvatin.

22 **THE COURT:** Okay. And is he here? Is he on the

23 line? And is his -- his attorney on the line with him?

24 **MR. MALLETT:** Yes, your Honor. I'm Edward Mallett.

25 And I'm here with Mr. Hrvatin.

**TRINITY TRANSCRIPTION SERVICES**

1    **THE COURT:** Okay. Thank you. All right.

2    Okay. So, we're here for this case on a -- on an
3 arraignment, correct?

4    **MR. MALLETT:** That's correct.

5    **MS. CORDOVA:** Yes, your Honor.

6    **THE COURT:** All right. And do both counsel waive
7 formal reading of the charges in this case for their -- for
8 their clients?

9    **MS. CORDOVA:** Yes, your Honor.

10    **MR. MALLETT:** Yes, your Honor.

11    **THE COURT:** All right. So, where is Mr. Hennessey?
12 Is he on here somewhere? There he is.

13    **MS. CORDOVA:** I see him.

14    **THE COURT:** There you are.

15    **UNKNOWN FEMALE:** We have a -- we have a bit of a Zoom
16 issue with the naming, cause that is Mr. Hennessee.

17    **THE COURT:** Okay. So, Mr. Hennessey, can you unmute
18 yourself?

19    **DEFENDANT HENNESSEY:** Yes, your Honor.

20    **THE COURT:** Okay.

21    **DEFENDANT HENNESSEY:** Can you hear me?

22    **THE COURT:** I can hear you.

23    All right. So, I need to ask you a couple of
24 questions. Have you had an opportunity to discuss the charges
25 against you with your attorneys?

1      **DEFENDANT HENNESSEY:**  I -- yes, your Honor.

2      **THE COURT:**  And do you understand the charges that
3 have been brought against you in this case?

4      **DEFENDANT HENNESSEY:**  Yes.  Yes, your Honor.

5      **THE COURT:**  All right.  And are you ready to enter a
6 plea at this time?  Yes, or no?

7      **DEFENDANT HENNESSEY:**  Yes, your Honor.

8      **THE COURT:**  And how do you plead to the indictment?
9 Guilty or not guilty?

10     **DEFENDANT HENNESSEY:**  Not guilty, your Honor.

11     **THE COURT:**  Okay.  A not guilty plea has been entered
12 on your behalf.

13     Now, Mr. Hrvatin, is that -- did I say it right?

14     **DEFENDANT HRVATIN:**  Yes, your Honor.

15     **THE COURT:**  Okay.  And you are with your attorney
16 right now.  Can you tell me, have you had a chance to discuss
17 the charges against you with your attorney?

18     **DEFENDANT HRVATIN:**  Yes, your Honor.

19     **THE COURT:**  And do you understand the charges that
20 have been brought against you in this case?

21     **DEFENDANT HRVATIN:**  Yes, your Honor.

22     **THE COURT:**  And are you ready to enter a plea at this
23 time?  Yes or no?

24     **DEFENDANT HRVATIN:**  Yes, your Honor.

25     **THE COURT:**  How do you plead go the indictment?

1 Guilty or not guilty?

2      **DEFENDANT HRVATIN:**  Not guilty, your Honor.

3      **THE COURT:**  All right.  A not guilty plea has been
4 entered on both of your behalf.  Your case is pending before
5 Judge Hanen.  And it is scheduled for jury selection and trial
6 on October 23rd, 2023.  And that is at 9 a.m. in Judge Hanen's
7 courtroom.

8      There is a scheduling order in place on --on the
9 file.  It's Document Number 88.

10      **DEFENDANT HRVATIN:**  Thank you, your Honor.

11      **THE COURT:**  Anything else?  Anything else we need to
12 do at this time for these two Defendants?

13      **MS. CORDOVA:**  No, your Honor.

14      **MR. MALLETT:**  No, your Honor.

15      **MR. CARTER:**  Not for the state, your Honor,
16 Government.

17      **THE COURT:**  All right.  Then you're all excused.
18 Thank you for coming in.

19     **(This proceeding was adjourned at 01:04 p.m.)**

20

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

| | |
|---|---|
| /s/ *Cheryl L. Battaglia* | February 9, 2023 |
| Transcriber | Date |

4:22-CR-612-7

01/05/23 - 02/09/23