AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
FEB 14 2023
Nathan Ochsner, Clerk of Court

| United States of America, | ) | |
|---|---|---|
| v. | ) | |
| Edward Constantinescu | ) | Case No. 4:22-cr-0612-001 |
| aka Edward Constantin | ) | |
| *Defendant* | ) | |

142 Bentwater Bay Dr.
Montgomery, TX 77356

**SUMMONS IN A CRIMINAL CASE**

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. Courthouse<br>515 Rusk St.<br>Houston, TX | Courtroom No.: 702 |
|---|---|---|
| | | Date and Time: 2/14/2023 at 2:00 pm |

This offense is briefly described as follows:
Ct. 1: Conspiracy To Commit Securities, Fraud [18 USC § 1349]
Cts. 2-20: Securities Fraud [18 USC §§ 1348 & 2]
Ct. 21: Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity [18 USC § 1957

**Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.**

Date: 2/08/2023

/s/ A. Michael

A. Michael, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 2/13/2023

Shanna Nelson
*Server's signature*

Shanna Nelson, DUSM
*Printed name and title*

P/s via email, pls
see attached email
confirmation from attorney

**Nelson, Shanna (USMS)**

| | |
|---|---|
| **From:** | Adam Ford <aford@fordobrien.com> |
| **Sent:** | Monday, February 13, 2023 12:47 PM |
| **To:** | Nelson, Shanna (USMS) |
| **Subject:** | [EXTERNAL] Re: 4:22-cr-0612-001 |

confirmed

On Mon, Feb 13, 2023 at 1:41 PM Nelson, Shanna (USMS) <Shanna.Nelson@usdoj.gov> wrote:

> Hello,
>
> Per our conversation, please confirm receipt.
>
> Thank you,
>
> Deputy Shanna Nelson

--

Ford O'Brien Landy, LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com
(212) 858-0040 (office)
(646) 479-3810 (mobile)

1