# Exhibit 2







4