Exhibit 5





