# Exhibit 6







4

