# Exhibit 7





































