IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

### DEFENDANT EDWARD CONSTANTINESCU'S
### MOTION TO UNSEAL ECF 276

Defendant Edward Constantinescu ("Constantinescu") respectfully requests the court unseal ECF 276, his Motion to Modify bail conditions and permit any responsive briefs to be unsealed. Constantinescu filed the motion under seal and now wishes to unseal the document and make the document available on the public docket. ECF 276 does not contain any confidential information. The government does not oppose the relief requested.

Dated: June 2, 2023                                                                            Respectfully submitted,


                                                                                                          */s/* Matthew A. Ford
                                                                                                          Matthew A. Ford
                                                                                                          Texas Bar No. 24119390
                                                                                                          mford@fordobrien.com
                                                                                                          Cara J. Filippelli
                                                                                                          Texas Bar No. 2416183
                                                                                                          cfilippelli@fordobrien.com
                                                                                                          FORD O'BRIEN LANDY, LLP
                                                                                                          3700 Ranch Road 620 South, Suite B

1

Austin, Texas 78738
Telephone: (512)-503-6388
Facsimile: (212) 256-1047

*Attorneys for Defendant
Edward Constantinescu*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, a true and correct copy of the foregoing document was served electronically on all counsel of record via the Court's CM/ECF.

*/s/ Matthew A. Ford*
Matthew A. Ford
