IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, et al | § | |

## ORDER

Pending before the Court is Defendants' Motion to Compel Evidence Production (Doc. 290). The Court, having considered the motion, denies in part and grants in part. The Government may have until June 15, 2023 to complete its scheduled production. The Defendants are granted an extension to file reply briefs up to and including June 22, 2023.

SIGNED at Houston, Texas on this 12 day of June 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE