United States District Court
Southern District of Texas

**ENTERED**

June 14, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:22-CR-612-1 |
| | § | |
| EDWARD CONSTANTINESCU, | § | |
| *Defendant.* | § | |

### ORDER

Having considered the United States' Motion to Unseal the Court's order of May 23, 2023 in ECF filing #274 (Doc. No. 284) and the Defendants' opposition thereto (Doc. No. 300), this Court ORDERS that the motion is denied without prejudice as moot.

SIGNED at Houston, Texas this 14th day of June, 2023.

_____
Andrew S. Hanen
United States District Judge