22-10-14626

## CERTIFICATION OF DELINQUENT TAX RECORDS

My name is Kenneth Byrd. I am the Tax Assessor/Collector for the following tax units located in __Montgomery__ County, Texas. I collect the property taxes for _Montgomery County Municipal Utility District #18 & Standby Fees_, referred to below as "Tax Units".

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed this the __19th__ day of __May__, __2023__.

Kenneth Byrd, Tax Assessor/Collector for
_Montgomery County Municipal Utility District #18 and Standby Fees_

By _/s/ Kenneth Byrd_

☒ Tax Collector   ☐ Deputy



# Tax Statement

P. O. Box 73109
Houston, TX  77273
Telephone: (281) 444-3946

CONSTANTINESCU EDWARD  Taxpayer ID: 56673
299 W PINES DR  BA=Y
MONTGOMERY, TX 77356

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|
| **MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18** | | | |
| Legal: S261547 - BENTWATER 47, BLOCK 2, LOT 6 ACRES:0.000 GEO Code: 0026154701900    Client Property Code: R000122473 | | | |
| 2022 | $272.97 | $88.04 | $361.01 |
| Property 0026154701900 Subtotal --> | | | $361.01 |
| Legal: S261582 - BENTWATER 82, BLOCK 1, LOT 1 ACRES:0.000 GEO Code: 0026158200100    Client Property Code: R000123162 | | | |
| 2022 | $1,513.51 | $488.11 | $2,001.62 |
| Property 0026158200100 Subtotal --> | | | $2,001.62 |
| Legal: S261582 - BENTWATER 82, BLOCK 2, LOT 2 ACRES:0.000 GEO Code: 0026158202000    Client Property Code: R000123181 | | | |
| 2021 | $263.73 | $144.52 | $408.25 |
| 2022 | $309.74 | $99.89 | $409.63 |
| Property 0026158202000 Subtotal --> | | | $817.88 |
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 TOTAL --> | | | $3,180.51 |
| *Total If Paid By 6/30/2023* | | | $3,180.51 |

Tract 2    GEO Code: 0026154701900    Appraised Value    $104,990.00
Tract 1    GEO Code: 0026158200100    Appraised Value    $582,120.00
Tract 3    GEO Code: 0026158202000    Appraised Value    $119,130.00

# Tax Statement

P O Box 73109
Houston, TX 77273
Telephone: (281) 444-3946

CONSTANTINESCU EDWARD

299 W PINES DR
MONTGOMERY, TX 77356

Taxpayer ID: 56673

BA=Y

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| Tax Year | Tax Due | P and I | Total Due | |
|---|---|---|---|---|
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 STAND-BY FEES | | | | |
| Legal: S261547 - BENTWATER 47, BLOCK 2, LOT 6 ACRES:0.000  GEO Code: 0026154701900   Client Property Code: R000122473 | | | | |
| 2023 | $60.00 | $10.80 | $70.80 | est |
| Property 0026154701900 Subtotal --> | | | $70.80 | |
| Legal: S261582 - BENTWATER 82, BLOCK 1, LOT 1 ACRES:0.000  GEO Code: 0026158200100   Client Property Code: R000123162 | | | | |
| 2023 | $60.00 | $10.80 | $70.80 | est |
| Property 0026158200100 Subtotal --> | | | $70.80 | |
| Legal: S261582 - BENTWATER 82, BLOCK 2, LOT 2 ACRES:0.000  GEO Code: 0026158202000   Client Property Code: R000123181 | | | | |
| 2022 | $60.00 | $33.60 | $93.60 | * |
| 2023 | $60.00 | $10.80 | $70.80 | est |
| Property 0026158202000 Subtotal --> | | | $164.40 | |
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 STAND-BY FEES TOTAL --> | | | $306.00 | |
| Total If Paid By 6/30/2023 | | | $306.00 | |

| Tract 2 | GEO Code: 0026154701900 | Appraised Value | $104,990.00 |
| Tract 1 | GEO Code: 0026158200100 | Appraised Value | $582,120.00 |
| Tract 3 | GEO Code: 0026158202000 | Appraised Value | $119,130.00 |

* = Transaction has non-standard delinquency date.

Page 1

## CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**ANN HARRIS BENNETT**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
RYBARCZYK JOHN
RYBARCZYK MARIELA GISELLE
6917 WARWICK LN
SPRING, TX  77389-1539

**Legal Description:**
LT 36 BLK 1
SHADOW CREEK SOUTH SEC 2

**Account No:** 134-818-001-0036
As of Date:  06/30/2023     APPR. DIST#: 1348180010036

Legal Acres:  .0000
Parcel Address:  6917  W WARWICK LAKE LN
Print Date: 06/06/2023    Printed By: ACANTU
**2022** Value:  $239,830

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2022 | $239,830 | 17 | $2,949.91 | $442.49 | $0.00 | $3,392.40 |
| **TOTAL AMOUNT DUE:** | | | $2,949.91 | $442.49 | $0.00 | $3,392.40 |

**Tax Unit Codes:**
17   Klein I.S.D.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

## Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 17 | $2,949.91 | $442.49 | $0.00 | $3,392.40 |
| **TOTAL AMOUNT DUE:** | $2,949.91 | $442.49 | $0.00 | $3,392.40 |

CERTIFIED DELINQUENT TAX STATEMENT DETAIL



ANN HARRIS BENNETT
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON, SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**
RYBARCZYK JOHN
RYBARCZYK MARIELA GISELLE
6917 WARWICK LN
SPRING, TX   77389-1539

**Legal Description:**
LT 36 BLK 1
SHADOW CREEK SOUTH SEC 2

**Account No:** 134-818-001-0036
As of Date:   06/30/2023     APPR. DIST#: 1348180010036

Legal Acres:          .0000
Parcel Address:   6917  W WARWICK LAKE LN
Print Date:       06/06/2023     Printed By:   ACANTU
**2022 Value:**       $239,830



STATE OF TEXAS
COUNTY OF HARRIS
I, ANN HARRIS BENNETT, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this 6th day of June, 2023.


ANN HARRIS BENNETT
Tax Assessor-Collector
Harris County Texas


By: _A Cantu_____
                  Deputy

## CERTIFICATION OF DELINQUENT TAX RECORDS

My name is Tim Spencer. I am the Tax Assessor - Collector for the following tax units located in HARRIS County, Texas. I collect the property taxes for HARRIS-MONTGOMERY COUNTIES MUNICIPAL UTILITY DISTRICT # 386, referred to below as "Tax Units".

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed on _____May 23_____, 2023.

(Seal)

Tim Spencer, Tax Collector for
HARRIS-MONTGOMERY COUNTIES MUNICIPAL
UTILITY DISTRICT # 386

By_____
[X] Tax Collector    [ ] Deputy

# Tax Statement

822 West Pasadena Blvd.
Deer Park, TX  77536
Telephone: (281) 479-7798

RYBARCZYK JOHN JOSEPH III & MARIELA  
6913 W WARWICK LAKE LN  
SPRING, TX  77389-1539

Taxpayer ID: 392949

**IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.**

| Cause Number | Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|---|
| HARRIS-MONTGOMERY COUNTIES MUNICIPAL UTILITY DISTRICT # 386 | | | | |
| Legal: LT 4 BLK 1 THE WOODLANDS CARLTON WOODS CREEKSIDE 2    IN THE VILLAGE OF CREEKSIDE PARK | | | | |
| GEO Code: 1255110010004            Client Property Code: 6112 | | | | |
| | 2022 | $5,400.00 | $810.00 | $6,210.00 |
| Property 1255110010004 Subtotal --> | | | | $6,210.00 |

| HARRIS-MONTGOMERY COUNTIES MUNICIPAL UTILITY DISTRICT # 386 TOTAL --> | $6,210.00 |
|---|---|
| Total If Paid By 6/30/2023 | $6,210.00 |

Page 1