*Privileged and Confidential*
*Subject to Protective Order*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY, and<br>DANIEL KNIGHT,<br><br>Defendants. | Case No. 4:22-cr-612-S |

**DECLARATION OF MARIA E. GARIBOTTI, PH.D.**

**JUNE 15, 2023**

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 85 | CATB | 12/2/2020 | 12/2/2020 | $ - | $ - | $ - | $ 2,139 | $ - | $ - | $ (24) | $ - | $ - | $ 2,115 |
| 86 | CATB | 1/29/2021 | 1/29/2021 | $ 512,564 | $ (7,827) | $ - | $ 19,884 | $ - | $ - | $ (74) | $ - | $ (26) | $ 524,521 |
| 87 | CBAT | 9/14/2020 | 9/16/2020 | $ - | $ 13,926 | $ 4,193 | $ (96) | $ - | $ 2,647 | $ - | $ - | $ - | $ 20,671 |
| 88 | CBAT | 10/5/2020 | 10/5/2020 | $ - | $ - | $ 961 | $ 459 | $ - | $ 561 | $ - | $ - | $ - | $ 1,981 |
| 89 | CBAT | 11/10/2020 | 11/19/2020 | $ - | $ - | $ 653 | $ 690 | $ - | $ - | $ - | $ (206) | $ - | $ 1,137 |
| 90 | CBAT | 12/21/2020 | 12/28/2020 | $ - | $ - | $ 12,123 | $ - | $ - | $ 5,291 | $ - | $ - | $ - | $ 17,414 |
| 91 | CBAT | 1/6/2021 | 2/23/2021 | $ 132,273 | $ 18,419 | $ 412,224 | $ 50,189 | $ 15,681 | $ 3,774 | $ 1,077 | $ 182 | $ 2,597 | $ 636,416 |
| 92 | CEI | 9/29/2020 | 10/30/2020 | $ 155,157 | $ 18,722 | $ 44,649 | $ 12,366 | $ 2,951 | $ 8,136 | $ - | $ (442) | $ - | $ 241,540 |
| 93 | CEI | 11/12/2020 | 11/18/2020 | $ - | $ 13,670 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,670 |
| 94 | CEI | 8/3/2021 | 11/30/2021 | $ 4,767,466 | $ 35,192 | $ 7,902 | $ (43,079) | $ 4,058 | $ 16,743 | $ (5,344) | $ 316,692 | $ 1,664 | $ 5,101,292 |
| 95 | CHEK | 6/30/2020 | 7/2/2020 | $ - | $ - | $ 300 | $ 65 | $ 37 | $ (58) | $ - | $ - | $ 265 | $ 610 |
| 96 | CHEK | 9/4/2020 | 9/4/2020 | $ - | $ 1,792 | $ 1,123 | $ - | $ - | $ (82) | $ - | $ - | $ - | $ 2,833 |
| 97 | CHEK | 12/31/2020 | 1/4/2021 | $ 414,318 | $ - | $ - | $ 952 | $ - | $ (284) | $ - | $ - | $ - | $ 414,986 |
| 98 | CHEK | 3/15/2021 | 3/15/2021 | $ 65,496 | $ - | $ - | $ 17,100 | $ 3,456 | $ (3,029) | $ 1,113 | $ - | $ 294 | $ 84,432 |
| 99 | CNTX | 10/20/2021 | 12/21/2021 | $ 2,194,903 | $ 479,961 | $ 8,619 | $ 24,862 | $ (10,815) | $ 14,890 | $ 12,522 | $ 18,452 | $ 17,713 | $ 2,761,107 |
| 100 | COMS | 2/11/2021 | 2/23/2021 | $ - | $ 20,836 | $ 88,529 | $ 74,830 | $ (12,861) | $ 34,542 | $ 1,082 | $ - | $ 433 | $ 207,391 |
| 101 | COMS | 10/25/2021 | 10/25/2021 | $ - | $ - | $ 1,649 | $ - | $ - | $ 196 | $ 6,463 | $ - | $ - | $ 8,308 |
| 102 | COMS | 3/22/2022 | 3/28/2022 | $ - | $ - | $ 1,353 | $ 6,393 | $ - | $ 135 | $ 8,065 | $ - | $ - | $ 15,946 |
| 103 | CSCW | 12/24/2020 | 12/30/2020 | $ 226,217 | $ 96,873 | $ 4,320 | $ (632) | $ - | $ 4,946 | $ - | $ - | $ - | $ 331,725 |
| 104 | CSCW | 3/24/2021 | 3/24/2021 | $ - | $ - | $ 34,820 | $ 16,271 | $ - | $ (994) | $ 4,495 | $ - | $ - | $ 54,593 |
| 105 | CSCW | 3/31/2021 | 3/31/2021 | $ - | $ - | $ - | $ 13,919 | $ 3,266 | $ - | $ 3,245 | $ - | $ 1,898 | $ 22,328 |
| 106 | CSCW | 4/27/2021 | 4/27/2021 | $ - | $ - | $ 1,534 | $ 826 | $ - | $ - | $ 110 | $ - | $ - | $ 2,470 |
| 107 | CSCW | 2/17/2022 | 2/17/2022 | $ - | $ - | $ - | $ (713) | $ - | $ - | $ 1,584 | $ - | $ - | $ 871 |
| 108 | CVM | 8/6/2021 | 8/6/2021 | $ - | $ - | $ 3,574 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,574 |
| 109 | CXDC | 10/26/2021 | 10/27/2021 | $ - | $ 426,662 | $ 1,268 | $ - | $ - | $ - | $ - | $ 547 | $ - | $ 428,477 |
| 110 | CYN | 10/21/2021 | 10/22/2021 | $ - | $ 2,649 | $ 10,503 | $ 19,560 | $ 10,663 | $ (1,390) | $ 35,350 | $ - | $ 2,542 | $ 79,878 |
| 111 | DATS | 8/13/2021 | 10/26/2021 | $ 6,232,845 | $ 68,175 | $ 11,874 | $ (12,248) | $ 27,857 | $ 1,500 | $ (17,418) | $ (14,134) | $ 5,542 | $ 6,303,993 |
| 112 | DBGI | 5/14/2021 | 5/28/2021 | $ 84,140 | $ 57,447 | $ 2,994 | $ 2,556 | $ - | $ 3,073 | $ - | $ - | $ - | $ 150,210 |
| 113 | DBGI | 6/10/2021 | 7/8/2021 | $ - | $ 1,029,191 | $ 23,878 | $ 39,733 | $ 6,481 | $ 21,468 | $ 14,179 | $ - | $ 118 | $ 1,135,047 |
| 114 | DBGI | 7/13/2021 | 8/12/2021 | $ - | $ 136,181 | $ - | $ - | $ - | $ 42,513 | $ - | $ - | $ - | $ 178,694 |
| 115 | DBGI | 10/28/2021 | 10/28/2021 | $ 3,863 | $ - | $ 26,672 | $ 10,166 | $ 170 | $ 1,594 | $ 15,671 | $ - | $ - | $ 58,135 |
| 116 | DLPN | 6/3/2020 | 6/19/2020 | $ 60,590 | $ - | $ 3,318 | $ 160 | $ - | $ 514 | $ - | $ - | $ - | $ 64,583 |
| 117 | DLPN | 10/16/2020 | 10/19/2020 | $ - | $ - | $ 4,859 | $ 3,811 | $ 2,676 | $ - | $ - | $ - | $ - | $ 11,346 |
| 118 | DLPN | 1/12/2021 | 1/12/2021 | $ 52,603 | $ 38,107 | $ 30,344 | $ - | $ - | $ - | $ - | $ - | $ - | $ 121,054 |
| 119 | DLPN | 2/11/2021 | 2/12/2021 | $ - | $ 88,654 | $ - | $ - | $ - | $ 13,957 | $ 760 | $ - | $ - | $ 103,372 |
| 120 | DLPN | 4/23/2021 | 4/29/2021 | $ - | $ - | $ 24,847 | $ 11,554 | $ - | $ 224 | $ 2,033 | $ - | $ 104 | $ 38,761 |
| 121 | DLPN | 8/26/2021 | 8/26/2021 | $ - | $ 9,577 | $ 8,628 | $ 20,605 | $ - | $ (974) | $ 4,690 | $ - | $ - | $ 42,527 |
| 122 | DLPN | 10/27/2021 | 10/27/2021 | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,305 | $ - | $ - | $ 7,305 |
| 123 | EARS | 4/8/2021 | 4/8/2021 | $ - | $ 40,006 | $ 4,960 | $ 12,212 | $ - | $ 1,646 | $ 2,900 | $ - | $ 1,279 | $ 63,002 |
| 124 | EARS | 6/3/2021 | 6/3/2021 | $ - | $ (3,137) | $ 9,713 | $ 23,386 | $ - | $ - | $ 1,322 | $ - | $ - | $ 31,284 |
| 125 | EXPR | 1/22/2021 | 1/27/2021 | $ 3,449,364 | $ - | $ 6,171 | $ 2,109 | $ - | $ 2,907 | $ (22) | $ - | $ - | $ 3,460,530 |
| 126 | EXPR | 3/8/2021 | 3/10/2021 | $ - | $ - | $ 13,310 | $ 9,689 | $ - | $ 1,124 | $ 1,339 | $ 480 | $ - | $ 25,942 |

*Privileged and Confidential*
*Subject to Protective Order*

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Panel A: Total Profit (Loss) |||||||||||||||
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| Panel B: Profit (Loss) by At-Issue Trading Episode |||||||||||||||
| 211 | METX | 10/16/2020 | 10/16/2020 | $ - | $ - | $ 837 | $ - | $ - | $ - | $ - | $ - | $ - | $ 837 |
| 212 | METX | 12/17/2020 | 12/21/2020 | $ (3,422) | $ 3,879 | $ 2,424 | $ - | $ - | $ 741 | $ - | $ - | $ - | $ 3,622 |
| 213 | METX | 2/4/2021 | 2/5/2021 | $ - | $ 22,520 | $ (2,188) | $ 8,141 | $ - | $ 3,979 | $ - | $ - | $ - | $ 32,451 |
| 214 | METX | 3/12/2021 | 3/17/2021 | $ 68,642 | $ (14,016) | $ - | $ 12,619 | $ - | $ 4,396 | $ 371 | $ - | $ - | $ 72,013 |
| 215 | METX | 4/16/2021 | 5/6/2021 | $ - | $ (11,116) | $ 6,847 | $ 12,801 | $ - | $ 741 | $ (868) | $ - | $ - | $ 8,406 |
| 216 | METX | 9/29/2021 | 9/30/2021 | $ - | $ - | $ 2,367 | $ - | $ - | $ 445 | $ - | $ - | $ - | $ 2,811 |
| 217 | METX | 10/12/2021 | 10/29/2021 | $ (26,823) | $ 311,881 | $ 330 | $ - | $ (12,596) | $ 4,477 | $ 3,746 | $ 145,203 | $ 59 | $ 426,278 |
| 218 | METX | 11/5/2021 | 11/11/2021 | $ 200,042 | $ - | $ 21,909 | $ 6,353 | $ 30,520 | $ 10 | $ 18,786 | $ 996 | $ 11,235 | $ 289,851 |
| 219 | METX | 3/15/2022 | 3/15/2022 | $ - | $ - | $ - | $ - | $ - | $ 24 | $ 2,708 | $ - | $ - | $ 2,731 |
| 220 | MFH | 10/16/2020 | 10/21/2020 | $ (428) | $ - | $ 7,561 | $ 2,011 | $ - | $ 1,051 | $ (22) | $ - | $ (65) | $ 10,110 |
| 221 | MFH | 3/22/2021 | 3/23/2021 | $ 34,633 | $ - | $ 7,391 | $ 34,740 | $ 27,445 | $ - | $ (2,364) | $ - | $ (349) | $ 101,496 |
| 222 | MGLD | 3/10/2022 | 4/11/2022 | $ 347,708 | $ 22,805 | $ - | $ - | $ - | $ 760 | $ - | $ 2,415 | $ - | $ 373,688 |
| 223 | MITQ | 7/26/2021 | 7/26/2021 | $ - | $ 7,409 | $ - | $ 15,148 | $ - | $ - | $ 29,229 | $ - | $ - | $ 51,786 |
| 224 | MKD | 3/2/2022 | 3/29/2022 | $ 199,309 | $ - | $ 49 | $ 2,371 | $ - | $ 2,855 | $ 7,550 | $ 1,208 | $ - | $ 213,343 |
| 225 | MTSL | 6/19/2020 | 6/23/2020 | $ 98,776 | $ - | $ 2,448 | $ 110 | $ - | $ (80) | $ - | $ - | $ - | $ 101,254 |
| 226 | MTSL | 4/16/2021 | 4/16/2021 | $ - | $ - | $ 3,849 | $ 7,368 | $ (822) | $ - | $ - | $ - | $ - | $ 10,395 |
| 227 | MTSL | 6/29/2021 | 7/22/2021 | $ - | $ 441,747 | $ 33,269 | $ 158,004 | $ - | $ 37,820 | $ 38,887 | $ - | $ - | $ 709,729 |
| 228 | MULN | 11/2/2021 | 11/12/2021 | $ 994,686 | $ 69,755 | $ - | $ - | $ - | $ - | $ - | $ 31 | $ - | $ 1,064,471 |
| 229 | MYSZ | 10/26/2021 | 11/2/2021 | $ 1,133,399 | $ (48,538) | $ 5,037 | $ 16,814 | $ 27,612 | $ - | $ 21,678 | $ 1,878 | $ 17,091 | $ 1,174,969 |
| 230 | NAKD | 7/24/2020 | 7/27/2020 | $ - | $ 8,311 | $ (512) | $ 65 | $ - | $ - | $ - | $ - | $ - | $ 7,865 |
| 231 | NAKD | 9/24/2020 | 9/25/2020 | $ 12,682 | $ 6,054 | $ - | $ - | $ - | $ 955 | $ - | $ 18 | $ - | $ 19,709 |
| 232 | NAKD | 1/4/2021 | 1/28/2021 | $ 9,615,201 | $ 824,672 | $ 76,420 | $ 20,734 | $ - | $ 82,758 | $ (64) | $ 4,873 | $ 724 | $ 10,625,319 |
| 233 | NAKD | 2/8/2021 | 2/12/2021 | $ 86,730 | $ 121,590 | $ 233,278 | $ 34,093 | $ - | $ 39,082 | $ 2,839 | $ (700) | $ 4,538 | $ 521,450 |
| 234 | NAKD | 3/24/2021 | 3/25/2021 | $ - | $ (421) | $ 16,611 | $ - | $ - | $ 9,396 | $ - | $ 931 | $ - | $ 26,518 |
| 235 | NAKD | 4/29/2021 | 5/6/2021 | $ 39,399 | $ 80,079 | $ 85,420 | $ 56,979 | $ 1,990 | $ 6,867 | $ 7,173 | $ 2,034 | $ (2,231) | $ 277,709 |
| 236 | NAKD | 9/24/2021 | 10/4/2021 | $ - | $ 160,645 | $ 12,139 | $ 54,357 | $ - | $ 1,860 | $ 7,887 | $ - | $ - | $ 236,888 |
| 237 | NETE | 10/13/2020 | 10/14/2020 | $ 27,309 | $ 3,537 | $ 11,376 | $ 3,807 | $ - | $ 1,511 | $ - | $ - | $ - | $ 47,539 |
| 238 | NETE | 11/13/2020 | 11/13/2020 | $ 16,563 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,563 |
| 239 | NETE | 11/16/2020 | 11/25/2020 | $ 35,523 | $ 1,160 | $ 13,327 | $ 580 | $ - | $ 1,483 | $ - | $ 1,572 | $ 9 | $ 53,655 |
| 240 | NETE | 2/10/2021 | 2/19/2021 | $ 134,899 | $ - | $ 72,638 | $ 12,092 | $ - | $ 7,999 | $ 1,200 | $ - | $ 1,135 | $ 229,962 |
| 241 | NETE | 4/6/2021 | 4/6/2021 | $ - | $ - | $ 3,705 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,705 |
| 242 | NETE | 8/20/2021 | 8/24/2021 | $ - | $ - | $ 13,482 | $ 3,478 | $ - | $ (205) | $ - | $ - | $ - | $ 16,756 |
| 243 | NOVN | 3/2/2021 | 3/2/2021 | $ 34,748 | $ 23,252 | $ - | $ 1,004 | $ - | $ 6,602 | $ - | $ - | $ - | $ 65,606 |
| 244 | NOVN | 5/13/2021 | 5/13/2021 | $ - | $ 15,155 | $ - | $ 1,614 | $ - | $ - | $ - | $ - | $ - | $ 16,769 |
| 245 | NOVN | 6/14/2021 | 6/15/2021 | $ 158,084 | $ 72,889 | $ 3,180 | $ 6,875 | $ - | $ (2,541) | $ 4,692 | $ 1,758 | $ - | $ 244,937 |
| 246 | NTEC | 2/2/2021 | 2/3/2021 | $ 26,659 | $ (5,812) | $ 53,788 | $ 30,670 | $ - | $ (893) | $ 674 | $ - | $ - | $ 105,087 |
| 247 | NTEC | 2/10/2021 | 2/10/2021 | $ - | $ - | $ 13,099 | $ 5,575 | $ 5,414 | $ - | $ - | $ - | $ - | $ 24,087 |
| 248 | NTEC | 5/10/2021 | 5/11/2021 | $ - | $ 72,004 | $ 891 | $ - | $ - | $ - | $ 708 | $ - | $ 969 | $ 74,571 |
| 249 | NTRB | 10/1/2021 | 10/12/2021 | $ 1,483,799 | $ 80,337 | $ (23,559) | $ 10,376 | $ (10,016) | $ (2,328) | $ (4,387) | $ - | $ 154 | $ 1,534,377 |
| 250 | NXTD | 7/2/2020 | 7/2/2020 | $ - | $ - | $ 1,733 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,733 |
| 251 | NXTD | 12/1/2020 | 2/19/2021 | $ 333,214 | $ 14,093 | $ 42,365 | $ 41,128 | $ - | $ 10,410 | $ (15) | $ - | $ (16) | $ 441,181 |
| 252 | NXTD | 3/9/2021 | 3/10/2021 | $ - | $ - | $ 28,210 | $ 16,586 | $ - | $ 1,316 | $ 3,842 | $ - | $ 5,256 | $ 55,210 |

Privileged and Confidential
Subject to Protective Order

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Panel A: Total Profit (Loss)** | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| | | | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | |
| 295 | PPSI | 11/8/2021 | 11/12/2021 | $ - | $ - | $ 27,095 | $ 92,278 | $ 17,137 | $ 3,514 | $ 22,292 | $ - | $ - | $ 162,317 |
| 296 | PPSI | 11/17/2021 | 11/17/2021 | $ - | $ - | $ - | $ 24,892 | $ - | $ - | $ (8,235) | $ - | $ - | $ 16,657 |
| 297 | PPSI | 12/21/2021 | 12/21/2021 | $ - | $ - | $ - | $ 1,150 | $ - | $ 419 | $ 338 | $ - | $ - | $ 1,907 |
| 298 | PRFX | 11/3/2020 | 11/4/2020 | $ (5,357) | $ 24,186 | $ (1,851) | $ - | $ - | $ 862 | $ - | $ - | $ - | $ 17,840 |
| 299 | PRFX | 7/13/2021 | 7/30/2021 | $ - | $ 705,979 | $ 4,539 | $ 45,842 | $ - | $ 2,082 | $ 17,949 | $ - | $ - | $ 776,390 |
| 300 | REDU | 4/8/2021 | 4/8/2021 | $ - | $ - | $ 9,021 | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,021 |
| 301 | REDU | 10/15/2021 | 10/26/2021 | $ - | $ 391,179 | $ (1,797) | $ 38,681 | $ - | $ 464 | $ 2,185 | $ 40,356 | $ (73) | $ 470,995 |
| 302 | RGLS | 6/11/2020 | 7/30/2020 | $ 9,935 | $ 14,307 | $ 5,479 | $ 1,266 | $ 3,958 | $ 6,238 | $ - | $ - | $ 658 | $ 41,842 |
| 303 | RGLS | 3/11/2021 | 3/12/2021 | $ - | $ 91,749 | $ 38,829 | $ 69,412 | $ 74,976 | $ 1,979 | $ 16,761 | $ - | $ 8,865 | $ 302,572 |
| 304 | RGLS | 6/3/2021 | 6/10/2021 | $ - | $ 17,131 | $ 64,246 | $ 56,058 | $ 19,952 | $ (19,464) | $ 18,567 | $ - | $ 8,285 | $ 164,776 |
| 305 | RHE | 2/22/2021 | 2/22/2021 | $ - | $ 27,280 | $ - | $ - | $ - | $ 4,208 | $ 130 | $ - | $ - | $ 31,618 |
| 306 | RHE | 4/28/2021 | 5/26/2021 | $ 75,069 | $ 3,961 | $ 7,297 | $ 13,825 | $ - | $ 1,339 | $ 3,142 | $ - | $ - | $ 104,633 |
| 307 | RHE | 8/30/2021 | 8/31/2021 | $ - | $ 238,249 | $ 4,891 | $ 35,228 | $ - | $ 2 | $ 597 | $ - | $ - | $ 278,968 |
| 308 | RNAZ | 7/9/2021 | 7/13/2021 | $ - | $ 367,764 | $ 8,500 | $ 42,675 | $ - | $ 5,547 | $ 39,221 | $ - | $ - | $ 463,706 |
| 309 | RNXT | 11/10/2021 | 11/10/2021 | $ - | $ - | $ 10,836 | $ 59,425 | $ - | $ 9,307 | $ 50,849 | $ - | $ - | $ 130,418 |
| 310 | RNXT | 11/30/2021 | 11/30/2021 | $ - | $ - | $ - | $ 64,472 | $ - | $ 482 | $ 28,446 | $ - | $ - | $ 93,401 |
| 311 | SALM | 10/21/2021 | 10/21/2021 | $ - | $ - | $ 14,985 | $ 14,008 | $ 18,766 | $ 6,855 | $ 10,850 | $ - | $ - | $ 65,464 |
| 312 | SFET | 8/6/2021 | 8/9/2021 | $ - | $ - | $ 3,879 | $ 11,476 | $ - | $ (630) | $ 1,961 | $ - | $ - | $ 16,685 |
| 313 | SINO | 2/8/2021 | 2/22/2021 | $ 470,745 | $ - | $ 186,347 | $ (105) | $ - | $ 1,505 | $ 872 | $ - | $ 979 | $ 660,343 |
| 314 | SINO | 3/17/2021 | 3/18/2021 | $ 3,261 | $ 19,335 | $ 68,726 | $ (2,551) | $ (4,043) | $ 22,185 | $ 3,007 | $ - | $ 231 | $ 110,151 |
| 315 | SINO | 4/20/2021 | 4/20/2021 | $ - | $ (4,712) | $ 1,246 | $ 3,610 | $ - | $ - | $ 294 | $ - | $ - | $ 437 |
| 316 | SNDL | 11/23/2020 | 12/3/2020 | $ 199,027 | $ 54,746 | $ 6,602 | $ (4,642) | $ - | $ 5,023 | $ 70 | $ 343 | $ - | $ 261,168 |
| 317 | SNDL | 1/6/2021 | 2/17/2021 | $ 17,164,384 | $ 274,550 | $ 77,803 | $ (97,678) | $ 10,789 | $ 13,797 | $ (125) | $ (1,646) | $ 570 | $ 17,442,445 |
| 318 | SNDL | 3/1/2021 | 3/2/2021 | $ - | $ - | $ 16,157 | $ 11,082 | $ - | $ - | $ 500 | $ - | $ 44 | $ 27,784 |
| 319 | SNDL | 10/21/2021 | 10/21/2021 | $ - | $ - | $ - | $ 10,970 | $ 4,606 | $ 4,293 | $ 5,741 | $ - | $ - | $ 25,609 |
| 320 | SNOA | 4/1/2021 | 4/1/2021 | $ - | $ - | $ 14,978 | $ 14,680 | $ - | $ 3,025 | $ 5,929 | $ - | $ 1,542 | $ 40,154 |
| 321 | SNOA | 5/3/2021 | 5/3/2021 | $ - | $ 70,576 | $ 55,192 | $ 45,094 | $ - | $ - | $ 24,668 | $ - | $ 1,999 | $ 197,530 |
| 322 | SOS | 1/6/2021 | 1/6/2021 | $ - | $ 87,413 | $ - | $ - | $ - | $ 3,542 | $ - | $ - | $ - | $ 90,955 |
| 323 | SOS | 1/27/2021 | 2/16/2021 | $ 2,566 | $ 221,255 | $ 45,438 | $ 2,230 | $ - | $ 12,125 | $ - | $ - | $ - | $ 283,615 |
| 324 | SOS | 8/9/2021 | 8/11/2021 | $ - | $ - | $ (2,508) | $ - | $ - | $ - | $ 833 | $ - | $ - | $ (1,675) |
| 325 | STAF | 5/10/2021 | 5/10/2021 | $ - | $ - | $ 3,522 | $ - | $ - | $ 50 | $ 428 | $ - | $ 854 | $ 4,853 |
| 326 | STAF | 6/30/2021 | 7/2/2021 | $ 92,523 | $ 366,373 | $ (2,210) | $ 22,588 | $ - | $ 11,489 | $ 2,009 | $ - | $ 208 | $ 492,979 |
| 327 | STAF | 7/19/2021 | 7/21/2021 | $ - | $ 132,839 | $ 14,358 | $ 61,901 | $ - | $ 23,206 | $ (848) | $ - | $ - | $ 231,456 |
| 328 | SUPV | 2/17/2021 | 2/23/2021 | $ - | $ 235,307 | $ 90,114 | $ - | $ 20,372 | $ 22,691 | $ 1,692 | $ - | $ 186 | $ 370,363 |
| 329 | SURF | 5/5/2021 | 6/3/2021 | $ - | $ - | $ 102,507 | $ 129,692 | $ 125,826 | $ 6,916 | $ 28,743 | $ - | $ 5,884 | $ 399,567 |
| 330 | SURG | 11/9/2021 | 11/9/2021 | $ - | $ 41,124 | $ 26,879 | $ 30,232 | $ 1,654 | $ 23,540 | $ 36,728 | $ - | $ - | $ 160,155 |
| 331 | SXTC | 6/18/2020 | 9/4/2020 | $ 32,673 | $ 7,400 | $ 16,759 | $ 1,988 | $ 17,842 | $ 8,411 | $ - | $ - | $ (2,149) | $ 82,924 |
| 332 | SXTC | 9/11/2020 | 9/14/2020 | $ - | $ 15,079 | $ 1,863 | $ 2,381 | $ - | $ 1,833 | $ - | $ - | $ (69) | $ 21,088 |
| 333 | SXTC | 7/15/2021 | 7/19/2021 | $ - | $ 123,098 | $ 13,163 | $ 122,021 | $ (11,101) | $ 12,630 | $ 10,281 | $ - | $ 999 | $ 271,091 |
| 334 | SXTC | 1/19/2022 | 3/1/2022 | $ - | $ (159,826) | $ 990 | $ 92,189 | $ - | $ 5,396 | $ 17,851 | $ - | $ - | $ (43,399) |
| 335 | SYPR | 8/11/2020 | 8/11/2020 | $ - | $ 16,102 | $ 531 | $ - | $ - | $ 1,579 | $ - | $ - | $ - | $ 18,212 |
| 336 | SYPR | 2/24/2021 | 2/25/2021 | $ - | $ - | $ 1,434 | $ 20,993 | $ - | $ 12,960 | $ 1,650 | $ - | $ 309 | $ 37,346 |