UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▾ | Case Number | 4:22-cr-00612 D |
|---|---|---|---|---|

United States of America

*versus*

Edward Constantinescu, et al.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jamie Hoxie Solano (maiden name Jamie Lynn Hoxie)<br>Ford O'Brien Landy LLP<br>275 Madison Avenue, Floor 24<br>New York, New York 10016<br>212-858-0040; jsolano@fordobrien.com<br>NY Bar Number: 4671160 (under maiden name)<br>N.D. Texas: 4671160NY (under maiden name) |
|---|---|

| Name of party applicant seeks to appear for: | Edward Constantinescu |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   7/14/2023 | Signed:   *Jamie Hoxie Solano* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                          United States District Judge