IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | No. 4:22-CR-00612-S |
| | § § § § | |
| EDWARD CONSTANTINESCU, *et al.* | § § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Edward Constantinescu respectfully requests this Court grant him permission to travel to Austin, Texas to attend a wedding celebration from July 21 to July 23, 2023. Mr. Constantinescu has provided Pretrial Services with all travel information, pre-trial services has approved this travel, and the government does not oppose this request.

Dated: July 18, 2023

Respectfully submitted,

*/s/ Matthew A. Ford*
Matthew A. Ford
Texas Bar No. 24119390
Ford O'Brien Landy LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (212) 858-0040
Facsimile: (212) 256-1047
mford@fordobrien.com

*Attorney for Defendant
Edward Constantinescu*

2

**CERTIFICATE OF CONFERENCE**

On July 18, 2023, the undersigned communicated with the Government who indicated they did not oppose the Motion.

/s/ Matthew A. Ford
Matthew A. Ford

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, a true and correct copy of the foregoing document has been forward via electronic mail to the government.

/s/ Matthew A. Ford
Matthew A. Ford