Case 4:22-cr-00612   Document 339-1   Filed on 07/19/23 in TXSD   Page 1 of 3

# Exhibit P

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Meeting with the Securities and Exchange Commission    **Date:** 07/12/2022

**From:** HOUSTON
        HO-WC2
    **Contact:** Jeremy S. Hale, 713-936-8773

**Approved By:** A/SSA Steven D. Dillon

**Drafted By:** Jeremy S. Hale

**Case ID #:** 318C-HO-3603795    (U//LES)

**Synopsis:** (U//FOUO) To document meeting with the Securities and Exchange Commission

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Notes of meeting with the SEC
2. (U//FOUO) SEC Access Request

**Details:**

On May 31, 2022, SA Jeremy Hale and Department of Justice Assistant Chief Scott Armstrong met with Securities and Exchange Commission (SEC) attorneys Andrew Palid and David Scheffler of the SEC's Boston Regional Office via video teleconference. Palid and Scheffler provided the following information:

The SEC has identified individuals ▮▮▮▮▮▮ The SEC's investigation has been open approximately one year and has identified 25 to 50 twitter handles involved, ▮▮▮▮▮▮ The SEC has captured tweets from the involved individuals, some of which have been

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U//FOUO) Meeting with the Securities and Exchange Commission
Re:  318C-HO-3603795, 07/12/2022

deleted since the SEC captured them and are no longer available.

   Three witnesses have provided information to the SEC under the protection of the SEC's whistle blower program. ███████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

   The SEC identified that ████████████████████████████████████████
████████████████████████████████████████████████████████████████████

   On June 2, 2022, SA Hale provided an access request letter to the SEC and it was granted. The SEC's investigation is designated case number B-3480 and titled "In the Matter of Certain Ustocktrade Securities, Inc. Accounts".


♦♦

DOJ-PROD-0000192791