# **Exhibit Q**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//LES) Request for Manual Access             **Date:** 06/13/2022
          Restriction

**CC:** KEITHLEY, REBECCA L.
        JONATHAN R WALTHERS
        Daniel S. Harkness
        James H Smith III

**From:** HOUSTON
          HO-WC2
          **Contact:** Jeremy S. Hale, ██████████

**Approved By:** JONATHAN R WALTHERS
                 Daniel S. Harkness
                 James H Smith III
                 UC JOACHIM MARCUS
                 SC Aaron G. Tapp
                 DAD Aaron G. Tapp
                 AD Luis M. Quesada

**Drafted By:** Jeremy S. Hale

**Case ID #:** 318C-HO-3603795   ████████████████████

**Synopsis:** (U//LES) To request manual access restriction

**Details:**

   Per FBI Policy Notice 0758N, the purpose of this EC is to request AD
CID approval for 318C-HO-3603795 to be prohibited from access within
Sentinel.

   For background, on May 18, 2022, Houston Field Office (HO) initiated
the captioned full investigation to investigate allegations of securities
fraud operating within the HO AOR.  Upon review, HO identified the main

UNCLASSIFIED//LES

DOJ-PROD-0000192664

UNCLASSIFIED//LES

Title:  (U//LES) Request for Manual Access Restriction
Re:  318C-HO-3603795, 06/13/2022



Case agents anticipate swift prosecution in this case and the need for prohibited status is expected to be short in duration.

♦♦

UNCLASSIFIED//LES

2

DOJ-PROD-0000192665