# **Exhibit R**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U//FOUO) Information Provided by the Securities and Exchange Commission

Date: 07/25/2022

From: HOUSTON
      HO-WC2
      Contact: Jeremy S. Hale, ▇▇▇▇▇

Approved By: SSA JONATHAN R WALTHERS

Drafted By: Jeremy S. Hale

Case ID #: 318C-HO-3603795 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Synopsis: (U//FOUO) To document information provided by the Securities and Exchange Commission

Enclosure(s): Enclosed are the following items:
1. (U//FOUO) DVD Containing ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2. (U//FOUO) Twitter and Brokerage Records Collected by the SEC

Details:

On July 7, 2022, SA Jeremy Hale received records from the Securities and Exchange Commission related to the SEC's investigation B-3480. The records were related to documents and recordings provided by an SEC whistle blower named **Witness - 2** as well as brokerage and twitter records. The documents and recordings were burned to a DVD and placed in the 1A section of the file.

♦♦

UNCLASSIFIED//LES

DOJ-PROD-0000192809