# **Exhibit U**



**Garner, Mallory (CRM)**

| | |
|---|---|
| **From:** | Attorney-1 |
| **Sent:** | Tuesday, October 25, 2022 3:12 PM |
| **To:** | palida@sec.gov; schefflerd@sec.gov; Liolos, John (CRM); Hale, Jeremy S. (HO) (FBI) |
| **Cc:** | kellyn@sec.gov; pasquinellie@sec.gov; carrjo@sec.gov; Attorney-1 |
| **Subject:** | [EXTERNAL EMAIL] - Whistleblower Representation and Supplement to |
| **Attachments:** | Form TCR - Supplement to ▮▮▮▮ - 10-25-2022.pdf |