# **Exhibit W-1**

Case 4:22-cr-00612   Document 339-8   Filed on 07/19/23 in TXSD   Page 1 of 2

FD-302 (Rev. 5-8-10)

-1 of 1-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   07/12/2022

**Witness - 1** was interviewed telephonically. Also present for the interview were Department of Justice Assistant Chief Scott Armstrong, Securities and Exchange (SEC) Attorney Andrew Palid and SEC Paralegal Lynn Goldin. After being advised of the identity of the interviewing Agents and Attorney and the nature of the interview, provided the following information:



UNCLASSIFIED//FOUO

Investigation on   06/10/2022   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795                                    Date drafted   07/08/2022

by   Jeremy S. Hale, Jeremy L Borowick

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-00000193770