# **Exhibit W-2**

FD-302 (Rev. 5-8-10)

- 1 of 4 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  07/26/2022

**Witness - 2**, [redacted] was interviewed via video teleconference. Also present for the government for the interview were Department of Justice Trial Attorney John Liolos, Assistant United States Attorney Thomas Carter, and Securities and Exchange Commission Senior Counsel Andrew Palid. After being advised of the identity of the interviewing Agents and Attorneys, Witness - 2 provided the following information:

[remainder of page redacted]

Investigation on 07/15/2022 at Houston, Texas, United States (Phone)

File # 318C-HO-3603795   Date drafted 07/25/2022

by Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-00000193773