# **Exhibit W-3**

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   08/03/2022

Witness - 3, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, was interviewed via video teleconference. Also present for the government during the interview were Department of Justice Trial Attorney John Liolos, Assistant United States Attorney Thomas Carter, Securities and Exchange Commission Senior Counsel Andrew Palid and David Scheffler. After being advised of the identity of the interviewing agents and attorneys, Witness - 3 provided the following information:

[Redacted content]

UNCLASSIFIED//FOUO

Investigation on   07/21/2022   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795                                                Date drafted   07/27/2022

by   Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000193781