# **Exhibit W-5**

318C-HO-3603795 Serial 153

-1 of 6-

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    02/27/2023

Witness - 4 ██████████████████████████████████████
was interviewed telephonically by the Federal Bureau of Investigation at Houston, Texas. Also present for the telephonic interview was AUSA Thomas H. Carter, DOJ Attorneys Scott Armstrong and John Liolos, Securities and Exchange Commission (SEC) Attorneys Andrew Palid, Lynn Goldin and Davis Schefler. After being advised of the identity of the interviewing Agent and the nature of the interview, Witness - 4 voluntarily provided the following information:



**UNCLASSIFIED//FOUO**

Investigation on  01/20/2023  at  Houston, Texas, United States (Phone)

File #  318C-HO-3603795                                    Date drafted  01/26/2023

by  Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000334910