# **Exhibit W-6**

318C-HO-3603795 Serial 178

FD-302 (Rev. 5-8-10)

-1 of 3-

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  04/14/2023

Witness - 4 ▬▬▬▬▬▬▬ was interviewed telephonically by the Federal Bureau of Investigation at Houston, Texas. Also present for the telephonic interview were DOJ Assistant Chief Scott Armstrong and Securities and Exchange Commission (SEC) Attorney Andrew Palid. After being advised of the identity of the interviewing Agent and the nature of the interview, Witness - 4 voluntarily provided the following information:



Investigation on  01/27/2023  at  Houston, Texas, United States (Phone)

File #  318C-HO-3603795                            Date drafted  04/02/2023

by  Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000336359