# **<u>Exhibit W-8</u>**

FD-302 (Rev. 5-8-10)

318C-HO-3603795 Serial 179
- 1 of 10 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  04/14/2023

    Daniel Knight, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, was interviewed at the US Attorney's Office for the Southern District of Texas located at 1100 Louisiana St., Houston, Texas. Also present for the interview on behalf of the government were DOJ Fraud Section Assistant Chief Scott Armstrong, Trial Attorney John Liolos, AUSA Thomas Carter, and present by phone were Securities and Exchange Commission Attorneys Andrew Palid and David D'Addio. Also present on behalf of Knight was Knight's counsel, Cordt Akers of The Akers Firm PLLC. After being advised of the identity of the interviewing Agent and the nature of the interview, Knight provided the following information:



Investigation on  02/16/2023  at  Houston, Texas, United States (In Person)

File #  318C-HO-3603795                                              Date drafted  02/16/2023

by  Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000336364