# **Exhibit W-13**

Liolos, Heyward, Palid Sec, **Attorney-1** **Attorney-1** Witness 2 6/12/2023

Reminded to just tell the truth

