# **Exhibit Y**

**Witness - 3** 3/20/23

Scott Armstrong   Andrew Palid (SEC)

Armstrong discuss of discovery process

[redacted]