# **Exhibit Z-1**

| | |
|---|---|
| **From:** | Attorney-1 |
| **To:** | Palid, Andrew; Scheffler, David; Michele Perillo (SEC Boston (hutch)) |
| **Cc:** | Armstrong, Scott (CRM); Liolos, John (CRM); Hale, Jeremy S. (HO) (FBI) Attorney-1 |
| **Subject:** | [EXTERNAL] Supplemental Whistleblower Submission re Ustocktrade (B-3480) – 11.4.2022 |
| **Date:** | Friday, November 4, 2022 5:17:43 PM |
| **Attachments:** | image003.png<br>Notes on recordings - Supplemental Whistleblower Submission 11-4-2022.xlsx |