# Exhibit 4

Case 4:22-cr-00612 Document 344-4 Filed on 07/28/23 in TXSD Page 4 of 4