**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| EDWARD CONSTANTINESCU, PERRY "PJ" MATLOCK, JOHN RYBARCZYK, GARY DEEL, STEFAN HRVATIN, TOM COOPERMAN, MITCHELL HENNESSEY, DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## EDWARD CONSTANTINESCU'S TRIAL EXHIBIT LIST

Edward Constantinescu respectfully submits the following list of exhibits he may seek to introduce at trial for purposes beyond impeachment. Constantinescu reserves his right to supplement this exhibit list with additional materials that he receives in response to trial subpoenas and other records that are not yet in Constantinescu's possession, including records from Bloomberg and stock price charts. Constantinescu also reserves his right to supplement this exhibit list in response to the Court's rulings on Constantinescu's motions and new information or material produced by the government, including exhibits that are listed on the government's exhibit list that have not yet been produced to Constantinescu. Constantinescu also may supplement this exhibit list with other materials currently in the public record.

Additionally, the government has listed over 350 separate transactions, the evidence for which solely includes, for each transaction, a misleading chart created by the government. The government has relayed that it hopes to introduce these charts under Federal Rule of Evidence 404(b) (Gov. Exs. 352-705). More recently, the government has conceded that introduction of

1

these trades "would waste the Court's time and the jury's time."  ECF No. 377 at 7.  In the event

the Court rules that introduction of any of these created exhibits is appropriate, Constantinescu

reserves his right to introduce evidence once the Court has ruled on whether—and for what

purpose—the evidence is properly admitted.

Dated:  September 5, 2023

Respectfully submitted,

Matthew A. Ford
Texas Bar No. 24119390
mford@fordobrien.com
Jamie Hoxie Solano
Admitted Pro Hac Vice
jsolano@fordobrien.com
Stephen R. Halpin III
S.D. Tex. Bar No.: NY5944749
shalpin@fordobrien.com
FORD O'BRIEN LANDY, LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (512) 503-6388
Facsimile: (212) 256-1047

Attorneys for Defendant
Edward Constantinescu

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|
| United States of America<br>*versus*<br>Edward Constantinescu, et al. | | HOUSTON DIVISION | | | |
| | | CRIMINAL ACTION NO. H-22-612 | | | |
| | | **CONSTANTINESCU EXHIBIT LIST** | | | |
| LIST OF: POTENTIAL DEFENSE TRIAL EXHIBITS FOR EDWARD CONSTANTINESCU<br><br>TYPE OF HEARING: TRIAL | | COUNSEL:<br>MATTHEW AARON FORD<br>JAMIE HOXIE SOLANO<br>STEPHEN R. HALPIN III | | | |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: | | | |
| NOS. | DESCRIPTION | OFR | OBJ | ADM | DATE |
| 1 | Constantinescu Form 1099 for 2019 – TD Ameritrade | | | | |
| 2 | Constantinescu Form 1099 for 2020 – TD Ameritrade | | | | |
| 3 | Constantinescu Form 1099 for 2021 – TD Ameritrade | | | | |
| 4 | Constantinescu Form 1099 for 2020 – Webull Financial | | | | |
| 5 | Constantinescu Form 1099 for 2021 – Webull Financial | | | | |
| 6 | Constantinescu TD Ameritrade Account Records | | | | |
| 7 | Constantinescu Webull Financial Account Records | | | | |
| 8 | Constantinescu Etrade Financial Account Records | | | | |
| 9 | *Reserved* | | | | |
| 10 | Trading Blotter Records for Constantinescu | | | | |
| 11-199 | *Reserved* | | | | |
| 200-215 | ONTX filings with the SEC | | | | |
| 216-219 | *Reserved* | | | | |
| 220 | June 22, 2020 Yahoo Finance article | | | | |
| 221 | July 1, 2020 Biopharma article | | | | |
| 222 | July 13, 2020 Biopharma article | | | | |
| 223 | July 27, 2020 Seeking Alpha article | | | | |

| 224 | July 29, 2020 Seeking Alpha article | | | | |
| 225 | July 29, 2020 Seeking Alpha article 2 | | | | |
| 226 | July 31, 2020 Biopharma article | | | | |
| 227 | August 12, 2020 Seeking Alpha article | | | | |
| 228 | August 12, 2020 Seeking Alpha article 2 | | | | |
| 229 | August 12, 2020 Seeking Alpha article 3 | | | | |
| 230 | August 24, 2020 Seeking Alpha article | | | | |
| 231 | August 24, 2020 Seeking Alpha article 2 | | | | |
| 232 | August 25, 2020 Biopharma article | | | | |
| 233 | Sept. 4, 2020 Biopharma article | | | | |
| 234 | Feb. 3, 2021 Penny Stocks article | | | | |
| 235 | Feb. 9, 2021 Seeking Alpha article | | | | |
| 236 | Feb. 10, 2021 Seeking Alpha article | | | | |
| 237 | Feb. 11, 2021 Seeking Alpha article | | | | |
| 238 | Feb. 11, 2021 press release | | | | |
| 239 | Feb. 16, 2021 Seeking Alpha article | | | | |
| 240 | Feb. 19, 2021 Seeking Alpha article | | | | |
| 241 | Feb. 19, 2021 Seeking Alpha article 2 | | | | |
| 242 | Feb. 23, 2021 Seeking Alpha article | | | | |
| 243 | June 11, 2020 ONTX Stock Chart Analysis on YouTube | | | | |
| 244 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 245 | *Stock price and volume chart for ONTX (Anticipated)* | | | | |
| 246 | July 17, 2020 Tweet | | | | |
| 247 | July 20, 2020 Tweet | | | | |
| 248 | July 20, 2020 Tweet 2 | | | | |
| 249 | July 20, 2020 Tweet 3 | | | | |
| 250 | July 21, 2020 Tweet | | | | |

| 251-399 | *Reserved* | | | | |
|---|---|---|---|---|---|
| 400-415 | CBAT filings with the SEC | | | | |
| 416 | Oct. 16, 2020 Seeking Alpha article | | | | |
| 417 | Nov. 17, 2020 Seeking Alpha article | | | | |
| 418 | Nov. 18, 2020 Seeking Alpha article | | | | |
| 419 | Nov. 27, 2020 Seeking Alpha article | | | | |
| 420 | Dec. 2, 2020 Seeking Alpha article | | | | |
| 421 | Dec. 8, 2020 Seeking Alpha article | | | | |
| 422 | Dec. 10, 2020 Seeking Alpha article | | | | |
| 423 | Dec. 31, 2020 Seeking Alpha article | | | | |
| 424 | Jan. 6, 2021 Seeking Alpha article | | | | |
| 425 | Jan. 7, 2021 Investor Place article | | | | |
| 426 | Jan. 13, 2021 Yahoo Finance article | | | | |
| 427 | Jan. 15, 2021 Yahoo Finance article | | | | |
| 428 | Feb. 3, 2021 Seeking Alpha article | | | | |
| 429 | Feb. 5, 2021 Seeking Alpha article | | | | |
| 430 | Feb. 8, 2021 Seeking Alpha article | | | | |
| 431 | Mar. 6, 2021 Seeking Alpha article | | | | |
| 432 | CBAT Blue Sheet | | | | |
| 433 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 434 | *Stock price and volume chart for CBAT (Anticipated)* | | | | |
| 435-499 | *Reserved* | | | | |
| 500-509 | TRCH filings with the SEC | | | | |
| 510 | Jan. 9, 2021 Seeking Alpha article | | | | |
| 511 | Jan. 21, 2021 Seeking Alpha article | | | | |
| 512 | Feb. 8, 2021 Yahoo Finance article | | | | |
| 513 | Feb. 8, 2021 Seeking Alpha article | | | | |
| 514 | Feb. 10, 2021 Investor Place article | | | | |
| 515 | Feb. 16, 2021 Yahoo Finance article | | | | |

| 516 | Feb. 16, 2021 Seeking Alpha article | | | | | |
|---|---|---|---|---|---|---|
| 517 | Feb. 18, 2021 Seeking Alpha article | | | | | |
| 518 | Feb. 18, 2021 Seeking Alpha article 2 | | | | | |
| 519 | *Reserved* | | | | | |
| 520 | TRCH Blue Sheet | | | | | |
| 521 | *Bloomberg Trading Records (Anticipated)* | | | | | |
| 522 | *Stock price and volume chart for TRCH (Anticipated)* | | | | | |
| 523 | @MrZackMorris Twitter Posts | | | | | |
| 524-599 | *Reserved* | | | | | |
| 600-620 | VISL filings with the SEC | | | | | |
| 621 | Jan. 27, 2021 Seeking Alpha article | | | | | |
| 622 | Feb. 4, 2021 GlobeNewswire article | | | | | |
| 623 | Feb. 4, 2021 Seeking Alpha article | | | | | |
| 624 | *Reserved* | | | | | |
| 625 | *Reserved* | | | | | |
| 626 | VISL Blue Sheet | | | | | |
| 627 | *Bloomberg Trading Records (Anticipated)* | | | | | |
| 628 | *Stock price and volume chart for VISL (Anticipated)* | | | | | |
| 629 | @MrZackMorris VISL tweets | | | | | |
| 630 | Feb. 25, 2021 Twitter post | | | | | |
| 631-1099 | *Reserved* | | | | | |
| 1100-1120 | ALZN filings with the SEC | | | | | |
| 1121 | May 21, 2021 Seeking Alpha article | | | | | |
| 1122 | June 1, 2021 Seeking Alpha article | | | | | |
| 1123 | June 14, 2021 press release | | | | | |
| 1124 | June 15, 2021 Seeking Alpha article | | | | | |
| 1125 | June 15, 2021 Seeking Alpha article 2 | | | | | |
| 1126 | June 16, 2021 Seeking Alpha article | | | | | |
| 1127 | June 17, 2021 Seeking Alpha article | | | | | |

| 1128 | June 21, 2021 Seeking Alpha article | | | | |
|------|-------------------------------------|--|--|--|--|
| 1129 | July 1, 2021 Seeking Alpha article | | | | |
| 1130 | *Reserved* | | | | |
| 1131 | ALZN Blue Sheet | | | | |
| 1132 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 1133 | *Stock price and volume chart for ALZN (Anticipated)* | | | | |
| 1134-1399 | *Reserved* | | | | |
| 1400-1430 | CEI filings with the SEC | | | | |
| 1431 | July 7, 2021 Investor Place article | | | | |
| 1432 | Aug. 9, 2021 article | | | | |
| 1433 | Aug. 17, 2021 article | | | | |
| 1434 | Aug. 24, 2021 article | | | | |
| 1435 | Sept. 17, 2021 Seeking Alpha article | | | | |
| 1436 | Sept. 24, 2021 Seeking Alpha article | | | | |
| 1437 | Sept. 28, 2021 Seeking Alpha article | | | | |
| 1438 | Sept. 29, 2021 Seeking Alpha article | | | | |
| 1439 | Sept. 29, 2021 Investor Place article | | | | |
| 1440 | Sept. 30, 2021 Seeking Alpha article | | | | |
| 1441 | October 2021 Kerrisdale Capital Short Report | | | | |
| 1442 | Oct. 5, 2021 Seeking Alpha article | | | | |
| 1443 | Oct. 5, 2021 Seeking Alpha article 2 | | | | |
| 1444 | Oct. 5, 2021 press release | | | | |
| 1445 | Oct. 5, 2021 Investor Place article | | | | |
| 1446 | Oct. 6, 2021 Seeking Alpha article | | | | |
| 1447 | Oct. 7, 2021 Seeking Alpha article | | | | |
| 1448 | Oct. 8, 2021 Seeking Alpha article | | | | |
| 1449 | Oct. 9, 2021 Seeking Alpha article | | | | |
| 1450 | Oct. 22, 2021 Investor Place article | | | | |
| 1451-1460 | *Reserved* | | | | |

| 1461 | CEI Blue Sheet | | | | |
| 1462 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 1463 | Stock price and volume chart for CEI | | | | |
| 1464 | Sept. 2, 2021 Tweet | | | | |
| 1465 | Sept. 28, 2021 Tweets | | | | |
| 1466 | Oct. 6, 2021 Tweet | | | | |
| 1467 | Oct. 6, 2021 Tweet 2 | | | | |
| 1468 | Oct. 5, 2021 Tweet | | | | |
| 1469 | Manage your Risk Tweet | | | | |
| 1470 | Sept. 2, 2021 Voice Note | | | | |
| 1471 | Reddit Posts | | | | |
| 1472-1499 | *Reserved* | | | | |
| 1500-1550 | DATS filings with the SEC | | | | |
| 1551 | Aug. 30, 2021 Investor Place article | | | | |
| 1552 | Sept. 2, 2021 Seeking Alpha article | | | | |
| 1553 | Sept. 14, 2021 Seeking Alpha article | | | | |
| 1554 | Sept. 24, 2021 Seeking Alpha article | | | | |
| 1555 | Oct. 8, 2021 Seeking Alpha article | | | | |
| 1556 | Oct 13, 2021 Seeking Alpha article | | | | |
| 1557 | Oct 14, 2021 Short Report | | | | |
| 1558 | Oct. 14, 2021 Seeking Alpha article | | | | |
| 1559 | Oct. 15, 2021 Seeking Alpha article | | | | |
| 1560 | Oct. 18, 2021 Seeking Alpha article | | | | |
| 1561 | Oct. 28, 2021 Newswire article | | | | |
| 1562 | Oct. 28, 2021 Seeking Alpha article | | | | |
| 1563-1569 | *Reserved* | | | | |
| 1570 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 1571 | *Stock price and volume chart for DATS (Anticipated)* | | | | |
| 1572 | Sept. 23, 2021 Tweet | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1573 | Sept. 23, 2021 Tweet | | | | | |
| 1574 | Sept. 23, 2021 Tweet 2 | | | | | |
| 1575 | Sept. 24, 2021 Tweet | | | | | |
| 1576 | Sept. 24, 2021 Tweet 2 | | | | | |
| 1577 | Sept. 24, 2021 Tweet 3 | | | | | |
| 1578 | Sept. 28, 2021 Tweet | | | | | |
| 1579 | Sept. 28, 2021 Tweet 2 | | | | | |
| 1580 | Sept. 29, 2021 Tweet | | | | | |
| 1581 | Sept. 29, 2021 Tweet 2 | | | | | |
| 1582 | Sept. 29, 2021 Tweet 3 | | | | | |
| 1583 | Oct. 8, 2021 Tweet | | | | | |
| 1584 | Oct. 13, 2021 Tweet | | | | | |
| 1585 | Oct. 13, 2021 Tweets 2 | | | | | |
| 1586 | Oct. 14, 2021 Tweet | | | | | |
| 1587 | Oct. 14, 2021 Tweet 2 | | | | | |
| 1588 | Oct. 22, 2021 Tweet | | | | | |
| 1589 | Nov. 15, 2021 Tweet | | | | | |
| 1590-1599 | *Reserved* | | | | | |
| 1600-1610 | NAKD filings with the SEC | | | | | |
| 1611 | Oct. 14, 2021 SEC Staff Report on Equity and Options Market Structure Conditions in Early 2021 | | | | | |
| 1612 | SEC Gensler YouTube Video | | | | | |
| 1613 | Jan. 28, 2021 Seeking Alpha article | | | | | |
| 1614 | Jan. 28, 2021 Seeking Alpha article 2 | | | | | |
| 1615 | Jan. 28, 2021 Seeking Alpha article 3 | | | | | |
| 1616 | Jan. 29, 2021 Seeking Alpha article | | | | | |
| 1617 | Jan. 29, 2021 Seeking Alpha article 2 | | | | | |
| 1618 | Jan. 30, 2021 Seeking Alpha article | | | | | |
| 1619 | Jan. 31, 2021 Seeking Alpha article | | | | | |
| 1620 | Jan. 31, 2021 Seeking Alpha article 2 | | | | | |

| 1621 | Feb. 1, 2021 Seeking Alpha article | | | | |
|---|---|---|---|---|---|
| 1622 | Feb. 1, 2021 Seeking Alpha article 2 | | | | |
| 1623 | Feb. 2, 2021 Seeking Alpha article | | | | |
| 1624 | Feb. 2, 2021 Seeking Alpha article 2 | | | | |
| 1625 | Feb. 2, 2021 Seeking Alpha article 3 | | | | |
| 1626 | Feb. 3, 2021 Seeking Alpha article | | | | |
| 1627 | Feb. 3, 2021 Seeking Alpha article 2 | | | | |
| 1628 | Feb. 8, 2021 Seeking Alpha article | | | | |
| 1629 | Feb. 18, 2021 Seeking Alpha article | | | | |
| 1630 | Feb. 23, 2021 Seeking Alpha article | | | | |
| 1631 | Feb. 25, 2021 Seeking Alpha article | | | | |
| 1632 | Mar. 29, 2021 Seeking Alpha article | | | | |
| 1633 | Apr. 8, 2021 Seeking Alpha article | | | | |
| 1634 | Apr. 19, 2021 Seeking Alpha article | | | | |
| 1635 | Apr. 23, 2021 Seeking Alpha article | | | | |
| 1636 | Apr. 29, 2021 Seeking Alpha article | | | | |
| 1637 | May 2, 2021 Seeking Alpha article | | | | |
| 1638 | May 4, 2021 Seeking Alpha article | | | | |
| 1639 | July 6, 2021 Seeking Alpha article | | | | |
| 1640 | Sept. 7, 2021 Market Realist article | | | | |
| 1641 | Sept. 15, 2021 Finextra.com article | | | | |
| 1642 | Sept. 24, 2021 Investor Place article | | | | |
| 1643 | Sept. 27, 2021 Market Realist article | | | | |
| 1644 | Sept. 29, 2021 Yahoo article | | | | |
| 1645 | Oct. 4, 2021 Investor Place article | | | | |
| 1646-1649 | *Reserved* | | | | |
| 1650 | *Reserved* | | | | |
| 1651 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 1652 | *Stock price and volume chart for NAKD (Anticipated)* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1653-1659 | Jan. 27, 2021 Tweet | | | | |
| 1660 | Apr. 30, 2021 Tweet | | | | |
| 1661-1699 | *Reserved* | | | | |
| 1700-1725 | EZFL filings with the SEC | | | | |
| 1726 | Sept. 14, 2021 press release | | | | |
| 1727 | Sept. 15, 2021 Seeking Alpha article | | | | |
| 1728 | Sept. 16, 2021 Seeking Alpha article | | | | |
| 1729 | Sept. 17, 2021 press release | | | | |
| 1730 | Sept. 29, 2021 Seeking Alpha article | | | | |
| 1731 | Oct. 11, 2021 Seeking Alpha article | | | | |
| 1732 | Nov. 8, 2021 Seeking Alpha article | | | | |
| 1733 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 1734 | *Stock price and volume chart for EZFL (Anticipated)* | | | | |
| 1735-1799 | *Reserved* | | | | |
| 1800-1825 | MYSZ filings with the SEC | | | | |
| 1826 | Feb. 19, 2019 Seeking Alpha article | | | | |
| 1827 | Mar. 16, 2020 Seeking Alpha article | | | | |
| 1828 | Sept. 7, 2021 press release | | | | |
| 1829 | Sept. 8, 2021 press release | | | | |
| 1830 | Sept. 13, 2021 press release | | | | |
| 1831 | Oct. 21, 2021 press release | | | | |
| 1832 | Oct. 22, 2021 press release | | | | |
| 1833 | Oct. 26, 2021 press release | | | | |
| 1834 | Oct. 26, 2021 Investor Place article | | | | |
| 1835 | Oct. 27, 2021 press release | | | | |
| 1836 | Oct. 29, 2021 Investors Observer article | | | | |
| 1837 | Nov. 1, 2021 press release | | | | |
| 1838 | Nov. 3, 2021 press release | | | | |
| 1839 | Nov. 4, 2021 press release | | | | |

| 1840 | Nov. 9, 2021 press release | | | | |
| 1841 | Nov. 11, 2021 press release | | | | |
| 1842 | Nov. 15, 2021 press release | | | | |
| 1843 | Nov. 22, 2021 press release | | | | |
| 1844 | MYSZ Blue Sheet | | | | |
| 1845 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 1846 | *Stock price and volume chart for MYSZ (Anticipated)* | | | | |
| 1847 | Oct. 26, 2021 Tweet | | | | |
| 1848 | Oct. 26, 2021 Tweet 2 | | | | |
| 1849 | Oct. 26, 2021 Tweet 3 | | | | |
| 1850-1899 | *Reserved* | | | | |
| 1900-1999 | *Reserved* | | | | |
| 2000-2005 | BBI filings with the SEC | | | | |
| 2006 | Feb. 2, 2022 press release | | | | |
| 2007 | Feb. 2, 2022 Yahoo / Benzinga article | | | | |
| 2008 | Feb. 15, 2022 Value the Markets article | | | | |
| 2009 | Mar. 8, 2022 William Blair article | | | | |
| 2010 | Mar. 8, 2022 press release | | | | |
| 2011 | Mar. 10, 2022 press release | | | | |
| 2012 | Mar. 14, 2022 Seeking Alpha article | | | | |
| 2013 | Mar. 14, 2022 NASDAQ article | | | | |
| 2014 | Mar. 15, 2022 Seeking Alpha article | | | | |
| 2015 | Mar. 15, 2022 earnings slide deck | | | | |
| 2016 | Mar. 15, 2022 Baystreet article | | | | |
| 2017 | Mar. 15, 2022 press release | | | | |
| 2018 | Apr. 19, 2022 Penny Stocks article | | | | |
| 2019 | Apr. 19, 2022 article | | | | |
| 2020 | BBI Blue Sheet | | | | |
| 2021 | *Bloomberg Trading Records (Anticipated)* | | | | |

| 2022 | *Stock price and volume chart for BBI (Anticipated)* | | | | |
|---|---|---|---|---|---|
| 2023 | Apr. 19, 2022 Tweet | | | | |
| 2024 | Apr. 19, 2022 Tweet 2 | | | | |
| 2025 | Apr. 19, 2022 Tweet 3 | | | | |
| 2026 | Apr. 19, 2022 Tweet 4 | | | | |
| 2027 | Apr. 20, 2022 Tweet | | | | |
| 2028 | Apr. 27, 2022 Tweet | | | | |
| 2029-2099 | *Reserved* | | | | |
| 2100-2499 | *Reserved* | | | | |
| 2500-2526 | AREC filings with the SEC | | | | |
| 2527 | Jan. 28, 2020 Market Wire News article | | | | |
| 2528 | Oct. 7, 2020 Article from 24/7 Wall St. | | | | |
| 2529 | Oct. 7, 2020 Seeking Alpha article | | | | |
| 2530 | Oct. 7, 2020 Seeking Alpha article 2 | | | | |
| 2531 | Oct. 7, 2020 Penny Stocks article | | | | |
| 2532 | Oct. 15, 2020 Seeking Alpha article | | | | |
| 2533 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 2534 | *Stock price and volume chart for AREC (Anticipated)* | | | | |
| 2535 | Feb. 21, 2020 Tweet | | | | |
| 2536-2599 | *Reserved* | | | | |
| 2600-2605 | BAOS filings with the SEC | | | | |
| 2606 | Apr. 25, 2022 Seeking Alpha article | | | | |
| 2607 | Apr. 25, 2022 Tweet | | | | |
| 2608 | Screenshot of Never Video from YouTube | | | | |
| 2609 | Never Video | | | | |
| 2610 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 2611 | *Stock price and volume chart for BAOS (Anticipated)* | | | | |

13

| | | | | | |
|---|---|---|---|---|---|
| 2612-2699 | *Reserved* | | | | |
| 2700-2799 | *Reserved* | | | | |
| 2800-2825 | CNTX filings with the SEC | | | | |
| 2826 | July 2, 2021 Seeking Alpha article | | | | |
| 2827 | Oct. 18, 2021 Seeking Alpha article | | | | |
| 2828 | Oct. 19, 2021 press release | | | | |
| 2829 | Oct. 20, 2021 Seeking Alpha article | | | | |
| 2830 | Oct. 20, 2021 Seeking Alpha article 2 | | | | |
| 2831 | Oct. 27, 2021 Seeking Alpha article | | | | |
| 2832 | Nov. 1, 2021 Seeking Alpha article | | | | |
| 2833 | Nov. 2, 2021 Seeking Alpha article | | | | |
| 2834 | Dec. 2, 2021 Seeking Alpha article | | | | |
| 2835 | Dec. 2, 2021 Seeking Alpha article 2 | | | | |
| 2836 | Dec. 9, 2021 Seeking Alpha article | | | | |
| 2837 | Dec. 10, 2021 Seeking Alpha article | | | | |
| 2838 | CNTX Blue Sheet | | | | |
| 2839 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 2840 | *Stock price and volume chart for CNTX (Anticipated)* | | | | |
| 2841 | Oct. 25, 2021 Tweet | | | | |
| 2842 | Nov. 2, 2021 Tweet | | | | |
| 2843 | Dec. 1, 2021 Tweet | | | | |
| 2844 | June 16, 2022 Tweet | | | | |
| 2845-2899 | *Reserved* | | | | |
| 2900-2910 | FCEL filings with the SEC | | | | |
| 2911 | Sept. 6, 2021 Seeking Alpha article | | | | |
| 2912 | Sept. 16, 2021 Seeking Alpha article | | | | |
| 2913 | Oct. 11, 2021 Seeking Alpha article | | | | |
| 2914 | Oct. 12, 2021 NASDAQ / StockMarket.com article | | | | |
| 2915 | Oct. 12, 2021 Seeking Alpha article | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2916 | Oct. 13, 2021 Seeking Alpha article | | | | |
| 2917 | Oct. 15, 2021 Tim Sykes article | | | | |
| 2918 | Oct. 16, 2021 Seeking Alpha article | | | | |
| 2919 | Oct. 18, 2021 Seeking Alpha article | | | | |
| 2920 | Oct. 18, 2021 Motley Fool article | | | | |
| 2921 | Oct. 20, 2021 FXStreet article | | | | |
| 2922 | Oct. 20, 2021 Yahoo / Benzinga article | | | | |
| 2923 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 2924 | *Stock price and volume chart for FCEL (Anticipated)* | | | | |
| 2925 | Oct. 19, 2021 Tweet | | | | |
| 2926-2999 | *Reserved* | | | | |
| 3000-3099 | *Reserved* | | | | |
| 3100-3110 | METX filings with the SEC | | | | |
| 3111 | Oct. 24, 2021 Penny Stocks article | | | | |
| 3112 | Oct. 28, 2021 Seeking Alpha article | | | | |
| 3113 | Nov. 3, 2021 Penny Stocks article | | | | |
| 3114 | Nov. 8, 2021 Bitcoin.com article | | | | |
| 3115 | Nov. 10, 2021 Seeking Alpha article | | | | |
| 3116 | Nov. 22, 2021 Seeking Alpha article | | | | |
| 3117 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 3118 | *Stock price and volume chart for METX (Anticipated)* | | | | |
| 3119-3199 | *Reserved* | | | | |
| 3200-3205 | MFH filings with the SEC | | | | |
| 3206 | Mar. 4, 2021 press release | | | | |
| 3207 | Mar. 23, 2021 Seeking Alpha article | | | | |
| 3208 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 3209 | *Stock price and volume chart for MFH (Anticipated)* | | | | |
| 3210-3299 | *Reserved* | | | | |

15

| | | | | | |
|---|---|---|---|---|---|
| 3300-3399 | *Reserved* | | | | |
| 3400-3405 | ONTX filings with the SEC | | | | |
| 3406 | Feb. 17, 2021 NASDAQ / Motley Fool article | | | | |
| 3407 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 3408 | *Stock price and volume chart for ONTX (Anticipated)* | | | | |
| 3409 | Feb. 19, 2021 Tweet | | | | |
| 3410 | Feb. 19, 2021 Tweet 2 | | | | |
| 3411 | May 18, 2021 Tweet | | | | |
| 3412-3499 | *Reserved* | | | | |
| 3500-3699 | *Reserved* | | | | |
| 3700-3705 | STAF filings with the SEC | | | | |
| 3706 | June 24, 2021 Seeking Alpha article | | | | |
| 3707 | June 30, 2021 Seeking Alpha article | | | | |
| 3708 | July 6, 2021 Seeking Alpha article | | | | |
| 3709 | July 21, 2021 Seeking Alpha article | | | | |
| 3710 | July 23, 2021 press release | | | | |
| 3711 | July 26, 2021 press release | | | | |
| 3712 | July 26, 2021 Seeking Alpha article | | | | |
| 3713 | Aug. 2, 2021 press release | | | | |
| 3714 | *Bloomberg Trading Records (Anticipated)* | | | | |
| 3715 | *Stock price and volume chart for STAF (Anticipated)* | | | | |
| 3716-3799 | *Reserved* | | | | |
| 3800-4199 | *Reserved* | | | | |
| 4200-4230 | VTVT filings with the SEC | | | | |
| 4231 | Feb. 17, 2020 Seeking Alpha article | | | | |
| 4232 | June 15, 2020 Seeking Alpha article | | | | |
| 4233 | Aug. 3, 2020 Healthline article | | | | |
| 4234 | Aug. 3, 2020 Seeking Alpha article | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4235 | Aug. 4, 2020 Vanity Fair article | | | | | |
| 4236 | *Bloomberg Trading Records (Anticipated)* | | | | | |
| 4237 | *Stock price and volume chart for VTVT (Anticipated)* | | | | | |
| 4238 | July 27, 2020 Tweet | | | | | |
| 4239-4299 | *Reserved* | | | | | |
| 4300-4305 | XRTX filings with the SEC | | | | | |
| 4306 | *Bloomberg Trading Records (Anticipated)* | | | | | |
| 4307 | *Stock price and volume chart for XRTX (Anticipated)* | | | | | |
| 4308 | Nov. 4, 2021 Tweet | | | | | |
| 4309 | Nov. 4, 2021 Tweet 2 | | | | | |
| 4310-4399 | *Reserved* | | | | | |
| 4400-4499 | *Reserved* | | | | | |
| 4500-4510 | ZSAN filings with the SEC | | | | | |
| 4511 | Mar. 24, 2022 Penny Stocks article | | | | | |
| 4512 | *Bloomberg Trading Records (Anticipated)* | | | | | |
| 4513 | *Stock price and volume chart for ZSAN (Anticipated)* | | | | | |
| 4514 | Mar. 24, 2022 Tweet | | | | | |
| 4515 | Mar. 31, 2022 Tweet | | | | | |
| 4516 | Apr. 5, 2022 Tweet | | | | | |
| 4517-4599 | *Reserved* | | | | | |
| 4600-4999 | *Reserved* | | | | | |
| 5000-5399 | Financial and Trading Records for Codefendants, including the following: | | | | | |
| 5000 | Cooperman – 1099 for 2020 (Robinhood) | | | | | |
| 5001 | Cooperman – 1099 for 2020 (Robinhood Crypto) | | | | | |
| 5002 | Cooperman – 1099 for 2020 (Webull) | | | | | |
| 5003 | Deel – 1099 for 2020 (Webull) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5004 | Hennessey – 1099 for 2020 (Robinhood) | | | | |
| 5005 | Hennessey – 1099 for 2020 (Webull) | | | | |
| 5006 | Hrvatin – 1099 for 2020 (Robinhood) | | | | |
| 5007 | Hrvatin – 1099 for 2020 (Robinhood Crypto) | | | | |
| 5008 | Hrvatin – 1099 for 2020 (Webull – account ending in 1041) | | | | |
| 5009 | Hrvatin – 1099 for 2020 (Webull – account ending in 1254) | | | | |
| 5010 | Knight – 1099 for 2020 (Webull) | | | | |
| 5011 | Matlock – 1099 for 2020 (Robinhood) | | | | |
| 5012 | Matlock – 1099 for 2020 (Webull) | | | | |
| 5013 | Rybarczyk – 1099 for 2020 (Webull) | | | | |
| 5014-5099 | *Reserved* | | | | |
| 5100 | Cooperman – 1099 for 2021 (Robinhood) | | | | |
| 5101 | Cooperman – 1099 for 2021 (Robinhood Crypto) | | | | |
| 5102 | Cooperman – 1099 for 2021 (Webull) | | | | |
| 5103 | Deel – 1099 for 2021 (Webull) | | | | |
| 5104 | Hrvatin – 1099 for 2021 (Webull) | | | | |
| 5105 | Knight – 1099 for 2021 (Webull) | | | | |
| 5106 | Matlock – 1099 for 2021 (Webull) | | | | |
| 5107 | Rybarczyk – 1099 for 2021 (Webull) | | | | |
| 5108-5199 | *Reserved* | | | | |
| 5200-5299 | *Reserved* | | | | |
| 5300 | Matlock SEC Trade Blotter Report | | | | |
| 5301 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5302 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5303 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5304 | Matlock SEC Trade Blotter Report | | | | |
| 5305 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5306 | Rybarczyk SEC Trade Blotter Report | | | | |

| 5307 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5308 | Matlock SEC Trade Blotter Report | | | | |
| 5309 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5310 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5311 | Rybarczyk SEC Trade Blotter Report | | | | |
| 5312 | Matlock SEC Trade Blotter Report | | | | |
| 5313-5399 | *Reserved* | | | | |
| 5400 | Jan. 27, 2021 Reddit Post | | | | |
| 5401 | Aug. 16, 2023 Tweet @StockJabber | | | | |
| 5402 | May 10, 2020 YouTube video posted by Matlock, "Taking Trades \| Atlas Trading – Alerts and Stock Calls" | | | | |
| 5403 | Benzinga Instagram video TSLA | | | | |
| 5404 | Zack Morris Instagram accounts | | | | |
| 5405-5999 | *Reserved* | | | | |
| 6000-6299 | *Publicly available News Articles and Posts, and @MrZackMorris tweets regarding AMC, GME, FUBO, NAKD, SNDL, TSLA, and WISH (Anticipated)* | | | | |
| 6,300-9,999 | *Reserved* | | | | |
| 10,000-11,000 | Records from or of the @MrZackMorris Twitter account, including the following: | | | | |
| 10,000 | *Reserved* | | | | |
| 10,001 | May 2, 2019 Tweet | | | | |
| 10,002 | May 30, 2019 Tweet | | | | |
| 10,003 | Oct. 29, 2019 Tweet | | | | |
| 10,004 | Oct. 29, 2019 Tweet 2 | | | | |
| 10,005 | Dec. 4, 2019 Tweet | | | | |
| 10,006 | Jan. 29, 2020 Tweet | | | | |
| 10,007 | Jan. 29, 2020 Tweet | | | | |
| 10,008 | Feb. 12, 2020 Tweet | | | | |

| 10,009 | Feb. 19, 2020 Tweet | | | | |
|--------|---------------------|--|--|--|--|
| 10,010 | Mar. 4, 2020 Tweet | | | | |
| 10,011 | Mar. 18, 2020 Tweet | | | | |
| 10,012 | Mar. 19, 2020 Tweet | | | | |
| 10,013 | Apr. 1, 2020 Tweet | | | | |
| 10,014 | Apr. 9, 2020 Tweet | | | | |
| 10,015 | Apr. 21, 2020 Tweet | | | | |
| 10,016 | Apr. 21, 2020 Tweet 2 | | | | |
| 10,017 | Apr. 22, 2020 Tweet | | | | |
| 10,018 | Apr. 24, 2020 Tweet | | | | |
| 10,019 | Apr. 28, 2020 Tweet | | | | |
| 10,020 | Apr. 28, 2020 Tweet 2 | | | | |
| 10,021 | May 9, 2020 Tweet | | | | |
| 10,022 | May 27, 2020 Tweet | | | | |
| 10,023 | June 6, 2020 Tweet | | | | |
| 10,024 | June 29, 2020 Tweet | | | | |
| 10,025 | Aug. 4, 2020 Tweet | | | | |
| 10,026 | Aug. 12, 2020 Tweet | | | | |
| 10,027 | Aug. 15, 2020 Tweet | | | | |
| 10,028 | Sept. 5, 2020 Tweet | | | | |
| 10,029 | Sept. 5, 2020 Tweet 2 | | | | |
| 10,030 | Sept. 5, 2020 Tweet 3 | | | | |
| 10,031 | Sept. 12, 2020 Tweet | | | | |
| 10,032 | Oct. 3, 2020 Tweet | | | | |
| 10,033 | Oct. 9, 2020 Tweet | | | | |
| 10,034 | Oct. 11, 2020 Tweet | | | | |
| 10,035 | Oct. 15, 2020 Tweet | | | | |
| 10,036 | Oct. 18, 2020 Tweet | | | | |
| 10,037 | Oct. 20, 2020 Tweet | | | | |
| 10,038 | Oct. 20, 2020 Tweet 2 | | | | |

| 10,039 | Oct. 23, 2020 Tweet | | | | |
|---|---|---|---|---|---|
| 10,040 | Oct. 24, 2020 Tweet | | | | |
| 10,041 | Oct. 31, 2020 Tweet | | | | |
| 10,042 | Nov. 9, 2020 Tweet | | | | |
| 10,043 | Nov. 10, 2020 Tweet | | | | |
| 10,044 | Nov. 10, 2020 Tweet 2 | | | | |
| 10,045 | Nov. 16, 2020 Tweet | | | | |
| 10,046 | Nov. 20, 2020 Tweet | | | | |
| 10,047 | Nov. 24, 2020 Tweet 2 | | | | |
| 10,048 | Nov. 27, 2020 Tweet | | | | |
| 10,049 | Dec. 4, 2020 Tweet | | | | |
| 10,050 | Dec. 18, 2020 Tweet | | | | |
| 10,051 | Dec. 18, 2020 Tweet 2 | | | | |
| 10,052 | Dec. 21, 2020 Tweet | | | | |
| 10,053 | Dec. 21, 2020 Tweet 2 | | | | |
| 10,054 | Dec. 21, 2020 Tweet 3 | | | | |
| 10,055 | Jan. 14, 2021 Tweet | | | | |
| 10,056 | Jan. 14, 2021 Tweet 2 | | | | |
| 10,057 | Jan. 14, 2021 Tweet 3 | | | | |
| 10,058 | Jan. 14, 2021 Tweet 4 | | | | |
| 10,059 | Jan. 15, 2021 Tweet | | | | |
| 10,060 | Jan. 15, 2021 Tweet 2 | | | | |
| 10,061 | Jan. 17, 2021 Tweet | | | | |
| 10,062 | Jan. 19, 2021 Tweet | | | | |
| 10,063 | Jan. 20, 2021 Tweet | | | | |
| 10,064 | Jan. 20, 2021 Tweet 2 | | | | |
| 10,065 | Jan. 21, 2021 Tweet | | | | |
| 10,066 | Jan. 22, 2021 Tweet | | | | |
| 10,067 | Jan. 22, 2021 Tweet 2 | | | | |
| 10,068 | Jan. 26, 2021 Tweet | | | | |

| 10,069 | Jan. 27, 2021 Tweet | | | | |
|--------|---------------------|---|---|---|---|
| 10,070 | Jan. 28, 2021 Tweet | | | | |
| 10,071 | Jan. 28, 2021 Tweet 2 | | | | |
| 10,072 | Jan. 30, 2021 Tweet | | | | |
| 10,074 | Feb. 4, 2021 Tweet | | | | |
| 10,075 | Feb. 4, 2021 Tweet video | | | | |
| 10,076 | Feb. 9, 2021 Tweet | | | | |
| 10,077 | Feb. 10, 2021 Tweet | | | | |
| 10,078 | Feb. 15, 2021 Tweet | | | | |
| 10,079 | Feb. 15, 2021 Tweet 2 | | | | |
| 10,080 | Feb. 24, 2021 Tweet | | | | |
| 10,081 | Feb. 26, 2021 Tweet | | | | |
| 10,082 | Mar. 8, 2021 Tweet | | | | |
| 10,083 | Apr. 30, 2021 Tweet | | | | |
| 10,084 | May 3, 2021 Tweet | | | | |
| 10,085 | May 6, 2021 Tweet | | | | |
| 10,086 | May 21, 2021 Tweet | | | | |
| 10,087 | May 27, 2021 Tweet | | | | |
| 10,088 | June 2, 2021 Tweet | | | | |
| 10,089 | June 2, 2021 Tweet 2 | | | | |
| 10,090 | June 2, 2021 Tweet 3 | | | | |
| 10,091 | June 2, 2021 Tweet 4 | | | | |
| 10,092 | June 3 2021 Tweet | | | | |
| 10,093 | June 7, 2021 Tweet | | | | |
| 10,094 | June 7, 2021 Tweet 2 | | | | |
| 10,095 | June 8, 2021 Tweet | | | | |
| 10,096 | June 8, 2021 Tweet 2 | | | | |
| 10,097 | July 2, 2021 Tweet | | | | |
| 10,098 | July 2, 2021 Tweet 2 | | | | |
| 10,099 | July 10, 2021 Tweet | | | | |

| 10,100 | July 10, 2021 Tweet 2 | | | | | |
| 10,101 | July 10, 2021 Tweet 3 | | | | | |
| 10,102 | July 28, 2021 Tweet | | | | | |
| 10,103 | July 29, 2021 Tweet | | | | | |
| 10,104 | Aug. 2, 2021 Tweet | | | | | |
| 10,105 | Aug. 5, 2021 Tweet 2 | | | | | |
| 10,106 | Sept. 2, 2021 Tweet | | | | | |
| 10,107 | Nov. 4, 2021 Tweet | | | | | |
| 10,108 | Nov. 6, 2021 Tweet | | | | | |
| 10,109 | Nov. 16, 2021 Tweet | | | | | |
| 10,110 | Nov. 29, 2021 Tweet | | | | | |
| 10,111 | Nov. 29, 2021 Tweet 2 | | | | | |
| 10,112 | Dec. 1, 2021 Tweet | | | | | |
| 10,113 | Dec. 14, 2021 Tweet | | | | | |
| 10,114 | Jan. 3, 2022 Tweet | | | | | |
| 10,115 | Jan. 5, 2022 Tweet | | | | | |
| 10,116 | Jan. 9, 2022 Tweet | | | | | |
| 10,117 | Jan. 18, 2022 Tweet | | | | | |
| 10,118 | Feb. 7, 2022 Tweet | | | | | |
| 10,119 | Feb. 7, 2022 Tweet 2 | | | | | |
| 10,120 | Feb. 15, 2022 Tweet | | | | | |
| 10,121 | Mar. 2, 2022 Tweet | | | | | |
| 10,122 | Mar. 18, 2022 Tweet | | | | | |
| 10,123 | Mar. 30, 2022 Tweet | | | | | |
| 10,124 | Mar. 30, 2022 Tweet 2 | | | | | |
| 10,125 | Mar. 21, 2022 Tweet 3 | | | | | |
| 10,126 | Apr. 5, 2022 Tweet | | | | | |
| 10,127 | Apr. 5, 2022 Tweet 2 | | | | | |
| 10,128 | Apr. 6, 2022 Tweet | | | | | |
| 10,129 | Apr. 13, 2022 Tweet | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10,130 | Apr. 13, 2022 Tweet 2 | | | | | |
| 10,131 | Apr. 23, 2022 Tweet | | | | | |
| 10,132 | June 1, 2022 Tweet | | | | | |
| 10,133 | June 28, 2022 Tweet | | | | | |
| 10,134 | June 30, 2022 Tweet | | | | | |
| 10,135 | Aug. 31, 2022 Tweet | | | | | |
| 10,136 | Sept. 7, 2022 Tweet | | | | | |
| 10,137 | Sept. 8, 2022 Tweet | | | | | |
| 10,138 | Sept. 16, 2022 Tweet | | | | | |
| 10,139 | Sept. 21, 2022 Tweet | | | | | |
| 10,140 | Sept. 23, 2022 Tweet | | | | | |
| 10,141 | Sept. 23, 2022 Tweet 2 | | | | | |
| 10,142 | Sept. 27, 2022 Tweet | | | | | |
| 10,143 | Sept. 29, 2022 Tweet | | | | | |
| 10,144 | Oct. 19, 2022 Tweet | | | | | |
| 10,145 | Oct. 19, 2022 Tweet | | | | | |
| 10,146 | Nov. 9, 2022 Tweet | | | | | |
| 10,147 | Nov. 13, 2022 Tweet | | | | | |
| 10,148 | Nov. 18, 2022 Tweet | | | | | |
| 10,149 | Nov. 20, 2022 Tweet | | | | | |
| 10,150 | Nov. 21, 2022 Tweet | | | | | |
| 10,151 | Nov. 23, 2022 Tweet | | | | | |
| 10,152 | Nov. 23, 2022 Tweet 2 | | | | | |
| 10,153 | Nov. 24, 2022 Tweet | | | | | |
| 10,154 | Nov. 24, 2022 Tweet 2 | | | | | |
| 10,155 | Nov. 26, 2022 Tweet | | | | | |
| 10,156 | Dec. 2, 2022 Tweet | | | | | |
| 10,157 | Dec. 12, 2022 Tweet | | | | | |
| 10,158 | Moot and Block Tweet | | | | | |
| 10,159 | Mean Names Tweet | | | | | |

| 10,160 | Kern Tweet Video | | | | |
|--------|------------------|--|--|--|--|
| 10,161 | Wayback Capture Aug. 21, 2020 | | | | |
| 10,162 | Wayback Capture Sept. 11, 2020 | | | | |
| 10,163 | Wayback Capture Jan. 30, 2021 | | | | |
| 10,164 | Wayback Capture Mar. 18, 2021 | | | | |
| 10,165 | Wayback Capture June 24, 2021 | | | | |
| 10,166 | Wayback Capture July 3, 2021 | | | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

*/s/ Jamie Hoxie Solano*
Jamie H. Solano