United States District Court
Southern District of Texas
**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, *et al* | § | |

### AMENDED SCHEDULING ORDER

The Court held a hearing on September 7, 2023 regarding various pending motions. Following argument of counsel, the Court determined that a new schedule should be entered, and therefore enters the following new schedule:

| | |
|---|---|
| United States' supplements to exhibit and witness lists: | **January 19, 2024** |
| Defendants' supplements to exhibit and witness lists: | **February 2, 2024** |
| Motions in limine: | **February 9, 2024** |
| Responses to motions in limine: | **February 20, 2024** |
| Parties proposed jury instructions and and proposed voir dire questions: | **March 11, 2024** |
| Proposed jury questionnaire: | **March 11, 2024** |
| Pretrial conference at 9:00 AM *Note: the pretrial conference will go from day to day until all pretrial matters are completed.* | **March 19, 2024** |
| Jury selection and trial at 9:00 AM | **April 1, 2024** |

SIGNED this 12th day of September 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE