# Exhibit 2

Case 4:22-cr-00612   Document 431-2   Filed on 09/25/23 in TXSD   Page 4 of 5