# Exhibit 3

Case 4:22-cr-00612   Document 431-3   Filed on 09/25/23 in TXSD   Page 2 of 3

Case 4:22-cr-00612   Document 431-3   Filed on 09/25/23 in TXSD   Page 3 of 3