# EXHIBIT A

Skip to main content



Help Center (https://help.twitter.com/)

- **Using X** (https://help.twitter.com/en/using-x)
- **Managing your account** (https://help.twitter.com/en/managing-your-account)
- **Safety and security** (https://help.twitter.com/en/safety-and-security)
- **Rules and policies** (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
  - **New user FAQ** (https://help.twitter.com/en/resources/new-user-faq)
  - **Glossary** (https://help.twitter.com/en/resources/glossary)
  - **A safer X** (https://help.twitter.com/en/resources/a-safer-twitter)
  - **Accessibility** (https://help.twitter.com/en/resources/accessibility)

  - **Our rules** (https://help.twitter.com/en/resources/rules)
  - **My privacy** (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
  - **How we address misinformation on X** (https://help.twitter.com/en/resources/addressing-misleading-info)
  - **Recommender Systems** (https://help.twitter.com/en/resources/recommender-systems)



- **Go to Twitter** (https://twitter.com)
- **Sign out** (https://twitter.com/logout?redirect_after_logout=https://help.twitter.com/en/using-x/direct-messages#video)



**Contact Us** (https://help.twitter.com/forms.html)



1. About Direct Messages

# About Direct Messages

1. **Help Center** ⌃ (https://help.twitter.com/)
2. **Direct Messages** ⌃ (https://help.twitter.com/en/using-x#direct-messages)

# About Direct Messages

As a Creator (https://help.twitter.com/using-x/subscriptions-creator#how) on 𝕏, as of Sept 28, 2023 you can now opt-in to allow messages from your subscribers. This feature is disabled by default, but you can enable it on the Messaging Settings page.

Direct Messages are the private side of X. You can use Direct Messages to have private conversations with people about posts and other content.

The basics

To send a Direct Message from X for iOS

To send a Direct Message from X for Android

To send a Direct Message via the web

To pin Direct Messages

To search Direct Messages

To snooze Direct Message notifications

To report a Direct Message or conversation

To share a post via Direct Message

To receive Direct Messages from anyone

To review Direct Message requests

To disable Direct Message read receipts

To send and receive Direct Messages on your phone via SMS

Some important things to know about Direct Messages

The basics