# EXHIBIT G

| | |
|---|---|
| **From:** | Varani, Joe (CRM) |
| **Sent:** | Tuesday, September 27, 2022 12:56 PM |
| **To:** | Armstrong, Scott (CRM) |
| **Subject:** | RE: Twitter Returns |
| **Attachments:** | DipDeity DMs and Tweets.xlsx; Hugh_Henne DMs and Tweets.xlsx; LadeBackk DMs and Tweets.xlsx; MrZackMorris DMs and Tweets.xlsx; notoriousalerts DMs and Tweets.xlsx; ohheytommy DMs and Tweets.xlsx; PJ_Matlock DMs and Tweets.xlsx; Ultra_Calls DMs and Tweets.xlsx |

Scott,

Attached are the spreadsheets of tweets and direct messages as exported from Axiom.

Given your request for expedited processing, I don't want to hold up this delivery, but I want to note that I noticed some discrepancies in the timestamps of some tweets as reported by Axiom while checking over the results. If the timestamps of certain tweets are important, I would recommend referring back to the original text files from Twitter. I can walk you through that process if necessary.

Also, this does not contain group direct messages. Will continue working on that.

**From:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
**Sent:** Monday, September 26, 2022 5:49 PM
**To:** Varani, Joe (CRM) <Joe.Varani@usdoj.gov>
**Subject:** RE: Twitter Returns

[redacted]

**From:** Varani, Joe (CRM) <Joe.Varani@usdoj.gov>
**Sent:** Monday, September 26, 2022 5:49 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
**Subject:** Re: Twitter Returns

Are you available for a call at 10 tomorrow?

On Sep 26, 2022, at 1:54 PM, Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov> wrote:

[redacted]

**From:** Varani, Joe (CRM) <Joe.Varani@usdoj.gov>
**Sent:** Monday, September 26, 2022 11:19 AM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
**Subject:** RE: Twitter Returns

Here are the direct message files from the Twitter returns. I'd recommend asking ITM to install Notepad++ on your computer. It's better for viewing and searching these files than Notepad.

**From:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
**Sent:** Friday, September 23, 2022 10:36 AM
**To:** Varani, Joe (CRM) <Joe.Varani@usdoj.gov>
**Cc:** Gilmer, Crystal (CRM) <Crystal.Gilmer@usdoj.gov>
**Subject:** RE: Twitter Returns

[redacted]

**From:** Varani, Joe (CRM) <Joe.Varani@usdoj.gov>
**Sent:** Friday, September 23, 2022 10:08 AM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
**Cc:** Gilmer, Crystal (CRM) <Crystal.Gilmer@usdoj.gov>
**Subject:** Re: Twitter Returns

Hi Scott. I think it would be better if we talked Monday. Nothing new to report yet and I'm out of the office today.

On Sep 22, 2022, at 5:43 PM, Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov> wrote:

[redacted]

------------------------
Scott Armstrong
DOJ Fraud Section
202-355-5704
------------------------

On Sep 22, 2022, at 5:34 PM, Gilmer, Crystal (CRM) <Crystal.Gilmer@usdoj.gov> wrote:

Hey Scott,

The returns have been processed but they require some manual work in order for us to match up the communication with the media files inside of the return. Unfortunately, the tool we have does not do that. This is going to take us some time. Joe Varani, cc'd, is my team lead and he will be assisting while I am out on leave.

Thanks,

Crystal

*Crystal Gilmer*
Digital Investigative Analyst
U.S. Department of Justice, Criminal Division
Computer Crime and Intellectual Property Section (CCIPS)
1301 New York Ave. NW

Washington, DC 20530
(202) 514-0493 (Office)

DOJ-PROD-0000365319