# EXHIBIT L

# Hale, Jeremy S. (HO) (FBI)

| | |
|---|---|
| **From:** | Twitter Support <support@twitter.com> |
| **Sent:** | Saturday, April 22, 2023 3:20 PM |
| **To:** | Hale, Jeremy S. (HO) (FBI) |
| **Subject:** | [WARNING: UNSCANNABLE EXTRACTION FAILED][EXTERNAL EMAIL] - [WARNING: ATTACHMENT UNSCANNED][WARNING: MESSAGE ENCRYPTED][WARNING: UNSCANNABLE EXTRACTION FAILED]Case# 0287655846: Twitter Receipt of Information Request - Federal Bureau of Investigation [ r... |
| **Attachments:** | 0287655846.zip |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |



Dear Special Agent Jeremy Hale,,

We are responding to your legal process, dated August 26, 2022, requesting information regarding Twitter account @MrZackMorris (associated User ID: 373620043). This production contains material intended to supplement the original production and is not intended to include responsive material previously produced. We are responding with the following attached files:

ip_audit.pdf

Please note that the attached file has been encrypted for security purposes.  Please respond to this message to request the password.

All our records are maintained in UTC, which is the same as GMT for timezone purposes.
Lastly, if you have received this message in error, kindly notify us by responding directly to this email.

Sincerely,
Twitter

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103



ref:_00DA0K0A8._5004w2Vcnw4:ref