| | |
|---|---|
| **From:** | Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov> |
| **Sent:** | Friday, May 5, 2023 3:11 PM |
| **To:** | Cordova, Laura; Garner, Mallory (CRM); Liolos, John (CRM); Carter III, Thomas (USATXS) |
| **Cc:** | Murtha, Michael |
| **Subject:** | RE: Discovery: 22-CR-612 |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

One clarification, Ricky Bobby 🏁 🏎 #7407 is Francis Sabo.

---

**From:** Armstrong, Scott (CRM)
**Sent:** Friday, May 5, 2023 4:08 PM
**To:** Cordova, Laura <lcordova@jw.com>; Garner, Mallory (CRM) ▮▮▮▮▮▮▮▮▮▮ Liolos, John (CRM) <John.Liolos@usdoj.gov>; Carter III, Thomas (USATXS) <TCarter2@usa.doj.gov>
**Cc:** Murtha, Michael <mmurtha@jw.com>
**Subject:** RE: Discovery: 22-CR-612

As to your other question about Eastern Standard Time, that's just the same eastern time as the other references.

---

**From:** Armstrong, Scott (CRM)
**Sent:** Friday, May 5, 2023 4:04 PM
**To:** Cordova, Laura <lcordova@jw.com>; Garner, Mallory (CRM) ▮▮▮▮▮▮▮▮▮▮ Liolos, John (CRM) <John.Liolos@usdoj.gov>; Carter III, Thomas (USATXS) <TCarter2@usa.doj.gov>
**Cc:** Murtha, Michael <mmurtha@jw.com>
**Subject:** RE: Discovery: 22-CR-612

Counsel,

At to 1, we provided the information that we have right now at April 14, 2023.

As to 2, it's difficult to respond to this request in the abstract. Which spreadsheets do you have questions about? As to the search warrant materials from Twitter and Discord, we also produced the original files so you can look at the original files, which are in UTC, and see if those match the processed materials. If they do not, they are likely in eastern time.

As to 3, we can produce to you the materials beyond what we seized as part of the warrant, to include all DMs and messages on the various trading floors/rooms. This material is outside the scope of our warrant, and we are without legal basis to include it our case file. It is not Rule 16 discovery as it is not relevant, among other reasons. Nonetheless, we will produce this material to you to put this issue to bed. We will check how long it will take to produce this material.

Scott

---

**From:** Cordova, Laura <lcordova@jw.com>
**Sent:** Thursday, May 4, 2023 11:31 AM

**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Garner, Mallory (CRM) ▮▮▮▮▮▮▮▮▮▮ Liolos, John (CRM) <John.Liolos@usdoj.gov>; Carter III, Thomas (USATXS) <TCarter2@usa.doj.gov>
**Cc:** Murtha, Michael <mmurtha@jw.com>
**Subject:** [EXTERNAL] RE: Discovery: 22-CR-612

Counsel,

We are following up on our requests for information necessary for our review of the discovery and preparation for trial. Each of these requests has been outstanding for nearly a month and some much longer. Please provide the following:

1. The account names and the actual names for each individual referenced in the superseding indictment but not named.
2. Please provide the time zones for all Twitter posts, Twitter DMs, Discord posts, Discord DMs, text messages, and any other social media or other messages produced. It appears that these have been produced in various time zones, and many of the materials produced do not identify the time zone in which the messages are provided.
3. Also, in your March 22, 2023 letter you state that some trading blotters are produced in "Eastern Standard Time" and others in "Eastern Time." Are these the same or do you intend to indicate that there is a difference between the time zones in which these records are provided?
4. Please confirm that you have produced all Rule 16 material for Mr. Hennessey. Your message below refers only to "Mr. Hennessey's messages that were seized." As you know, Rule 16 encompasses more than seized messages, so please confirm that all Rule 16 materials for Mr. Hennessey have been produced.

If the government intends to provide this information, please let us know when. If the government does not intend to provide this information, please let us know the basis for withholding it.

Best regards,
Laura


**Laura M. Kidd Cordova**
▮▮▮▮▮▮▮▮

---

\*   \*   \*