# EXHIBIT 2

# Cordova, Laura

| | |
|---|---|
| **From:** | Cordova, Laura |
| **Sent:** | Friday, May 19, 2023 1:51 PM |
| **To:** | Kim, Elise (CRM); Armstrong, Scott (CRM); mford@fordobrien.com; Reyes, Luis; Peele, Christopher; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire; houstonstrialattorney@gmail.com; edward@msblawyers.com; Murtha, Michael; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley; Zachary Fertitta |
| **Cc:** | Liolos, John (CRM); Garner, Mallory (CRM) |
| **Subject:** | RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612 |

Counsel,

I write to correct a misstatement in your letter of today. You state that "[o]n May 4, 2023, counsel for Defendant Hennessey requested social-media messages for Defendant Hennessey beyond what [the government] seized as part of [the government's] search warrant . . . ." We did not make that request. We did request multiple times, including on May 4, 2023, confirmation that the government has produced all Rule 16 material for Mr. Hennessey. To be clear, below is the request we made on May 4, 2023:

> "Please confirm that you have produced all Rule 16 material for Mr. Hennessey. Your message below refers only to 'Mr. Hennessey's messages that were seized.' As you know, Rule 16 encompasses more than seized messages, so please confirm that all Rule 16 materials for Mr. Hennessey have been produced."

(The "message below" referenced in our May 4th request was the government's April 6, 2023 email, which stated: "I believe we have produced all of Mr. Hennessey's messages that were seized. We, of course, consistently re-review and double check our efforts to make sure we comply with our discovery obligations. If we notice anything that should have been produced but was not, we will produce it and let you know.")

We reiterate our request for confirmation that all Rule 16 material has been produced, as of course, Rule 16 encompasses more than a defendant's social media messages.

Perhaps it makes sense to set up a call to discuss to avoid any further confusion. Please let us know your availability.

Best regards,
Laura


**Laura M. Kidd Cordova**

---

**From:** Kim, Elise (CRM)
**Sent:** Friday, May 19, 2023 12:09 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; Murtha, Michael <mmurtha@jw.com>; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com;

michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>; Zachary Fertitta <zach@fertittalaw.net>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Garner, Mallory (CRM)
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel,

Attached is a cover letter and index for production 11, which was shipped to your offices today. Also attached is Attachment A as referenced in the cover letter.

███████████ is the password for the production zip files. Please let me know if you have trouble accessing.

Sincerely,

**Elise Kim**
Paralegal – Contractor (CACI)
U.S. Department of Justice – Criminal Division, Fraud Section
1400 New York Avenue, NW, Washington, DC 20005
202-316-0646

---

**From:** Kim, Elise (CRM)
**Sent:** Tuesday, May 9, 2023 1:10 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>; Zachary Fertitta <zach@fertittalaw.net>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Garner, Mallory (CRM)
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for production 10, which was shipped to your offices today and should arrive tomorrow.

███████████ is the password for the production zip file. Please let me know if you have trouble accessing.

Sincerely,

**Elise Kim**
Paralegal – Contractor (CACI)
U.S. Department of Justice – Criminal Division, Fraud Section
1400 New York Avenue, NW, Washington, DC 20005
202-316-0646

---

**From:** Kim, Elise (CRM)
**Sent:** Wednesday, May 3, 2023 12:10 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com;

philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>; Zachary Fertitta <zach@fertittalaw.net>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Garner, Mallory (CRM)
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for production 9, which was shipped to your offices today and should arrive tomorrow.

████████ is the password for the production zip file.

Please let me know if you have trouble accessing.

**Elise Kim**
Paralegal – Contractor (CACI)
U.S. Department of Justice – Criminal Division, Fraud Section
1400 New York Avenue, NW, Washington, DC 20005
202-316-0646

---

**From:** Garner, Mallory (CRM)
**Sent:** Wednesday, April 19, 2023 5:01 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM)
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for production 8, which was shipped to your offices today. SM2045Li#w2? is the password for the production.

Please let me know if you have trouble accessing.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

---

**From:** Garner, Mallory (CRM)
**Sent:** Friday, April 14, 2023 1:28 PM

**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM)
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for production 7, which was shipped to your offices today. LT4$4Su%e^rN is the password for the production.

Please let me know if you have trouble accessing.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

---

**From:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
**Sent:** Friday, April 14, 2023 12:19 PM
**To:** Garner, Mallory (CRM) <...>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM)
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Ms. Cordova requested the following information, to the extent you don't already know it based on your review of discovery, here are identifiers for the below:

1. CC-1 (Para. 17): Ricky Bobby 🏁 🏎#7407 (Discord)
2. Individual-1 (Para. 17): @Incrediblebob12 (Twitter)
3. Individual-1 (Para 18): @Incrediblebob12 (Twitter)
4. CC-2 (Para 49): Ross Williams
5. Individual-2 (Para 103): @djblack385 (Twitter)

Best,

Scott

**From:** Garner, Mallory (CRM) <█████████████>
**Sent:** Wednesday, April 5, 2023 4:29 PM
**To:** mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; jessica@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com
**Cc:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM) <█████████████>
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Please see attached for a zip file containing Production 6, as well as its corresponding cover letter and index. I will circulate the password in a separate email.

Let me know if you have any trouble accessing.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

**From:** Garner, Mallory (CRM)
**Sent:** Friday, March 24, 2023 3:48 PM
**To:** mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; jessica@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com
**Cc:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM) <█████████████>
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Please see attached for a zip file containing Production 5, as well as its corresponding cover letter and index. I will circulate the password in a separate email.

Let me know if you have any trouble accessing.

Best,

Mallory Garner
Paralegal – Contractor, CACI

U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

---

**From:** Garner, Mallory (CRM)
**Sent:** Wednesday, March 22, 2023 5:53 PM
**To:** 'mford@fordobrien.com' <mford@fordobrien.com>; 'Reyes, Luis' <lreyes@ashcroftlawfirm.com>; 'Peele, Christopher' <CPeele@ashcroftlawfirm.com>; 'jsutton@ashcroftlawfirm.com' <jsutton@ashcroftlawfirm.com>; 'philip@hilderlaw.com' <philip@hilderlaw.com>; 'tate@hilderlaw.com' <tate@hilderlaw.com>; 'Stephanie McGuire' <stephanie@hilderlaw.com>; 'houstonstrialattorney@gmail.com' <houstonstrialattorney@gmail.com>; 'edward@msblawyers.com' <edward@msblawyers.com>; 'Cordova, Laura' <lcordova@jw.com>; 'mmurtha@jw.com' <mmurtha@jw.com>; 'cca@akersfirm.com' <cca@akersfirm.com>; 'neal@nealdavislaw.com' <neal@nealdavislaw.com>; 'zach@fertittalaw.net' <Zach@fertittalaw.net>; 'chip@chiplewislaw.com' <chip@chiplewislaw.com>; 'michelle@chiplewislaw.com' <michelle@chiplewislaw.com>; 'Lauren@chiplewislaw.com' <Lauren@chiplewislaw.com>; 'jessica@chiplewislaw.com' <jessica@chiplewislaw.com>; 'erosen@fnf.law' <erosen@fnf.law>
**Cc:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM) [redacted]
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for a production that was sent to your offices today. The production should arrive tomorrow.

[redacted] is the password to each of the zip files in Production 4.

Please let me know if you have any trouble accessing.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

---

**From:** Garner, Mallory (CRM)
**Sent:** Thursday, February 9, 2023 5:38 PM
**To:** 'mford@fordobrien.com' <mford@fordobrien.com>; 'Reyes, Luis' <lreyes@ashcroftlawfirm.com>; 'Peele, Christopher' <CPeele@ashcroftlawfirm.com>; 'jsutton@ashcroftlawfirm.com' <jsutton@ashcroftlawfirm.com>; 'philip@hilderlaw.com' <philip@hilderlaw.com>; 'tate@hilderlaw.com' <tate@hilderlaw.com>; 'Stephanie McGuire' <stephanie@hilderlaw.com>; 'houstonstrialattorney@gmail.com' <houstonstrialattorney@gmail.com>; 'edward@msblawyers.com' <edward@msblawyers.com>; 'Cordova, Laura' <lcordova@jw.com>; 'mmurtha@jw.com' <mmurtha@jw.com>; 'cca@akersfirm.com' <cca@akersfirm.com>; 'neal@nealdavislaw.com' <neal@nealdavislaw.com>; 'zach@fertittalaw.net' <Zach@fertittalaw.net>; 'chip@chiplewislaw.com' <chip@chiplewislaw.com>; 'michelle@chiplewislaw.com' <michelle@chiplewislaw.com>; 'Lauren@chiplewislaw.com' <Lauren@chiplewislaw.com>; 'jessica@chiplewislaw.com' <jessica@chiplewislaw.com>; 'erosen@fnf.law' <erosen@fnf.law>
**Cc:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM) [redacted]
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

 is the password to Production 3.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

---

**From:** Garner, Mallory (CRM)
**Sent:** Thursday, February 9, 2023 4:42 PM
**To:** 'mford@fordobrien.com' <mford@fordobrien.com>; 'Reyes, Luis' <lreyes@ashcroftlawfirm.com>; 'Peele, Christopher' <CPeele@ashcroftlawfirm.com>; 'jsutton@ashcroftlawfirm.com' <jsutton@ashcroftlawfirm.com>; 'philip@hilderlaw.com' <philip@hilderlaw.com>; 'tate@hilderlaw.com' <tate@hilderlaw.com>; 'Stephanie McGuire' <stephanie@hilderlaw.com>; 'houstonstrialattorney@gmail.com' <houstonstrialattorney@gmail.com>; 'edward@msblawyers.com' <edward@msblawyers.com>; 'Cordova, Laura' <lcordova@jw.com>; 'mmurtha@jw.com' <mmurtha@jw.com>; 'cca@akersfirm.com' <cca@akersfirm.com>; 'neal@nealdavislaw.com' <neal@nealdavislaw.com>; 'zach@fertittalaw.net' <Zach@fertittalaw.net>; 'chip@chiplewislaw.com' <chip@chiplewislaw.com>; 'michelle@chiplewislaw.com' <michelle@chiplewislaw.com>; 'Lauren@chiplewislaw.com' <Lauren@chiplewislaw.com>; 'jessica@chiplewislaw.com' <jessica@chiplewislaw.com>; 'erosen@fnf.law' <erosen@fnf.law>
**Cc:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise (CRM) 
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for a production that was sent to your offices today. The production should arrive tomorrow.

Please let me know if you have any trouble accessing.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574

---

**From:** Garner, Mallory (CRM)
**Sent:** Friday, January 27, 2023 5:52 PM
**To:** mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; jessica@chiplewislaw.com; erosen@fnf.law
**Cc:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Kim, Elise

(CRM) ███████████████

**Subject:** Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Attached is a cover letter and index for a production that was sent to your offices today. The password for the zip file on the thumb drive is: ████████

Please let me know if you have any trouble accessing the files.

Best,

Mallory Garner
Paralegal – Contractor, CACI
U.S. Department of Justice Criminal Division, Fraud Section
1400 New York Ave. NW Washington, DC 20005
202 – 669 – 4574