# EXHIBIT R

**From:** Cordova, Laura <lcordova@jw.com>
**Sent:** Friday, May 19, 2023 1:51 PM
**To:** [redacted]; Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Murtha, Michael <mmurtha@jw.com>; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>; Zachary Fertitta <zach@fertittalaw.net>
**Cc:** Liolos, John (CRM) <John.Liolos@usdoj.gov>; [redacted]
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

I write to correct a misstatement in your letter of today. You state that "[o]n May 4, 2023, counsel for Defendant Hennessey requested social-media messages for Defendant Hennessey beyond what [the government] seized as part of [the government's] search warrant . . . ." We did not make that request. We did request multiple times, including on May 4, 2023, confirmation that the government has produced all Rule 16 material for Mr. Hennessey. To be clear, below is the request we made on May 4, 2023:

> "Please confirm that you have produced all Rule 16 material for Mr. Hennessey. Your message below refers only to 'Mr. Hennessey's messages that were seized.' As you know, Rule 16 encompasses more than seized messages, so please confirm that all Rule 16 materials for Mr. Hennessey have been produced."

(The "message below" referenced in our May 4th request was the government's April 6, 2023 email, which stated: "I believe we have produced all of Mr. Hennessey's messages that were seized. We, of course, consistently re-review and double check our efforts to make sure we comply with our discovery obligations. If we notice anything that should have been produced but was not, we will produce it and let you know.")

We reiterate our request for confirmation that all Rule 16 material has been produced, as of course, Rule 16 encompasses more than a defendant's social media messages.

Perhaps it makes sense to set up a call to discuss to avoid any further confusion. Please let us know your availability.

Best regards,
Laura

**Laura M. Kidd Cordova**

M: (202) 340-8472

---

**From:** [redacted]
**Sent:** Friday, May 19, 2023 12:09 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com;