# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## UNOPPOSED MOTION FOR THE WITHDRAWAL OF
## CARA J. FILIPPELLI AS COUNSEL OF RECORD

Cara J. Filippelli, counsel for Edward Constantinescu, hereby files this Unopposed Motion to Withdraw as Counsel and respectfully requests that she be permitted to withdraw as counsel of record for Edward Constantinescu.

Mr. Constantinescu will continue to be represented by Matthew A. Ford, Jamie Hoxie Solano, and Stephen R. Halpin III of Ford O'Brien Landy LLP. Granting this motion will cause no prejudice to any party, or delay in this matter.

Respectfully Submitted:

*/s/ Cara Filippelli*
Cara J. Filippelli
Ford O'Brien Landy, LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Tel: (212) 858-0040
cfilippelli@fordobrien.com

*Attorney for Defendant*
*Edward Constantinescu*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2023, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

                                                */s/ Cara Filippelli*
                                                Cara J. Filippelli