IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF
CARA J. FILIPPELLI AS COUNSEL OF RECORD**

The Court has reviewed and considered the Motion to Withdraw as Counsel for Defendant Edward Constantinescu and being of the opinion that good cause has been shown finds that the motion should be granted. It is hereby,

ORDERED that Cara J. Filippelli is permitted to withdraw as attorney for Defendant Edward Constantinescu. Mr. Constantinescu will continue to be represented by Matthew A. Ford, Jamie Hoxie Solano, and Stephen R. Halpin III of Ford O'Brien Landy LLP.

SIGNED on this _____ day of _____, 2023.

_____
U.S. DISTRICT JUDGE