UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| **CONSTANTINESCU,** *et al.* | § § § | |
| **Defendants.** | § | |

### [Proposed] ORDER

Upon consideration of the United States' Motion to Quash Impermissible Rule 17 Subpoenas (ECF No. 466), the Court hereby ORDERS that the Motion is GRANTED. All Rule 17 subpoenas issued by Defendant Constantinescu are hereby QUASHED. Defendant Constantinescu is directed to file with the Court within ten days a complete list of all individuals upon whom Defendant served such subpoenas.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE