# EXHIBIT 1



Jamie Hoxie Solano <jsolano@fordobrien.com>

## Re: [EXTERNAL] Re: Subpoenas
1 message

**Jamie Hoxie Solano** <jsolano@fordobrien.com>   Thu, Nov 2, 2023 at 10:51 AM
To: "Armstrong, Scott (CRM)" <Scott.Armstrong@usdoj.gov>
Cc: "mford@fordobrien.com" <mford@fordobrien.com>, "Liolos, John (CRM)" <John.Liolos@usdoj.gov>, "Carter III, Thomas (USATXS)" <Thomas.Carter.III@usdoj.gov>

Scott, John, and Hayward,

I'm following up on the below and on the letter we sent you on October 20th about your discovery obligations. Please let me know a time that works for you to get on a call to discuss the outstanding issues. You told us you were going to respond to our requests from the letter, which you have not done, and you are refusing to see if we can come to an agreement on narrowing the terms of ▮▮▮▮▮▮▮ subpoena.

Thanks,

Jamie

On Fri, Oct 27, 2023 at 2:23 PM Jamie Hoxie Solano <jsolano@fordobrien.com> wrote:
> Can you send us the subpoena? I'm happy to reach out to him and discuss the scope if you have his contact information.
>
> Thanks,
>
> Jamie
>
> On Fri, Oct 27, 2023 at 2:18 PM Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov> wrote:
>> An example is what your firm sent to ▮▮▮▮▮▮▮. The authority is *United States v. Nixon*, 418 U.S. 683 (1974). Please let us know if you will withdraw these subpoenas, and others to victim-witnesses. If not, a call to discuss will not be fruitful.
>>
>>
>> Best,
>>
>> Scott
>>
>>
>> **From:** Jamie Hoxie Solano <jsolano@fordobrien.com>
>> **Sent:** Friday, October 27, 2023 2:05 PM
>> **To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
>> **Cc:** mford@fordobrien.com; Liolos, John (CRM) <John.Liolos@usdoj.gov>; Carter III, Thomas (USATXS) <TCarter2@usa.doj.gov>
>> **Subject:** [EXTERNAL] Re: Subpoenas
>>
>>
>> Hi Scott,

Can you please attach the subpoena you are talking about so we are sure we are talking about the same thing? As you know, we have no obligation to give you notice of our trial subpoenas.

I know previously when I've told you why I'm unavailable for a call you've filed my explanation in public court filings, so in case you plan to do that again: I've been invited to a federal judge's investiture ceremony today so I'm unavailable. Let me know a time that works for you for a call next week. I'm happy to discuss your concerns to see if we can come to an agreement without further burdening the Court with another discovery dispute. In the meantime, if you have any legal authority to support your concerns, please send that over before our call.

Also, maybe on our call we can also talk about our letter from last week regarding your failure to comply with Brady that you've refused to substantively respond to. We would appreciate it if you could prioritize that.

Have a good weekend,

Jamie

> On Oct 27, 2023, at 12:56 PM, Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov> wrote:
>
> Counsel,
>
> It has come to our attention that you have issued overly broad and deficient Rule 17(c) subpoenas to at least several victim-witnesses listed on our witness list. Please let us know if you will withdraw these subpoenas. If not, we will move to quash.
>
> Thank you,
>
> Scott
>
> Scott Armstrong
> U.S. Department of Justice
> Fraud Section
> 202-355-5704