# EXHIBIT 2

318C-HO-3603795 Serial 294

FD-302 (Rev 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   11/03/2023

▉▉▉▉, date of birth ▉▉▉▉▉▉▉▉, was interviewed telephonically. After being advised of the identity of the interviewing Agent and the nature of the interview, ▉▉ provided the following information:

▉▉ received a call from a process server who was trying to serve her with a subpoena for captioned case. ▉▉ planned to collect the subpoena the day after the interview. SA Jeremy Hale informed ▉▉ the subpoena was coming form counsel for one of the defendants, not the government. SA Hale told ▉▉ the FBI could not provide legal advice. SA Hale told ▉▉ she was not required to speak to the defense attorneys if she did not want to.

Investigation on  11/02/2023  at  Houston, Texas, United States (Phone)

File #  318C-HO-3603795                                                      Date drafted  11/03/2023

by  Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency

DOJ-PROD-0000369235

318C-HO-3603795 Serial 295

FD-302 (Rev 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/03/2023

███████████, date of birth ███████████████, was interviewed telephonically. After being advised of the identity of the interviewing Agent and the nature of the interview, ██████ provided the following information:

On October 19, 2023, SA Jeremy Hale informed ██████ of the trial being reset to April 1, 2024. On October 26, 2023, ██████ called and informed SA Hale that he had received a subpoena from the law firm Ford, O'brien, Landy, LLP. SA Hale told ██████ the FBI could not provide legal assistance. SA Hale told ██████ was not required to speak with the attorneys if he did not wish to do so. On October 31, 2023, ██████ called SA Hale and stated that he felt the subpoena was asking for information which was not relevant. ██████ would not be opposed to the government filing a motion on his behalf to quash the subpoena.

Agent Note: The pictures of the Subpoena provided by ██████ has been submitted the 1A section of the file. On October 26, 2023, ██████ left SA Hale a voicemail. The voicemail has been submitted to the 1A section of the file.

Investigation on   10/31/2023   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795        Date drafted   11/03/2023

by   Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency

DOJ-PROD-0000369236

318C-HO-3603795 Serial 296

FD-302 (Rev. 5-8-10)

-1 of 1-

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry　　11/03/2023

▮▮▮▮▮▮, telephone number ▮▮▮▮▮▮ was telephonically interviewed. After being advised of the identity of the interviewing Agent and the nature of the interview, ▮▮▮▮ provided the following information:

▮▮▮▮ stated she received a subpoena on the morning of 10/26/2023 from a Sheriffs' Deputy where she lives in South Carolina. She stated that it was intimidating and made her nervous to receive it. The email is attached to the 1A section of this FD-302.

Additionally, ▮▮▮▮ stated it would be alright with her if the government were to attempt to quash the subpoena.

**UNCLASSIFIED//FOUO**

Investigation on　10/26/2023　at　Houston, Texas, United States (Phone, Email)

File #　318C-HO-3603795　　　　　　　　　　　　　　　　　Date drafted　10/27/2023

by　Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000369244