IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## **ORDER DENYING MOTION TO QUASH**

Having considered the Government's Motion to Quash Rule 17 Subpoenas issued by defendant Edward Constantinescu (Dkt. 466) and the defendant's response, the Court has determined that the motion should be denied. Therefore, it is

ORDERED that the Government's motion to quash Constantinescu's Rule 17 subpoenas be DENIED.

December ___, 2023

                                                                                           _____

                                                                                           The Honorable Andrew S. Hanen
                                                                                           U.S. District Judge