UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| CONSTANTINESCU, *et al.* § | The Honorable Andrew S. Hanen |
| § | |
| **Defendants.** § | |

**United States' Opposed Motion for Modification to the Amended Scheduling Order**

The United States, by and through its undersigned counsel, respectfully requests that the Court enter a date certain by which Defendants must disclose any expert reports to the United States. The United States respectfully proposes the date of January 26, 2024. Defendant Constantinescu opposes; Defendant Hennessey is still evaluating this request at the time of this filing; other Defendants have not stated a position on this motion. The Court should grant this motion because dates certain for the disclosure of Defendants' expert reports and the United States' objections serve the interests of justice and judicial economy.

On September 12, 2023, the Court entered an Amended Scheduling Order, which set various deadlines before the April 1, 2024 trial. ECF No. 415 ("Order"). In accordance with the Court's orders and the course of the case since entry of the Order, the United States will update, among other things, its trading exhibits relating to the testimony of its summary witness, Ms. Garibotti, by the January 19, 2024 deadline. *Id.* Motions in limine are due February 9, 2024. *Id.*

1

The Order does not speak to a date certain by which the parties must disclose their expert reports. The prior scheduling order set August 15, 2023 as the deadline for Defendants' expert reports. Most of the reports Defendants provided on or about that initial deadline were deficient and objectionable. Given the issues raised by the Defendants' previous disclosures on the eve of the prior deadline, a date certain upon which Defendants must disclose expert reports would serve the interests of justice and judicial economy.

The United States respectfully proposes that Defendants disclose any expert reports to the United States by January 26, 2024, and that the United States file any objections on those reports by February 16, 2024. A proposed order is attached.

Dated: January 9, 2024                                   Respectfully submitted,


                                                         GLENN S. LEON
                                                         Chief, Fraud Section
                                                         Criminal Division, Department of Justice

                                        By:    /s/ Scott Armstrong
                                                Scott Armstrong, Assistant Chief
                                                John J. Liolos, Trial Attorney
                                                Fraud Section, Criminal Division
                                                United States Department of Justice
                                                1400 New York Ave. NW
                                                Washington, DC 20005
                                                Tel.: (202) 768-2246

        ALAMDAR S. HAMDANI
        United States Attorney
        Southern District of Texas

By:   *Thomas H. Carter*
        Thomas H. Carter
        Assistant United States Attorney
        State Bar No.: TX24048387
        1000 Louisiana Street, 25th Floor
        Houston, Texas 77002
        Tel.: (713) 567-9470

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2024, I will cause the foregoing brief to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                                */s/ Scott Armstrong*
                                                Scott Armstrong
                                                U.S. Department of Justice
                                                Criminal Division, Fraud Section