# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| **EDWARD CONSTANTINESCU**, *et al.* | § § § | |
| **Defendants.** | § | |

## [Proposed] ORDER

Upon consideration of the United States' Opposed Motion for a Modification to the Amended Scheduling Order, the Court hereby ORDERS that the Motion is GRANTED in the interests of justice. It is hereby ORDERED:

That Defendants' expert reports shall be disclosed to the United States on _____ \_\_\_\_\_, 2024; and

That any objections to Defendants' expert reports shall be filed on _____ \_\_\_\_\_, 2024.

It is so **ORDERED** at Houston, Texas on this \_\_\_ day of _____, 2024.

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE