United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS | § § § | CRIMINAL ACTION NO. H-22-612 |
| EDWARD CONSTANTINESCU, *et al* | | |

## ORDER

The Court is in receipt of Defendants' Rule 17 subpoenas and the Government has represented that they have reviewed these subpoenas. It has further come to the attention of the Court that Defendants have not yet provided copies of previously obtained production to the Government. Therefore, it is hereby

**ORDERED** that Defendants will produce all documents from previous production to the Government by 5:00 PM on Thursday, January 11, 2024. It is further

**ORDERED** that the Clerk will issue the Rule 17 subpoenas. It is further

**ORDERED** that the return of service on the subpoenas will be filed on the docket of this case upon receipt by Defendants. The Defendants will produce copies of all documents responsive to the subpoenas to the Government within two business days of Defendants' receipt.

SIGNED this 10th day of January 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE