United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **Case No. 4:22-cr-612** |
| | § | |
| **EDWARD CONSTANTINESCU,** *et al.* | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Upon consideration of the United States' Opposed Motion for a Modification to the Amended Scheduling Order, the Court hereby ORDERS that the Motion is GRANTED in the interests of justice. It is hereby ORDERED:

That Defendants' expert reports shall be disclosed to the United States on Jan 31, 2024; and

That any objections to Defendants' expert reports shall be filed on February 10, 2024.

It is so **ORDERED** at Houston, Texas on this 10th day of J——, 2024.

THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE