# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | Case No.: 4:22-cr-00612-S<br><br>Honorable Andrew S. Hanen |

## [PROPOSED] ORDER TO CONTINUE TRIAL AND TO SHOW CAUSE

The Court has carefully considered Defendant Edward Constantinescu's Motion to Continue Trial Date and for Order to Show Cause Why the Government and Securities and Exchange Commission Should Not Be Held in Contempt for Failing to Disclose *Brady* Material, and it is hereby **ORDERED** that said motion is **GRANTED**.

The current trial date of April 1, 2024, is **CONTINUED** to _____.

The government is hereby **ORDERED** to show cause by _____ why it should not be held in contempt for its violations of this Court's orders regarding *Brady* material.

SO ORDERED this the _____ day of _____, 2024.

                                                                   _____
                                                                   HONORABLE ANDREW S. HANEN
                                                                   UNITED STATES DISTRICT COURT