UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 4:22-cr-612 |
| § | |
| CONSTANTINESCU, *et al.* § | |
| § | |
| Defendants.  § | |

## [Proposed] ORDER

Upon consideration of Defendant Constantinescu's Motion to Continue (ECF No. 501), and the United States' response, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE