# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk, Defendant, and hereby requests this Court allow him permission to travel, together with his family, to Nevada.

I.

Mr. Rybarczyk requests permission to travel from Houston to Las Vegas, Nevada on March 24, returning to Houston on March 29, 2024. The reason for the trip is to allow Mr. Rybarczyk to accompany his wife who is attending a real estate seminar in conjunction with her work. The Rybarczyk's have small children who will be accompanying them and Mr. Rybarczyk will be minding the children while Mrs. Rybarczyk is in day long seminars. Mr. Rybarczyk will be back in Houston and in Court for any hearing or trial on or after April 1, 2024.

Mr. John Liolos, on behalf of the Government, and Officer Ryan McClellan, on behalf of pretrial services, have no objection to the trip.

WHEREFORE PREMISES CONSIDERED, Defendant, John Rybarczyk respectfully requests this Court allow him to travel as requested herein.

Dated: January 26, 2024

Respectfully submitted,

*/s/ Philip H. Hilder*

>Philip H. Hilder
>Texas Bar No. 09620050
>Q. Tate Williams
>Texas Bar No.: 24013760
>Stephanie K. McGuire
>Texas Bar No. 11100520
>**Hilder & Associates, P.C.**
>819 Lovett Blvd.
>Houston, Texas 77006
>Tel.: (713) 655-9111
>Fax: (713) 655-9112
>philip@hilderlaw.com
>tate@hilderlaw.com
>stephanie@hilderlaw.com
>
>Eric Samuel Rosen
>**Dynamis LLP**
>225 Franklin Street, 26th Floor
>Boston, MA 02110
>Tel: (617) 977-4163
>erosen@dynamisllp.com
>
>*Attorneys for Defendant*
>*John Rybarczyk*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

>*/s/ Philip H. Hilder*
>Philip H. Hilder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **NO. 4:22-cr-00612-3** |
| § | |
| **JOHN RYBARCZYK** § | |

**ORDER ON MOTION TO TRAVEL**

Defendant John Rybarczyk's Motion to Travel to Nevada is hereby GRANTED / DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Las Vegas, Nevada from March 24, 2024 and return on March 29, 2024.

SIGNED on this _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE