# Exhibit 1

## List of Trial Episodes

| Government Exhibit Number | Episode Information |
|---|---|
| 2 | Episode 272: Trading in ONTX between July 16, 2020 and August 26, 2020 |
| 3 | Episode 332: Trading in SXTC between September 11, 2020 and September 14, 2020 |
| 4 | Episode 91: Trading in CBAT between January 06, 2021 and February 23, 2021 |
| 5 | Episode 345: Trading in TRCH between February 10, 2021 and February 23, 2021 |
| 6 | Episode 359: Trading in VISL between February 04, 2021 and March 30, 2021 |
| 7 | Episode 140: Trading in GTT between February 24, 2021 and February 25, 2021 |
| 8 | Episode 303: Trading in RGLS between March 11, 2021 and March 12, 2021 |
| 9 | Episode 304: Trading in RGLS between June 03, 2021 and June 10, 2021 |
| 10 | Episode 329: Trading in SURF between May 05, 2021 and June 03, 2021 |
| 11 | Episode 40: Trading in ALZN between June 15, 2021 and July 23, 2021 |
| 12 | Episode 348: Trading in UPC between July 22, 2021 and July 23, 2021 |
| 13 | Episode 1: Trading in ABVC between August 10, 2021 and August 11, 2021 |
| 14 | Episode 94: Trading in CEI between August 03, 2021 and November 30, 2021 |
| 15 | Episode 111: Trading in DATS between August 13, 2021 and October 26, 2021 |
| 16 | Episode 236: Trading in NAKD between September 24, 2021 and October 04, 2021 |
| 17 | Episode 128: Trading in EZFL between September 15, 2021 and October 11, 2021 |
| 18 | Episode 229: Trading in MYSZ between October 26, 2021 and November 02, 2021 |
| 19 | Episode 284: Trading in PIXY between March 29, 2022 and March 31, 2022 |
| 20 | Episode 58: Trading in BBI between April 13, 2022 and April 22, 2022 |
| 21 | Episode 35: Trading in AIHS between September 22, 2021 and September 24, 2021 |
| 22 | Episode 57: Trading in BAOS between April 19, 2022 and April 27, 2022 |
| 23 | Episode 65: Trading in BBLG on January 10, 2022 |
| 24 | Episode 99: Trading in CNTX between October 20, 2021 and December 21, 2021 |
| 25 | Episode 130: Trading in FCEL between October 04, 2021 and October 20, 2021 |
| 26 | Episode 147: Trading in HCWB between October 18, 2021 and October 22, 2021 |
| 27 | Episode 217: Trading in METX between October 12, 2021 and October 29, 2021 |
| 28 | Episode 221: Trading in MFH between March 22, 2021 and March 23, 2021 |
| 29 | Episode 223: Trading in MITQ on July 26, 2021 |
| 30 | Episode 274: Trading in ONTX between February 03, 2021 and March 19, 2021 |
| 31 | Episode 312: Trading in SFET between August 06, 2021 and August 09, 2021 |
| 32 | Episode 321: Trading in SNOA on May 03, 2021 |
| 33 | Episode 328: Trading in SUPV between February 17, 2021 and February 23, 2021 |
| 34 | Episode 330: Trading in SURG on November 09, 2021 |
| 35 | Episode 361: Trading in VRPX between June 30, 2021 and July 15, 2021 |
| 36 | Episode 390: Trading in XRTX between November 03, 2021 and November 05, 2021 |
| 37 | Episode 396: Trading in ZSAN between March 21, 2022 and April 05, 2022 |
| 38 | Episode 5 - ACST - June 03, 2020 to June 05, 2020 |
| 39 | Episode 17 - ADMP - April 28, 2021 to May 11, 2021 |
| 40 | Episode 45 - APRE - July 21, 2021 |
| 41 | Episode 54 - AVGR - November 10, 2020 |
| 42 | Episode 62 - BBIG - April 21, 2021 to April 23, 2021 |

| | |
|---|---|
| 43 | Episode 117 - DLPN - October 16, 2020 to October 19, 2020 |
| 44 | Episode 135 - GRTX - October 27, 2021 to October 28, 2021 |
| 45 | Episode 145 - HCDI - May 10, 2021 to May 12, 2021 |
| 46 | Episode 146 - HCDI - November 04, 2021 to November 05, 2021 |
| 47 | Episode 178 - KAVL - October 13, 2021 to October 20, 2021 |
| 48 | Episode 187 - KIQ - October 20, 2021 to November 18, 2021 |
| 49 | Episode 191 - KXIN - February 10, 2021 to February 11, 2021 |
| 50 | Episode 208 - MDRR - March 11, 2021 to March 15, 2021 |
| 51 | Episode 209 - MDRR - May 07, 2021 to May 17, 2021 |
| 52 | Episode 237 - NETE - October 13, 2020 to October 14, 2020 |
| 53 | Episode 244 - NOVN - May 13, 2021 |
| 54 | Episode 293 - PPSI - January 12, 2021 to January 22, 2021 |
| 55 | Episode 356 - USEG - March 07, 2022 |