GOVERNMENT EXHIBIT 15C 4:22-cr-612

