# Exhibit B

## Defendants

| Defendant | Twitter Name | Discord Name |
|---|---|---|
| Edward Constantinescu | @MrZackMorris | Zack Morris#0001 |
| Perry "PJ" Matlock | @PJ_Matlock | PJ Matlock#0001 |
| John Rybarczyk | @Ultra_Calls | Ultra#0374 |
| Gary Deel | @notoriousalerts | Mystic Mac ❄#7345 |
| Tom Cooperman | @ohheytommy | TOMMY COOPS #5323 |
| Stefan Hrvatin | @LadeBackk | Lade Backk#6083 |
| Mitchell Hennessey | @Hugh_Henne | HOODHUGHBEAR🐴#4034 |
| Daniel Knight | @DipDeity | Dan, Deity of Dips#8114 |
| Francis Sabo | @RickyBobby | Ricky Bobby 🏁#7407 |

1

GOVERNMENT EXHIBIT
1
4:22-cr-612

# Edward Constantinescu a/k/a Constantin @MrZackMorris, ZackMorris#0001





# Perry "PJ" Matlock
# @PJ_Matlock, PJMatlock#0001





3

# John Rybarczyk
# @Ultra_Calls, Ultra#0374





4

# Gary Deel
# @notoriousalerts, Mystic Mac 🏵️#7345




5

# Tom Cooperman
# @ohheytommy, TOMMY COOPS #5323





6

# Stefan Hrvatin
# @LadeBackk, LadeBackk6083





# Mitchell Hennessey
# @Hugh_Henne, HOODHUGHBEAR 🐘 #4034





# Daniel Knight
# @DipDeity, Dan, Deity of Dips#8114





## Atlas Trading





## Atlas Trading







11

# Atlas Trading




# Atlas Trading




13

# Pennies: Going in Raw



14

# Pennies: Going in Raw



## Pennies: Going in Raw



## Pennies: Going in Raw




## Pennies: Going in Raw





18

## Pennies: Going in Raw



19