IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | §   Case No. 4:22-cr-00612 |
| MITCHELL HENNESSEY, | § § § |
| *Defendant*. | § § |

# [PROPOSED] ORDER

Having considered Defendant Mitchell Hennessey's Omnibus Motion in Limine, the Court ORDERS that the government is prohibited from presenting argument and evidence, or eliciting testimony, on the following:

1. Arguing or implying that Mr. Hennessey had a fiduciary or fiduciary-like duty to social media users.

   _____ Granted   _____ Denied

2. Presenting evidence or argument that is contrary to the SEC's definition of "long" as that term relates to a stock position.

   _____ Granted   _____ Denied

3. Presenting evidence or arguing that Defendants profited any purported amount from the alleged fraud.

   _____ Granted   _____ Denied

4. Using the inflammatory and inapplicable phrases "pump and dump" and "victim."

   _____ Granted   _____ Denied

5. Presenting evidence or argument regarding

   a. stocks not at issue in the superseding indictment.

   _____ Granted   _____ Denied

   b. stocks outside of the 54 trading episodes the government stated it would present at trial.

   _____ Granted   _____ Denied

6. Presenting evidence or arguing that any statement was false unless that statement was included on the list of "allegedly false" statements the government provided on June 15, 2023.

    _____ Granted   _____ Denied

7. Presenting evidence or arguing at trial that any individual is a co-conspirator unless the government has already disclosed that it considers the individual an alleged co-conspirator.

    _____ Granted   _____ Denied

8. Presenting to the jury Government's Exhibit 1, a photo-montage that is irrelevant and unduly prejudicial.

    _____ Granted   _____ Denied

9. Presenting highly prejudicial videos and audio recording of conversations that Mr. Hennessey was not part of and were not made in furtherance of the alleged conspiracy.

    _____ Granted   _____ Denied

10. Objecting to the authenticity of any documents contained in the government's own production.

    _____ Granted   _____ Denied


Signed at Houston, Texas this \_\_\_ day of _____, 2024.


_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE