# Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **EDWARD CONSTANTINESCU**, **PERRY "PJ" MATLOCK**, **JOHN RYBARCZYK**, **GARY DEEL**, | **Case No. 4:22-cr-612-S** |
| **STEFAN HRVATIN**, **TOM COOPERMAN**, **MITCHELL HENNESSEY**, and **DANIEL KNIGHT,** | |
| Defendants. | |

Expert Report of Aaron Hughes

2024-01-28

Issues with the Government's Case                                                              1

Government's Statements Regarding "swing", or "swing trading"                                   1

Government's statement that messages concerning "due diligence" were misleading    2

SEC Definition of Pump and Dump                                                                2

The Government's Follower Numbers                                                               2

The Government's Case - SXTC - Gary Deel and PJ Matlock                                         3

The Government's Case - CBAT - PJ Matlock                                                       4

Ms. Garibotti's Opinions - CBAT - PJ Matlock                                                    4

The Government's Case - TRCH - Gary Deel                                                        7

The Government's Case - TRCH - PJ Matlock                                                       8

Known TRCH Influences                                                                           9

The Government's Case - GTT - PJ Matlock                                                        10

The Government's Case - SURF - Gary Deel                                                        10

The Government's Case - SURF - PJ Matlock                                                       11

The Government's Case - SURF - Tommy Cooperman                                                  11

Known Surf Influences                                                                           12

The Government's Case - ALZN - Gary Deel                                                        12

The Government's case - ALZN - PJ Matlock                                                       15

Known ALZN Influences                                                                           15

The Government's case - UPC - Gary Deel                                                         16

The Government's case - UPC - Tommy Cooperman                                                   17

The Government's case - NAKD - Gary Deel                                                        18

The Government's case - NAKD - Tommy Cooperman                                                  19

Known NAKD Influences                                                                           21

The Government's case - EZFL - Gary Deel                                                        21

The Government's case - EZFL - Tommy Cooperman                                                  22

Known EZFL Influences                                                                           22

The Government's case - PIXY - Tommy Cooperman                                                  23

Attempts to Get People to do Their Own Research and Develop Their Own Plan    24

Atlas Disclaimers                                                    24

Findings                                                            26

My name is Aaron Hughes. I am over the age of eighteen (18) years, of sound mind, and there is no legal impediment to my giving this report. The facts described herein are within my personal knowledge, and are true and correct.

I am the President of Vidoc Razor, LLC, which performs computer security and forensics services for clients throughout Texas and the United States. I have more than 20 years of experience providing digital forensics services and have been engaged in many cases litigated before various courts as a consulting expert, as well as a testifying expert. In my 20 years of information forensics work I have never been disqualified as an expert in any court.

I have been retained by three defendants in this matter: Gary Deel, Tommy Cooperman, and Perry Matlock. My compensation is not contingent upon any outcome of the case but is charged for my time to study the issues. My opinion is not contingent upon compensation but rather is based on the facts at hand based on my experience and professional opinion in the field of data forensics. My Curriculum Vitae is attached to this report.

I was retained to assist in processing and analyzing the data provided by the government, and to identify other data sources that provide further context.

I have worked as a technical asset for the FBI before, and the FBI has requested my assistance, as an expert, to process large data sets and provide insight.

# Issues with the Government's Case

## Government's Statements Regarding "swing", or "swing trading"

> "Messages representing that a defendant intended to hold the security, including for a "swing" or a longer-term trade, as opposed to a short-term trade or day trade"
> *(Superseding Indictment, 2/8/2023, p. 5, section 13(a))*

> "A 'swing' is a term used to describe a position in a security that is held over the medium or long term, as opposed to a day trade. "
> *(Superseding Indictment, 2/8/2023, p. 11, section 34)*

Multiple sites note that a swing can also refer to 'swing trading', which is recognized as holding a security for a short time in an attempt to capitalize on trends:

> "Swing trading may involve either buying the stock in hopes that it will go up and can be sold at a profit, or selling it short with the expectation that the share price will go down and the position can be covered for a positive return. Swing trading is sometimes conflated with day trading."

*(Attached as 'Exhibit 2': The Motley Fool, "What is Swing Trading?", 8/21/2023)*

"Swing Trading [is] a trading technique, generally associated with technical analysis, in which the trader seeks to profit from short-term price swings"
*(Attached as 'Exhibit 3': Investopedia.com, "Swing Trading: Definition and the Pros and Cons for Investors", 9/29/2023)*

## Government's statement that messages concerning "due diligence" were misleading

The government in its case states that:

"The defendants "pumped" the price of securities by posting on Twitter and Atlas Trading Discord the following types of false and misleading messages, among others: ... d. Messages concerning "due diligence" about the security and purported catalysts that would increase the security's price over time"
*(Superseding Indictment, 2/8/2023, p. 5, section 13(d))*

Evidence of references to due diligence exist - either through reviewing general internet press releases, financial websites, tweets and messages of un-indicted people that were discussing the same thing, or direct tweets and messages from the defendants themselves.

## SEC Definition of Pump and Dump

The SEC defines a "pump and dump" in the following manner:

"In a pump and dump scheme, fraudsters typically spread false or misleading information to create a buying frenzy that will "pump" up the price of a stock and then "dump" shares of the stock by selling their own shares at the inflated price. Once the fraudsters dump their shares and stop hyping the stock, the stock price typically falls and investors lose money."
*(Attached as 'Exhibit 4': USSEC 'Investor.gov, "Pump and Dump Schemes', https://www.investor.gov/introduction-investing/investing-basics/glossary/ pump-and-dump-schemes)*

## The Government's Follower Numbers

The SEC's own description states that false, or misleading information is used to drive the "frenzy" that will "pump" the price.

Implied in this definition is the assumption the defendants have enough "clout" , or influence to create such a movement.

SocialBlade.com is a website that provides follower tracking, as well as other metrics across different social media sites. It is generally recognized as being accurate for follower counts, including follower trends and 'drop-offs'.

In the Superseding Indictment, for example, the government states that Tommy Cooperman had over 125,000 followers.

In March 2021 Mr. Cooperman had a total follower count of closer to 4,500.
***(Attached electronically as Exhibits 5.1-5.3: SocialBlade.com follower count detail for Mr. Cooperman, Mr. Deel, and Mr. Matlock)***

In most cases, the lower follower counts are reflected in the interactions with the tweets that the government complains about, with some tweets receiving as little as 6 or 7 likes, and retweets from 0 to 34.

## The Government's Case - SXTC - Gary Deel and PJ Matlock

In its case for the ticker SXTC, the government makes the following statement:

> "…the defendants concealed their intent to use these messages to induce other investors to purchase the securities so that defendants could sell their shares at a higher price at and around the time of the messages."
> (Superseding Indictment, 2/8/2023, p. 5, section 14)

A review of the graphical visualization shows that at certain points the defendant's were buying and selling against each other.

Furthermore, some sell actions took place before any messages were sent via Discord or Twitter, and other sell actions occurred close to the messages. Finally, the 'reach' of the tweets was very limited as documented by the government's own research and documentation of the matter.

Mr. Deel sent a Tweet at 9:32:06AM on 9/14/2020. Over its entire lifetime, the Tweet was only retweeted two times, and 'liked' a total of only 36 times.

Mr. Deel's tweet at 9:37:45AM on 9/14/2020 received 13 likes, and no retweets over the entire life of the tweet.

Starting at just over a minute (9:33:41AM) after sending his last tweet, Mr. Deel sold 60,000 shares. There was neither the time, nor the tweet engagement, to 'induce other investors' to inflate the stock price.

The government has flagged Mr. Matlock's Discord message of "Grabbed a few SXTC with you" (9/14/2020, 9:33:16AM) as misleading.

He had just finished buying 146,097 shares less than 2 minutes before the message.

***(Exhibit 6 - NASDAQ Granted China SXT Pharmaceuticals, Inc. 180-Day Extension to Regain Compliance with Bid Price Requirement)***

## The Government's Case - CBAT - PJ Matlock

The government provides no context to its indictment of Mr. Matlock for CBAT in the indictment itself. Ms. Garibotti does, however, flag a number of Mr. Matlock's posts as "false or misleading".

## Ms. Garibotti's Opinions - CBAT - PJ Matlock

"Matlock, Perry "PJ" Discord 01/06/2021 10:42:27 AM "Added WWR.... It runs with CBAT every time"

Mr. Matlock is stating his opinion based on the fact that WWR (Westwater Resources) is a complimentary company that mines and purifies graphite materials - a key component in battery construction.

"Matlock, Perry "PJ" Discord 01/19/2021 09:48:33 AM "will swing CBAT from here. risk is $6"

When Mr. Matlock noted this, he had already bought to 30,000 shares and then sold down to zero twice. This was his third round of buying to 30,000 and selling to zero.

Ms. Garibotti's own numbers reflect this.

During the time of this message, the stock price was in the process of dropping from the $7.00 range. Mr. Matlock sold down to zero again, taking a loss of approximately $4,000. Mr. Matlock expressed his opinion at 11:26:55 that the stock "should be higher". In other words, there is nothing misleading or untrue about his statements.

Matlock, Perry "PJ" Discord 01/25/2021 11:08:46 AM "CBAT added huge low 7.70's <@&458024899450241045>"

At the time he posted this, Mr. Matlock had, in fact, added 70,000 shares at the $7.70 range ($7.71, $7.74). This is provided in Ms. Garibotti's own data, and yet is flagged as untruthful.

"Matlock, Perry "PJ" Discord 01/26/2021 03:24:39 PM "$CBAT I took an add on the trend line bounce $8.00. volume spike as I readded here"

In the 3 minutes directly preceding this message, Mr. Matlock had added 40,000 shares, just as he said. The price, at the time of his add, ranged between $7.97 and $8.00 - again, just as he says in his tweet.

"Matlock, Perry "PJ" Discord 02/16/2021 10:00:15 PM "$12+ soon on CBAT ^"

This message is 21 days after the last message that Ms. Garibotti marked as 'misleading'. Mr. Matlock had traded in and out a few times in the 21 days, and at the time of his message he held 268,568 shares.

Mr. Matlock then shared his "DD" in a second message, ignored by Ms. Garibotti, and NOT marked as misleading. Presumably she found the 'DD' to be correct, and not misleading. (10:24AM - "$CBAT more DD. They had this recent PR as well CBAK Energy Announces Production Capacity Expansion in Anticipation of Increasing Client orders").

This data was made available in Ms. Garibotti's own production.

"Matlock, Perry "PJ" Discord 02/17/2021 07:18:23 AM "CBAT is a big sympathy to LODE which is up big! I added more CBAT. <@&458024899450241045>"

On 2/17/2021, the date of this message, the data indicates that LODE did, in fact, have a considerable value jump. Also, the data indicates that Mr. Matlock did add more CBAT approximately 67,000 shares, after hours on 2/16/2021.

"Matlock, Perry "PJ" Tweet      02/17/2021   07:48:00 AM "$CBAT ok I've DD'd you to death. Now I will load huge on nasty dips."

At the time that Mr. Matlock posted this, he held almost 84,000 shares, and started to sell as the stock dropped from $9.08 to $8.75. He then purchased almost 157,000 shares when it dropped to the $8.57 - $8.60 range.

Ms. Garibotti flagged this as "misleading, or false".

"Matlock, Perry "PJ" Tweet 02/17/2021  09:35:00 AM $CBAT added huge here. 16% short float on this. $LODE is up 300%! It will keep these in play. I guess you can say I'm LODEing $CBAT. 50%++ https://t.co/NvB9dEFAk4"

This tweet was posted less than a minute after Mr. Matlock had purchased almost 157,000 shares. He HAD added "huge". LODE was up for the day. Ms. Garibotti again marked the tweet as misleading.

"Matlock, Perry "PJ" Tweet 02/17/2021 11:56:00 AM  $CBAT is just crowded as fuck. I'm still swinging. Give it time."

At the time of this tweet, Mr. Matlock had 1 share, he sold down to zero shares that afternoon.

He also tweeted the following, that evening: "$CBAT if we get a dip near $8, I will likely buy the hell out of it. When we finally break $9.50. Magic will happen. It was a little crowded today, needed to shake some people out so they can chase later." This tweet was not marked as false by Ms. Garibotti.

The next morning, Mr. Matlock did indeed continue trading this stock, and purchased 138,625 shares in the $7.60 - $7.66 range. Ms. Garibotti, again, flags this statement as misleading when her own data and accounting of the message shows the statement to be true.

> "Matlock, Perry "PJ" Tweet 02/18/2021 10:29:00 AM  $CBAT my last add here 7.60"

Eight minutes prior to this tweet, Mr. Matlock had purchased 138,625 shares in the $7.60-$7.66 range. Ms. Garibotti's own data reflects this.

> "Matlock, Perry "PJ" Tweet02/19/2021   03:16:00 PM $CBAT I believe once $10 breaks we will see all new time highs https://t.co/UyWaUQFxCA"

He was holding 232,769 shares at the time of tweeting this. Ms. Garibotti continues to flag the statement as misleading, regardless of her own data.

> "Matlock, Perry "PJ" Tweet 02/19/2021 03:49:00 PM  $CBAT If you want my plan. I will hold and add down to $8 area. I'm willing to take that risk, if you're not please trade your own plan &amp; don't wait on me. I have 2.1 million in it now and I want $12- $15 but even more than that I want you all to bank.Just have a plan. It's heavy"

By this tweet, Mr. Matlock had sold his holdings down. On 2/22/2021, he bought approximately 35,000 shares - between $8.00-$8.05. He then sold the shares within a minute of the tweet.

Also, Mr. Matlock is encouraging people to develop and trade their own plan. The "this is my plan", "do your own research", and "trade your own plan" theme is a recurring one for each of Mr. Deel, Mr. Matlock, and Mr. Cooperman and continues through the government's entire reported timeframe.

> "Matlock, Perry "PJ" Tweet 02/22/2021 09:49:00 AM  $CBAT well we have this from their IR Team. She's down a little, thinking shorts plus TSLA being down isn't helping. But the world still needs EV batteries. I will still trade my plan. I want 8 area to hold support today. https://t.co/5qzwkQpSyD"

Mr. Matlock sold shortly after this tweet, in the $8.10 - $8.15 range. His last sale of his last share was the next morning (2/23/2021 - 10:21AM). That share sold for $5.95, by Ms. Garibotti's accounting. Clearly the stock had dropped, and Mr. Matlock had  sold the day prior.

*(Exhibits 7.1-7.5 attached)*

## The Government's Case - TRCH - Gary Deel

In its case for stock ticker TRCH, the government makes the following statements:

> "On or about February 10, 2021, at approximately 9:50:00 EST, DEEL had started selling shares of TRCH. At approximately 10:11:48 EST, DEEL misleadingly claimed on Atlas Trading Discord that he "added TRCH," while omitting the material information that he had begun to sell his own shares." (Superseding Indictment, 2/8/2023, p. 11, section 35)

The government chooses to ignore the fact that in the two hours prior to that message, he had added no less than 230,000 shares - by the government's own numbers. Of the 230,000 shares, he had only sold 20,000 at the time of his message. He had, in fact, added TRCH.

Mr. Deel added TRCH many more times that day - even within the hour of the time they complain about.

Again, this information is found within the government's own production.

*(M. Garibotti, "Episode 345 - TRCH - February 10, 2021 to February 23, 2021.xlsx")*

"Gary Deel 2/10/2021, 10:16:56AM - "TRCH can do 3 easily imo"

While it did not hit 3 on 2/10, it did hit $2.85.  On 2/12/2021 (in the date range of the complaint), only two days later, it did hit 3.00, and went up more from there, hitting 4.00 on 2/16/2021. Mr. Deel bought AND sold through this period.

"Gary Deel 2/12/2021, 04:48:55PM - "I'm adding for the hold on TRCH"

In the four minutes before this message, Mr. Deel did, in fact, add 35,000 shares at between 2.93 and 2.98. While he did start selling them very shortly after the message, he started selling within 35 seconds of the message. It should be noted that Mr. Deel bought, and sold, TRCH many more times after this.

"Gary Deel 2/16/2021, 09:32:06 - "TRCH dip added"

In the period of less than 2 minutes prior to this message, Gary had, in fact, added 30,000 shares. He purchased these shares at between 4.04 - 4.07. Just prior to these purchases, TRCH had been as high as 4.15. He sold at 4.10 - 4.12.  In other words, he had added the 'dip' in pricing.

Ms. Garibotti's own data shows this.

Ms. Garibotti had no issue with the 10:09:26AM message ("loaded TRCH dip"), or the 10:17:10:17:38AM message ("just slapped this dip on TRCH u ready for 5") where he did the exact same purchase at the 'dip'.

> Gary Deel 2/16/2021, 10:11:07 - "BRQS 4 and TRCH 5 break"

This message was followed by a 2/16/2021, 11:09:16AM message: "TRCH scooped up more here for 4.50 break. 5 is coming. Trade ur own plan tho".

Mr. Deel has an opinion that TRCH will hit 5.

## The Government's Case - TRCH - PJ Matlock

Regarding TRCH and Mr. Matlock, the government states:

> "On or about February 10, 2021, at approximately 10:13:38 EST, MATLOCK falsely claimed in a tweet: "$TRCH probably going to 3 today. Merger to be done soon. Ripping right now. I have some under $2 but adding dips on it with Hugh." At the approximate time of this tweet, TRCH was trading at an approximate price of $2.15 per share." (Superseding Indictment, 2/8/2023, p. 12, section 37)

Based on recent news regarding a TRCH merger there was plenty of speculation that TRCH would rise. TRCH would hit 3.0 just 2 days later.

Mr. Matlock did, in fact, have 'some' under $2. At the time of his message, and by Ms. Garibotti's own data production, Mr. Matlock had purchased 383,421 shares PRIOR to the time of the message the government complains about.

The government continues:

> "On or about February 16, 2021, at approximately 13:36:37 EST, MATLOCK tweeted: "$TRCH adding 100k shares here just now 4.22. We're setting up beautifully for power hour." Approximately one minute later, at 13:37:49 EST, MATLOCK falsely tweeted that he believed "$TRCH will be a $10+ stock IMO." Starting at approximately 13:38:00 EST, MATLOCK started to sell his TRCH shares. By approximately 14:01:00 EST, MATLOCK had sold his entire position of approximately 100,000 TRCH shares at the approximate price of $4.45 per share and for an approximate profit of $22,828.62."   (Superseding Indictment, 2/8/2023, p. 13, section 40)

Mr. Matlock never stated that he was going to hold until that 10.00 mark; He simply stated that it would "be a $10.00+ stock" — in his opinion.

$TRCH did hit 10.00 for two days in a row in June, 2021 — almost 4 months after.

The government next states:

> "Despite trading in and out of TRCH in or around the times of his social media messages, MATLOCK falsely claimed that he was a longer-term holder in TRCH on February 16, 2021, and tweeted: "$TRCH our core swing is from 2.50's to 2.60's[.] no need to worry. We need dips for health, keep rollin baby." "
> ***(Superseding Indictment, 2/8/2023, p. 13, section 41)***

The government again states this is a false statement, but ignores all the context to the contrary.

Mr. Matlock had taken a two hour gap between his last TRCH trade, and this tweet at 5:04:00PM. During that time, and by their own numbers (as supplied by M. Garibotti), the stock had begun to dip from the 4.51 level at his last trade to 4.34 at his next trade (a purchase). This was right at the end of the trading day, which is additional context left out by the government regarding this tweet.

On 2/19/2021, 11:15:00, Mr. Matlock had an interaction with another user where he reinforces that he can't "trade FOR YOU" to Twitter user "@KyleHeman".

## Known TRCH Influences

During the time that the government is complaining about, TRCH had some press. Two articles posted by NASDAQ.com had the following headlines:

> "TRCH Stock Alert: 8 Things to Know About Torchlight Energy as Shares Ignite Higher"
> (Source: "https://www.nasdaq.com/articles/trch-stock-alert%3a-8-things-to-know-about-torchlight-energy-as-shares-ignite-higher-2021-02", NASDAQ.COM, 2/10/2021)

> "TRCH Stock Alert: Why Torchlight Energy Shares Are Blazing Higher Today"
> (Source: "https://www.nasdaq.com/articles/trch-stock-alert%3a-why-torchlight-energy-shares-are-blazing-higher-today-2021-02-16", NASDAQ.COM, 2/16/2021)

Mr. Deel and Mr. Matlock were very aware of this information, and there was a lot of chatter on Twitter about it.

The NASDAQ articles laid out a number of good reasons to buy TRCH:

> - Torchlight (TRCH) had converted all of its debt into shares of TRCH stock.
> - As a result, liens on two of its projects were released.

Additionally, TRCH was in the process of merging with Meta Material ($MMAT). This merger was finalized just 4 months after the period of time in the indictment.

This merger was seen as positive news, and there were even rumors of a Tesla connection (MMAT and Tesla shared an address).

TRCH is now MMAT, after a reverse split that took place in June, 2021. The stock hit a high of 13.52 on 6/21/2021 (closed at 12.54).

*(Exhibits 8.1-8.9 attached)*

## The Government's Case - GTT - PJ Matlock

In its case for stock ticker GTT, the government states:

> "On or about March 1, 2021, between approximately 15:51:00 EST and 15:57:00 EST, MATLOCK purchased approximately 317,916 shares of GTT at an approximate average price of $1.83. At approximately 16:07:46 EST, MATLOCK falsely claimed in Atlas Trading Discord that "I just added GTT with Ultra," a reference to the Discord account of RYBARCZYK, and without disclosing his intent to immediately sell his shares. "
> *(Superseding Indictment, 2/8/2023, p. 15, section 51)*

The government, in this paragraph, states that Mr. Matlock purchased 317,916 shares of GTT, and then labels his Discord message as false when he states that he just added shares of GTT, right after having done so.

Ms Garibotti flagged the following message as "misleading":

> "Matlock, Perry "PJ"  03/01/2021,  04:22:51PM  -  "Will  overnight  GTT  I  have 1.87-1.90"

On market close, he was not far off - GTT closed that day (3/1/2021) at 1.87 and opened on 3/2/2021 at 1.85.

This data was in the production by Ms. Garibotti, but was ignored when she flagged the message as misleading.

## The Government's Case - SURF - Gary Deel

Regarding SURF, the government states:

> "On or about May 19, 2021, at approximately 10:01:23 EST, DEEL falsely claimed in a post in Atlas Trading Discord that he was "[a]dding some SURF with you guys below 9.20 here. Nice find with this daily chart breaking outta downtrend." At approximately 10:04:00 EST, DEEL started selling shares of SURF. By approximately 11:30:00 EST, DEEL sold approximately 167,300 shares of SURF at an approximate price of $8.76 per share and for an approximate profit of $129,873.87."
> (Superseding Indictment, 2/8/2023, p. 17-18, section 60)

Mr. Deel had increased his position in SURF over the previous five (5) days by 167,300. He stated that he had added below $9.20. He never states that he is going to hold them.

According to Ms. Garibotti's data, Mr. Deel bought and sold $SURF for a five (5) day period prior to sending a tweet, or discord message regarding the stock.

## The Government's Case - SURF - PJ Matlock

The government continues:

> "On or about May 19, 2021, at approximately 9:57:20 EST, MATLOCK misleadingly claimed in a post in Atlas Trading Discord that he was "Long SURF with [HENNESSEY] adding here on this pullback . . . ," without disclosing his intent to sell his own shares. By the end of the day, MATLOCK had sold all of his shares of SURF at an approximate price of $8.871 per share and for an approximate profit of $102,507.18."
> **(Superseding Indictment, 2/8/2023, p. 17, section 58)**

At the time of Mr. Matlock's Discord message he had 283,265 shares.
Over the next hour, Mr. Matlock increased his overall holding to 366,664 shares.
He continued to buy and sell until 12:54:33PM, almost 3 full hours later, when he started to sell. At that time, he still had 267,864 shares.

This information is contained within the government's own produced data, yet they still claim that his statements are false.

According to Ms. Garibotti's data, Mr. Matlock bought and sold $SURF for a five (5) day period prior to sending a tweet, or discord message regarding the stock.

## The Government's Case - SURF - Tommy Cooperman

In addressing Mr. Cooperman's SURF activity, the government states:

> "On or about May 19, 2021, at approximately 10:00:32 EST, COOPERMAN falsely claimed in a tweet that he was "swinging this $SURF with [HENNESSEY] he just dropped insane DD [or due diligence] on his twitter." At approximately 9:57:00 EST, and after falsely claiming that he was swinging or holding SURF for a longer-term position, COOPERMAN started to sell his shares of SURF. By approximately 10:08:00 EST, COOPERMAN had sold 35,000 shares of SURF and closed his position at an approximate price of $9.03 per share for an approximate profit of $28,702.58. Later in the day and while holding zero shares of SURF, COOPERMAN falsely claimed in a tweet: "Added to my $SURF position right before close. Still scaling into my swing. ... Ill swing by for $12 or june4. whatever happens first…I have more money to add if it continues to go down... THIS IS MY LAST TWEET ABOUT IT. You know my plan !" "

The government's produced data shows that Mr. Cooperman's tweet about "swinging this $SURF" was made approximately 9.5 minutes after Mr. Cooperman had purchased 35,000 shares. Mr Hennessey had, in fact, tweeted and messaged on discord multiple messages about the stock and his "DD" (Due Diligence) during the minutes just prior to this tweet.

The government then states that "COOPERMAN falsely claimed in a tweet" that he had added to his position right before close, and that he was going to "swing by" the stock to "$12 or June 4, whatever happens first". He makes it clear that this was HIS plan.

According to Ms. Garibotti's own data, Mr. Cooperman bought and sold SURF for five (5) days before tweeting, or messaging. In that 5 days, he had purchased a total of 49,000 shares and sold a total 18,000 shares before a single message was sent from him about the stock.

## Known Surf Influences

There were several articles about SURF during this timeframe, including articles on Yahoo Finance, The Motley Fool, and Nasdaq.com.

The general consensus was:

SURF had respectable ROE, and impressive net income growth - better than industry average, and market overall.
(Source: Yahoo! Finance, "Are Strong Financial Prospects The Force That Is Driving The Momentum In Surface Oncology, Inc.'s NASDAQ:SURF) Stock?", May 24, 2021)

"On March 8, Surface Oncology signed an agreement with Merck to collaborate in the development of its SRF388 antibody therapy for use in conjunction with Merck's drug, Keytruda, as a treatment for solid tumors."
(Source: The Motley Fool, "Could Surface Oncology Be a Millionaire-Maker Stock?", Carchidi, May 15, 2021)

 "The U.S. Food and Drug Administration (FDA) gave Surface's drug SRF617 an orphan drug designation as a potential treatment for pancreatic cancer. As a result, the company can now develop the treatment with expedited protocols and a greater degree of cooperation from regulators, not to mention extended intellectual property protections"
(Source: The Motley Fool, "Could Surface Oncology Be a Millionaire-Maker Stock?", Carchidi, May 15, 2021)

"An important catalyst for Surface Oncology will occur in the week of June 4, when it will present clinical data updates on two of its leading programs at the American Society of Clinical Oncology (ASCO) 2021 Annual Meeting." (Source: The Motley Fool, "Could Surface Oncology Be a Millionaire-Maker Stock?", Carchidi, May 15, 2021)

"Clearly, options traders are pricing in a big move for Surface Oncology shares" (Source: NASDAQ.com, "Implied Volatility Surging for Surface Oncology (SURF) Stock Options", Zacks, May 18, 2021)

"Given the way analysts feel about Surface Oncology right now, this huge implied volatility could mean there's a trade developing."
(Source: NASDAQ.com, "Implied Volatility Surging for Surface Oncology (SURF) Stock Options", Zacks, May 18, 2021)

*(Exhibits 9.1-9.5 attached)*
## The Government's Case - ALZN - Gary Deel

In its case for stock ticker ALZN, the government makes the following statements:

"On or about June 30, 2021, at approximately 12:37 EST, DEEL exchanged the following private messages with RYBARCZYK about the forthcoming plan relating to ALZN:

DEEL:                         we are loading these shares back down here on ALZN to                         send to nhod [new high of the day] after lunch if you want anymore . . . .

RYBARCZYK:         Yes sir!

DEEL:                     hugh says get size..

DEEL at 12:59:50 p.m.:    posting"
(Superseding Indictment, 2/8/2023, p. 19, section 65)

The government did not include the message sent by Mr. Deel that occurred right before he posted    "hugh says get size". The message was a link to some financial due diligence, and market opportunity for ALZN - including the information that "The market opportunity for treating Alzheimer's is large", and that the market was "growing at an expected high growth rate from now until then [2025]".

*(Source: Government Production 2 - Original Channels and DMs from Discord for Channels Searched - 372232091414298625 - 098a680af1c943958868da2315e980b8 - messages)*

The government continues to state:

"On or about June 30, 2021, at approximately 13:01:57 EST, DEEL falsely claimed in a tweet how "$ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it." At approximately 13:02:07 EST, DEEL posted the same message on Atlas Trading Discord.' "
*(Superseding Indictment, 2/8/2023, p. 19, section 66)*

At the time of this message, Mr. Deel had just finished purchasing 48,000 shares between 12:24pm and 1:00pm ("I added these dips through lunch"), and at a time where the stock had dropped from the 11.75-11.81 position that it had been, just two hours earlier - in other words, the "dip" from where it had been. This is shown in the government's own production.

"On or about June 30, 2021, at approximately 13:03:00 EST and 13:06:00 EST and approximately one minute after claiming that he "will ride [ALZN] for new highs and more," DEEL sold approximately 13,149 shares of ALZN at an approximate price of $11.63 per share."
*(Superseding Indictment, 2/8/2023, p. 20, section 69)*

Mr. Deel did, in fact, sell 13,149 shares during that timeframe. The government ignores the fact that he still held 35,000 shares. Again, this is reflected by the government's own data.

> "On or about June 30, 2021, at approximately 13:08:49 EST, DEEL falsely claimed in a tweet that "$ALZN the market is expected to exceed 10 BILLION by 2025. This is a great swing potential and we will see new high of day before close." At approximately 13:09:00 EST, DEEL continued to sell shares of ALZN. By approximately 13:26:00 EST, DEEL had sold approximately 34,851 shares of ALZN at an average price of $11.87 per share and closed his position. Approximately three minutes after closing his position in ALZN, DEEL falsely claimed in a tweet: "$ALZN 12 broke for a sec and pulled back for now. I am still swinging this one so not really worrying about 12 reject there yet." "
> **(Superseding Indictment, 2/8/2023, p. 20, section 70)**

The government left out the following tweet from Mr. Deel, in their accounting of this timeframe, even though it was in their own data produced:

> "6/30/2021, 4:34:06PM - $ALZN obviously not the move we were looking for here. Got the 12 touch and rejected hard. Great setup, but sold off hard. Sorry for anyone who took a L here. I never tweet when I exit plays due to not wanting to force selling. This is why we say HAVE A PLAN AND MANAGE RISK"

Mr. Deel did sell off, and explained why he sold off.  He further echoed the sentiment we saw with TRCH, where he encouraged people to "trade your own plan": "HAVE A PLAN AND MANAGE RISK".

He also did continue to swing-trade the company, as he states - he purchased and sold more stock on 7/15/2021.

The first statement, "$ALZN the market is expected to exceed 10 BILLION by 2025" that the government claims is false, is directly from the graphic they chose to skip over in "Government Issue #1", above. It should be noted that the CAGR at that time was 17% (according to the graphic Mr. Deel messaged). As of today, some analysts have the CAGR between 19% and 20% (through 2029), and growing to a "nearly USD 18.46 billion".
(Maximize Market Research, "Alzheimer's Therapeutics Market: Global Industry Analysis and Forecast (2023-2029) by Therapeutics, Diagnostics, End-user, and Region", 9/2023)

In her supporting documentation, Ms. Garibotti flags the following messages as "misleading":

Gary Deel Discord 6/29/2021, 03:45:17PM - "ALZN great daily volume here. I think this one is setting up to breakout over 12 today. I mentioned my swing adds yesterday and I added more this morning"

Gary Deel Tweet 6/30/2021, 10:17:50AM - "I think $ALZN is the next sick mover. I have some added. I think it breaks 12 today"

While she flagged the statement as untruthful, she ignores that her own data production shows that the statements are actually true - Mr. Deel, while having sold some of his shares, had added to his position less than 18 minutes prior , and at the time of his message was still holding 78,800 shares.

## The Government's case - ALZN - PJ Matlock

The government states:

> "On or about June 30, 2021, at approximately 13:02:00 EST and through approximately 13:11:00 EST, MATLOCK sold 24,000 shares of ALZN at an approximate price of $11.66 per share and closed his position. While selling his shares, MATLOCK posted in Atlas Trading Discord about ALZN and falsely claimed that he was "holding ALZN" approximately 24 minutes after he closed his position."
> (Superseding Indictment, 2/8/2023, p. 19, section 67)

The government's own numbers show that, in fact, Mr. Matlock held off on buying any more ALZN again after this statement, until 7/15/2021.

## Known ALZN Influences

Alzamend's common stock began trading on the Nasdaq Capital Market under the ticker symbol "ALZN" on June 15, 2021.  Both Mr. Deel and Mr. Matlock started trading it on that day.

On June 28, 2021 The Motley Fool posted an article titled "Why Alzamend Neuro Stock Popped Today". The article had the following points about ALZN:

"Alzheimer's disease has long been viewed as an especially challenging area for drugmakers to tackle. However, Biogen's recent U.S. approval win for Aduhelm has generated signiecantly more interest among investors in companies such as Alzamend that are developing experimental therapies to target the indication. "

"Alzamend currently has two programs in pre-clinical testing, AL001 and AL002, that target the treatment of Alzheimer's disease. Both of its pipeline candidates are licensed from the University of South Florida Research Foundation."

The article also noted that "When a stock has a relatively low float as Alzamend does, big price swings (both up and down) are common. It's more important for investors, though, to focus on the company's underlying business prospects than the volatility of its share price".

On July 23, 2021, less than a month after the period the government is complaining about,  The Motley Fool published another article, titled: "Here's Why Alzamend Neuro Stock Is Shooting Higher Today", noting that "Alzamend Neuro shares are rising today in response to a positive toxicology report from a mouse study with AL002. The report basically says they couldn't find any signs of brain damage caused by AL002 90 days after the mice received their last dose."

The article does mention that the news was a bit of a gamble, noting that "If Alzamend eventually proves that AL002 can stop AD patients from worsening, the stock would provide enormous returns.".

*(Exhibits 10.1-10.7 attached)*

## The Government's case - UPC - Gary Deel

In its UPC ticker case, the government states:

> "On or about July 22, 2021, at approximately 17:03:15 EST, DEEL falsely claimed in a tweet: "$UPC I just went back and looked at this chart. Back in March the price went from 5.16 to 11.99. Volume is coming into this name this evening and in AH. I added here for an overnight hold. I am looking for a gap up and for this to be tomorrow's runner. Added 100k shares." At approximately 17:03:44 EST, DEEL falsely claimed in Atlas Trading Discord that "I just added UPC for an overnight [hold] too." At approximately 17:03:47 EST, COOPERMAN falsely claimed in a tweet how he "added 50,000 shares of this $UPC i think it can be a big over night rapper chart looks nice for a big over night move." "
> *(Superseding Indictment, 2/8/2023, p. 19, section 65)*

During the 1.5 hours prior to the tweet at 17:03, Mr. Deel had increased his holding of UPC shares by 73,200.

The government continues:

> "At approximately 18:14:58 EST, DEEL falsely claimed in a tweet that he was "riding full $UPC for tomorrow. We are in at good prices from when I first posted, but I'm holding for morning. That's just MY plan because I think it runs hard. YOU do what you want. I'll holler." By approximately 19:58:00 EST, DEEL had sold approximately 110,000 of approximately 154,098 shares of UPC that he had purchased before first tweeting and posting in Atlas Trading Discord about UPC."
> *(Superseding Indictment, 2/8/2023, p. 19, section 66)*

Mr. Deel tweets that others should work their own plan - this is just his plan.

The majority of his UPC purchases earlier in the day had been in the $3 range. When the stock started to approach $5, during the time the government is complaining about, he sold at the time that made most sense.

Even though he had sold "approximately 110,000" shares, he was still holding on to approximately 44,000 shares.

At 8:54am, first thing the very next morning, Mr. Deel purchased another 15,000 shares.

Ms Garibotti flagged the following tweet as misleading:

> "Gary Deel Tweet 7/23/2021, 09:30:55AM - "$UPC popping off at open. This is why I didn't sell in PM let's halt up"

Ms. Garibotti has this flagged as 'misleading', presumably because of the statement "This is why I didn't sell in PM".

He had held on to roughly 1/3 of his position overnight - this equates to approximately 44,098 shares that he held overnight.   He then immediately purchased an additional 15,000 shares in the morning, before 9AM.

He also lost approximately $23,000 the following morning (7/23/2021, 9:40AM) as he sold off and the stock dipped down back into the $3 range.

## The Government's case - UPC - Tommy Cooperman

The government states:

> "At approximately 17:05:00 EST, DEEL and COOPERMAN started to sell shares of UPC at an approximate price of $4.464 per share. In between selling shares of UPC, COOPERMAN claimed in a post in Atlas Trading Discord that he purchased or "took" shares of UPC "because ultra [RYBARCZYK] was talking about it . . . ." "

> "By approximately 17:15:00 EST and despite claiming approximately ten minutes earlier that UPC would be an "overnight" hold COOPERMAN had sold all 50,000 shares of UPC at an approximate price of $4.619 for an approximate profit of $21,177.69. "

> "At approximately 17:37:13 EST, COOPERMAN—after he had sold all 50,000 shares of UPC—falsely claimed in a tweet how he was "holding 50K $UPC over night . you guys are all green on it manage your trade from here. you know MY

plan." COOPERMAN included in that tweet a picture that purported to show a holding of 50,000 shares of UPC. Another Twitter user commented on the tweet and wrote, "Dude you are a joke . . . you already dumped [clown face emoji]." COOPERMAN responded in a tweet, "ok! Haha crazy how the tape doesn't show a 50k dump . . . ANYWHERE haha." "

While he had sold off the 50,000 shares the government talks about, he had purchased those shares between $4.10 - $4.22, and the price started to move up toward $4.80 when he sold. He said he was trading HIS plan, and he did.

He also stated, at 5:16:35PM in a tweet, that he thought it was a "morning Gapper?". That morning at 9:30am he bought another 20,000 at $4.53. By 9:41AM, he sold the last of the 20,000 for a loss of $8,600 as the price fell to $3.66. It turns out he had made the right decision to sell the 50,000 shares when he did.

*(Exhibit 11 attached)*

## The Government's case - NAKD - Gary Deel

**NOTE: The government does not include any context as to the NAKD indictment, in the indictment documents.**

> "Gary Deel Discord (10:48:27AM) Twitter (10:48:16AM): $NAKD I think this is in a good spot today. Holding price well and trying to break higher now. I ADDED here in .70s. Will swing for a large move. I think we break 1 soon"

Ms. Garibotti has flagged this message as 'misleading'. Mr. Deel did, in fact, add to his position that morning. While he had been trading in and out, he had increased his shares to 560,038 - again, according to Ms. Garibotti's own charts.

At the time of Mr. Deel's messages the stock had been holding between .73 and .79, just as described by Mr. Deel he had added in the .70s.

The other parts of the Tweet were stated as Mr. Deel's opinion - opinions shared with a number of people.

> "Gary Deel Twitter 9/27/2021 10:55:04AM $NAKD cult name heavy volume chart screams over 1 and a merger play. Easy swing for me. Looking for that $1 break and then we ride it on up"

Again, Mr. Deel expresses his opinion based on information that was being disseminated at the time.

Despite this being an opinion, Ms. Garibotti marks this as "false or misleading".

> "Gary Deel Twitter 9/27/2021 11:50:44AM I've been telling you guys quality over quantity. Gave you guys $RCAT in chat this morning at 3.60 dip to new highs of $4.24 and gave you guys cheap adds on $NAKD right around .70 and now we getting paid on the swing already. Play the right ones and be patient."

Mr. Deel had called out the adds in the morning and he had added approximately 560,000 shares that morning.

He had also Tweeted out about $RCAT, and the $3.60 mark.

> "Gary Deel Twitter 9/28/2021 10:15:05AM $NAKD and this is the dip for those who missed original adds. I grabbed some more here too. We coming for that $1 break today"

> "Gary Deel Discord 9/28/2021 10:15:44AM NAKD good dip spot for those who missed origianl adds"

Mr. Deel had already expressed his opinion that he felt the stock would go to $1. Between 10:02 - 10:08, 7-12 minutes before this message, the stock had gone above .90.  At the time that Mr. Deel posted these messages, it had dropped below that .90 mark and Mr. Deel expressed his opinion that it was a good 'dip' spot to pick up some shares.

The stock did go above .90 again shortly thereafter.

This data was found within Ms. Garibotti's own work product.

> "Gary Deel Twitter (9/30/2021 10:00:38AM) Discord (9/30/2021 10:00:49) I am still long all my $NAKD shares and added some more here at .71 this morning. Flow coming into a lot of pennies lately and I think NAKD sees its run too. We tapped .94 earlier this week. I said swing so just not been posting daily about it."

At the time that Mr. Deel posted this, he still held 380,000 shares. He had purchased 330,000 shares at .71 between 9:56:07AM and 9:57:41AM.

The NAKD stock had hit .92 earlier in the week, and Mr. Deel states he is not posting daily about what he is doing.

> "Gary Deel Discord 9/30/2021 10:05:01AM yeah NAKD honestly should be well over $1"

## The Government's case - NAKD - Tommy Cooperman

**NOTE: The government does not include any context as to the NAKD indictment, in the superseding indictment.**

Ms. Garibotti flagged the following as being misleading:

> "Tommy Cooperman Twitter 9/27/2021 10:50:21AM   taking this $NAKD SWING with @notoriousalerts and @Ultra_Calls clean energy theme + merger theme"

Mr. Cooperman had just finished trading in and out of 302,000 shares. He had stated that he was "taking this $NAKD SWING",

The second part of the statement, that of "clean energy theme + merger theme", was established, and had been announced in a statement by CEO of NAKD, Justin Davis-Rice on 9/27/2021.

Mr. Cooperman's trading pattern lined up with his statements.

> "Tommy Cooperman Twitter 9/27/2021 1:19:53PM $NAKD take us $1+ https://t.co/mam4iHLGRP"

> "Tommy Cooperman Discord 9/27/2021 1:21:22PM  ya NAKD been awesome off those adds . sees 1$ sooner than later IMO <@!459446902715318285>"

These two statements made by Twitter, and then Discord, are opinion. It was also the opinion of a lot of folks at the time. $NAKD was a meme stock  and was 'viral', just like cat memes, or other memes from the like of Reddit, and other social sites.

He expressed an opinion that was being expressed by the internet-at-large before and after he did.

> "Tommy Cooperman Twitter 9/28/2021 10:16:51AM   $NAKD i averaged up on this dip. lets go over $1"

Mr. Coooperman had just purchased 200,000 shares, and sold them for a profit. This happened between 10:11AM, and 10:16AM. The price was at .87/.88 when he bought, and then rose to .90 within 3 minutes when he started selling. The entire buy/sell was over in 5 minutes.

## Known NAKD Influences

NAKD is one of the charged tickers that was discussed and categorized as a "meme stock". It is even specifically listed as an example of a meme stock on Dictionary.com. ("meme stock Meme | Meaning & History", Dictionary.com, September 22, 2021)

A meme stock is a stock that has gone viral, which means it is a stock that has gained massive popularity and is traded for a variety of reasons by a large group of people. This leads to prices that can suddenly skyrocket as a huge group of investors decides to push on a particular stock.

Further, Naked Brands CEO had announced on 9/29/2021 that, "I am happy to report that after extensive searching and due diligence, we believe we have found a disruptive opportunity in the clean technology sector. Due diligence on both sides is progressing and we believe the business combination will reward our patient shareholders".

This potential opportunity in the clean energy sector was referenced by the defendants.

*(Exhibits 12.1 - 12.6 attached)*

## The Government's case - EZFL - Gary Deel

Ms. Garibotti flagged the following as misleading:

> "Gary Deel Twitter 10/11/2021 09:38:25AM: $EZFL looking strong today. I added some shares on that dip[. I think a break of nhod is coming and we see close to 5 today"

> "Gary Deel Twitter 10/11/2021 09:39:03AM the EZFL news is good I added some. I think we see new highs today"

Less than two minutes prior to posting this tweet, Mr. Deel added 70,000 shares to his position at between $3.85-$3.89.

He then proceeded to sell, as the stock went into $4.04-$4.16 range. At the time of the first message, he still held 40,000. At the time of the second he held 30,000.

Mr. Deel continued to sell as the price continued up through $4.18 and $4.19 range.

The two messages, and his purchases and sales lasted a sum total of less than 6 minutes.

The statement "the EZFL news is good" is referring to the announcement of EZ Fill Holdings regarding the additional delivery capacity they had added - the announcement was made 10/11/2021 - that very day.

Mr. Deel expressed his opinions, and tweeted truthfully, yet Ms. Garibotti marks his statements as 'false or misleading', despite relevant data showing the statement to be truthful existing within her own production.

> "Gary Deel Discord 10/11/2021 09:47:35 AM EZFL looks the best today. I filled more too. Let's break 4.40 then rip."

Mr. Deel had, indeed, "filled more" in the less than 3 minutes prior to this Message. This is a truthful statement that the government has marked as "false or misleading".

He added another 40,000 shares, and then sold them as the price went up.

> "Gary Deel Twitter 10/11/2021 09:52:49 AM $EZFL filled dip adds here at 4.20. Once we get over 4.40 we should see a nice green surge. I am looking for near 5 today personally"

Mr. Deel had just purchased 35,000 shares as the price came back down from $4.26. The average price he purchased at was $4.20. He truthfully stated his actions. Ms. Garibotti instead asserts he is being misleading.

## The Government's case - EZFL - Tommy Cooperman

> "Tommy Cooperman Discord 10/11/2021 09:44:42AM  added this EZFL pull back here NHOD coming"

> "Tommy Cooperman Twitter 10/11/2021 09:54:05AM taking EZFL dips for NEW HIGH OF DAY target"

> "Tommy Cooperman Twitter 10/11/2021 09:55:40AM  EZFL - small float , good news , good chart. would like to see 5ish today"

These messages and tweets took place over the course of 11 minutes.  During this time Mr. Cooperman bought and sold 85,000 shares. He did add when he said he did, and he sold when he believed appropriate. Mr. Cooperman references "good news" for EZFL and is clearly aware of the announcement that had occurred that very day.

## Known EZFL Influences

There was a press release through Globe Newswire, and picked up by Yahoo! Finance on the exact 10/11/2021 date that the government lists for Mr. Deel and Mr. Cooperman.

The press release states that the organization had "purchased 33 additional fuel trucks, more than tripling the size of its delivery fleet to support the expansion of its service offering in cities throughout Florida including Fort Lauderdale, Tampa and Orlando, as well as other select U.S. markets". This move had added 400,000 gallons of delivery capability to EZFill Holdings.

Mr. Deel and Mr. Cooperman reference this in their tweets.

*(Exhibit 13 attached)*

## The Government's case - PIXY - Tommy Cooperman

**NOTE: The government does not include any context as to the PIXY indictment, in the superseding indictment.**

Ms. Garibotti marked the following messages as "misleading, or false":

> "Tommy Cooperman 3/29/2022, 1:31:05PM - "taking a swing in $PIXY .. former mega runner hits 4-5 sectors (Food , NFT , META , Staffing) .. 12 mil float and a bottomed  daily. i have recently seen all  former runners getting hit.  the daily is grinding up over resistance and i think .90/$1 is very possible. CELZ vibes."

Ms. Garibotti has marked this tweet as 'false, or misleading'.

Five minutes later, at 1:36PM, Mr. Cooperman tweets:

> "BOTTOMED DAILY + 5 SECTORS + 12MIL FLOAT + FORMER MEGA RUNNER. $PIXY NEED I SAY MORE?!".

Ms. Garibotti did not flag this second message as misleading.

Mr. Cooperman then gives his opinion that it is possible the stock will hit .90.

> "Tommy Cooperman 3/31/2022, 12:05PM - "$PIXY is my #1 swing right now we are going to .90+ beeelleeeeevveeee that .. just like $CELZ , $OLB , $COMS etc. nice grind today . just a matter of time."

According to Ms. Garibotti's data, Mr. Cooperman had just finished purchasing 85,000 shares less than 2 minutes prior to posting this message.

*(Exhibit 14.1-14.2 attached)*

## Attempts to Get People to do Their Own Research and Develop Their Own Plan

Mr. Deel, Mr. Matlock, and Mr. Cooperman all made multiple attempts to encourage people to do their own research (due diligence, or 'DD', trade their own plan, and to take responsibility for their own education.

They even had come up with a pithy (albeit bawdy) statement of, "Wipe your own ass, I'll wipe mine" in an attempt to get people to stop blindly following their actions.

I have compiled a graphic, drawn entirely from the government's own data, that shows these statements in context.

*(Exhibit 15 attached)*

## Atlas Disclaimers

The Atlas trading group had various disclaimers, rules, and requirements.

In its disclaimer, which each user had to agree to in order to enter, Atlas states the following:

> "Atlas Trading is not a registered investment advisor or broker dealer and therefore you understand and agree that ATLAS TRADING is not providing any trading or investment advice in any way whatsoever nor is ATLAS TRADING making any recommendations for anyone to buy, sell or sell short any trading or investment vehicle or security of any kind including any stock, bond, commodity, futures contract or option nor providing any investment, retirement, estate, tax or legal advice in any way whatsoever."

> "Atlas Trading strictly prohibits, the use any of the information or market related data posted either on the web site or in any of the chat rooms for actual live trading by any free member or subscriber. In the event you breach this provision, without our knowledge or consent, you assume the entire risk and cost of any such trading or investing and you are solely responsible for any and all gains and losses, financial, emotional or otherwise experienced, suffered or incurred by you. All transactions you choose to engage in with or without seeking advice from a licensed and qualified financial advisor or entity are conducted at your sole discretion and are your sole responsibility."

These disclaimers are found within the government's own production.

Atlas had specific rules in addition, and in support of, the disclaimers:

"By joining the Atlas Trading server, you are agreeing to follow the rules below. Any violation of these will result in a warning or ban. We care about maintaining the quality of this group. **18 and up only!**

1. Treat every member with respect.

2. Do not bash anyone on the server.

3. Do not spam or troll anywhere in the server.

4. Do your own DD! Posts are not a recommendation to buy or sell any security!

5. We will not tell you to buy or sell anything at any time in this room, don't ask.

6. You are solely responsible for your own trading decisions we are NOT advisors.

7. Nothing in the information posted inside this room is intended to be or should be interpreted as a promise or guarantee of any particular result.

8. Nothing in the information posted inside this room is intended to be or should be interpreted as trading advice.

9. DO NOT SELF PROMOTE. This means no posting your social media links and telling people to follow you.

10. Swear words ARE allowed. However, we ask that you're respectful of them. Don't overdo it.

11. Do NOT try to sell any products to members without permission from an admin.

12. People that are just here to troll and hate will be instantly banned, we don't even entertain it. No bashing a member or calling everyone FURU's or pumpers or any of that drama garbage.

13. We do not deal in certainty, do not post things like "buy _____ stock it will explode!!!" "don't miss out!!!" stuff like that.

14. Do not ask anyone for money or to trade for you!

15. Do not post links to social media pages, referral links, other chatrooms, OR anything requiring the purchase of anything. Instant ban for this!

16. NO Posting of FALSE information. If you provide data in the chatroom at all you better have evidence and proof of it! If you make a claim and can't prove it/don't want to, ban!

17. Highly offensive content/images will result in a ban

*(Exhibit 15.1-15.3 attached)*

# Findings

Based on the above, I find the following:

1. The government routinely, through narration and work product, ignores their own data to remove or change context in an attempt to support their case.

2. Ms. Garibotti routinely omitted information, and ignored her own data when marking statements as misleading or untruthful.

3. Mr. Deel, Mr. Matlock, and Mr. Cooperman routinely tried to get their followers to "do their own research", "Trade your own plan, I'll trade mine", and "it's up to YOU to learn to trade YOUR WAY not someone else's".

4. The Atlas Trading rules and disclaimer were required for login, and contained the same type of admonitions: "You are solely responsible for your own trading decisions we are NOT advisors.".

5. The government's charges regarding influence do not take into account follower counts at the actual timeframe the government complains about, nor do they provide an accounting for dead accounts, bots, followers that don't actually interact, and other variances in counts.

6. The government provides no hard data supporting, or showing, their charges of influence on the market.

This is an ongoing case, and I reserve the right to supplement this report as new evidence, information, or statements are presented.

DATE: 2024-01-28

_____
Aaron Hughes