# Exhibit 2



January 31, 2024

Mr. Scott Armstrong, Assistant Chief
Mr. John J. Liolos, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005

Mr. Thomas Carter, Assistant United States Attorney
United States Attorney's Office for the Southern District of Texas
1000 Louisiana Street, 25th Floor
Houston, Texas 77002

**_DELIVERED VIA EMAIL._**

     **Re:**  Defendant PJ Matlock's *2nd Amended Disclosures for* Expert Witness in *United States v. Matlock et al.,* 22-cr-612 (S.D. Tex.)

Dear Counsel:

On August 15, 2023, Defendant PJ Matlock provided relevant disclosures and notice of the designation of **Professor Colin P. Marks**, Ernest W. Clemens Professor of Corporate and Securities Law at St. Mary's University School of Law, as an expert witness in *United States v. Matlock et al.,* 22-cr-612 (S.D. Tex.). Those disclosures were amended on September 6, 2023. This notice amends the previous disclosures. [1]

Although some of the topics and testimony described below may not constitute expert testimony, we include them in this disclosure in an abundance of caution. Mr. Matlock reserves the right to update and modify disclosures pertaining to Professor Marks prior to trial.

As referenced in the CV attached as Exhibit 1 to the August 15, 2023, disclosure, Professor Marks is the Ernest W. Clemens Professor of Corporate and Securities Law at St. Mary's University School of Law in San Antonio, Texas. Professor Marks has been teaching at St. Mary's School of Law since 2006 and has since attained the rank of tenure. He also holds the title of Associate Dean of Strategic Partnerships and Innovation and was previously

---

[1] Professor Marks serves as an expert witness matter to be called by Mr. Matlock, however, given the Professor's broad range of expertise, Mr. Matlock has no objection and in fact anticipates that the Professor may be called on / directly examined by co-defendants in this matter.

1



Associate Dean for Graduate and Summer Programs. He also has served as President of the Southeastern Association of Law Schools (SEALS).  His C.V. outlines his various awards, publications and other superlatives.

As a tenured professor of corporate and securities law, Professor Marks has extensive expertise in the field stemming from years of research, authorship, and scholarship. He is well versed in a variety of securities related topics, including all securities regulations, securities-related criminal statutes that govern the conduct of market participants, those with different trading approaches, and "day-trading." Professor Marks has thorough experience in analyzing securities markets and factors that impact those markets, the processes involved in trading securities, developments in the laws that regulate the activities of market participants, as well as numerous other expertise.

At this time, we anticipate Professor Marks will testify about the following topics in this matter:

**A. Disclosure Requirements and Other Rules Governing Market Participants.** Professor Marks may provide expert testimony as to regulations that govern those who engage in securities related transactions. He will make distinctions between fiduciaries and non-fiduciaries (like retail traders) and he will testify to whom and when disclosure rules apply. Specifically, he will explain that there are no applicable securities regulations that would require individuals like Defendant Matlock, or any of the Defendants, to disclose the sale of their stocks. He will also elaborate on why securities regulations did not prohibit Defendants in this case from discussing stock purchases as a group, and, to the contrary, why such conversations are valuable discourse for the market in general. He may also testify as to the importance of sharing information as it relates to securities markets.

**B. Fundamentals of Securities Trading and an Overview of "Day Trading".** Professor Marks may testify as necessary regarding relevant fundamental topics that explain to the jury the essentials of trading securities, including different approaches to trading in the market. He will explain what "day trading" is, the legalities behind it, and what it looks like compared to traditional trading. Specifically, he will further testify to the fact that Day Trading is a perfectly legal profession, duly recognized by the United States Government. In short, Professor Marks will expound on what "day trading" involves - capturing short term (within one day) gains on stocks, through research, rigorous monitoring and voluminous trades. He will testify that this practice is a legitimate profession which requires due diligence and constant monitoring, and that Mr. Matlock's trading activity is consistent with this approach. Likewise, he will testify that multiple dozens of transactions in a single day on even just one stock is not uncommon for day traders and not unlawful activity. He will testify that the hallmark of day trading is to attempt to minimize risk. Minimizing risk includes having the discipline to sell recently purchased stocks frequently,

2



whether it be because the stock has started to lose some value or because the stock price has risen quickly. This allows a day trader to realize gains and minimize loss. The aggregate effect of this allows the diligent day trader to succeed in this profession. Professor Marks will testify that often Day traders, as a general matter, are not expected to hold on to positions overnight. Stock values can change overnight and the inability to monitor or liquidate does not fit within a day trader's risk management approach. Furthermore, he will testify that it is a commonly accepted principle that if someone is a "day trader" that they *will* sell positions very frequently and all within the "day", thus the term "day trader."

C. **Mr. Matlock's Day Trading Activity and Admonishments to Others.** Professor Marks may also testify regarding Defendant Matlock's trading approach and how it was consistent with what would be expected of a day trader.  He may also testify that a "swing" trade is a term that is derived from the behavior, or "swing", of a stock's price. Swing trading involves buying a stock at a certain price and then selling it in the short term when the price of the stock swings higher – the trader then realizes a profit. While the strategy can be applied to holding a stock overnight or over the course of a few days, it is not uncommon for a day trader to "swing" trade a stock within the same day because they are involved in stocks that are more volatile – these volatile stocks' prices will *swing* up and down within the same day. The intraday swing is common practice for day traders. Furthermore, Professor Marks will provide observations regarding inaccuracies in the government's Garabotti expert report. Specifically, he will provide observations that defendants' statements flagged as false in that report are actually not false. Furthermore, Professor Marks will testify to his observations of several social media posts (video and written) made by Mr. Matlock in which he specifically admonished all to "trade their own plan" (and like statements) and to do their own research and due diligence before participating in the stock market.

D. **Traditional Market Manipulation versus Actions in Question in This Matter** Professor Marks may testify about his observation that typical cases of alleged market manipulations involve cases where individuals, who often have or pretend to have *insider* knowledge, are making empirically false statements about a *company*, and it is this type of false information about companies from purported insiders that have an effect of falsely inflating values of a stock. He may testify that he has never seen a case like this (in fact it may be the first of its kind) in which a non-insider defendant is being prosecuted for making statements of opinions or hope, based on publicly available information and good faith analysis, or being prosecuted for statements from which he could not benefit because he was not actively trading the stock in question. He may testify that the spreading of already existing information is not only not prohibited, but it is indeed essential for the markets to function properly in determining value. He will also testify as to the difference between the sharing of economic information and taking actions that actually deprive another of their property, the latter being what the fraud statutes were designed to prevent.



E. **Publicly Available Trade News and its Effect on Stocks.** Professor Marks will provide observations of impactful news that may have impacted the markets during the relevant time periods in this case. These observations will extend to how certain news could have affected particular stocks charged in the indictment. In summary, he will provide testimony that at the time that Defendant Matlock and others made public statements about *those* stocks, there already existed positive public information about that stock, and others in the market had already posted positive information about those same stocks.

F. **Causation and Analysis of FINRA records so far received.** Professor Marks may testify that after reviewing the government's production thus far in this case, there is no evidence that determines actual causality between any statements or behavior made by Mr. Matlock and the behavior of the stock market. While Professor Marks will testify as to this conclusion, he still awaits certain material currently the subject of a Brady Motion regarding any SEC and FINRA records related to this matter, including to any of the purported "pump and dumps" giving rise to the Section § 1348 and 1349 claim. (See ECF 322, Filed on July 8, 2023) and the subject of the Court's Order of September 12, 2023, ECF 414. Until that material is received and analyzed, Professor Marks is not able to complete his observations.

Nevertheless, Prof. Marks will testify as to the limited documents so far received regarding the FINRA investigations performed on the relevant stocks during the relevant times. He will testify as to his observations regarding the findings within those reports and that the reports indicate that several at the stocks in question were thoroughly analyzed by the government investigators with no findings of illicit activity at the time.

G. **The COVID Market of 2020 and 2021.** Professor Marks may also provide testimony regarding his observations of the stock market during 2020, 2021, and after, and the apparent effects of the global pandemic and the attendant lock – down and stimulus in the United States. He may testify to his observations regarding the influx of volume into the markets during this time and the remarkable rise in markets overall.

Professor Marks' opinions and observations are based on his extensive research, skills, knowledge, experience, education and legal training, not the least of which includes rigorous review of all legal developments in the arena of securities related law. He also relies on numerous documents provided in the government's production, including but not limited to documents relating to the trading data of Defendants for the relevant time periods, other stock records, the government's expert report, and the government's proposed Exhibits. He also has reviewed *relevant pleadings, including* the Superseding Indictment and other pleadings such as the Defendants' Motions to Dismiss and the Government's Responses and other instructive pleadings. He has also reviewed numerous documents produced in the government's production and portions of the government's trial exhibit production of January 2024. Also reviewed: official stock data



for the securities markets in general during the relevant time periods, as well as company data for the securities that are the focal points of this matter. He further relies on his recollection, and review of public information regarding public news that may have impacted the markets and certain securities in particular during relevant time frames. As just one example, with regard to Torchlight Energy TRCH, on February 16, 2021 there was significant positive market news about TRCH published by NASDAQ.COM (see https://www.nasdaq.com/articles/trch-stock-alert%3a-why-torchlight-energy-shares-are-blazing-higher-today-2021-02-16). Professor Marks will provide testimony that this positive news article from NASDAQ.COM was based on news from the company itself, and that it establishes reasons for a positive market reaction to TRCH wholly independent from any statements made by Mr. Matlock, which did not occur until after.

Regarding the causation issue referenced above, Professor Marks intends to further analyze relevant records yet to be produced by the government, namely SEC and FINRA records regarding stocks relevant to the government's case. This information is crucial and imperative to his ability to testify completely on this issue.

As referenced in the August 15 disclosure, in exchange for Professor Marks' time spent on this matter he is being compensated. The CV in the August 15 disclosure contains a list of his publications and matters in which he has been retained as an expert in the past. While some of those matters have involved securities issues, they have not involved issues relating to individuals investing in the stock market. The matters in which he has been retained as an expert in the past have resolved prior to trial and therefore he has not previously testified.

Defendant Matlock reserves the right to supplement and/or amend Professor Marks anticipated testimony and disclosures, and to call additional experts in the presentation of his defense, based on information made known to Defendant before or during trial, including in response to the government's experts or case.

Should you have any questions about Professor Marks anticipated testimony please do not hesitate to contact me at your convenience at (512) 547-7883.

Sincerely,

Luis A. Reyes,
ASHCROFT SUTTON REYES, PLLC

5



Counsel for PJ Matlock
(512) 547-7883

**Materials Considered**

**Pleadings and Filings**
Expert Report of Peter Melley, Esq. dated January 19, 2024
Expert Report of Maria E. Garibotti, Ph.D. dated January 19, 2024
GX4B - Episode 4 – CBAT – February 16, 2021 to February 23, 2021
GX5B - Episode 5 - TRCH - February 10, 2021 to February 23, 2021
Expert Report of Aaron Hughes (January 28, 2024)
United States of America v. Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary
Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, and Daniel Knight, Superseding
Indictment, dated February 8, 2023
All Documents previously listed in Defendant Matlock's Reciprocal Discovery
All Documents listed in Defendant Matlock's Exhibit List

**Public Sources**
FINRA, 2021 FINRA Industry Snapshot (Feb. 2021), available at
https://www.finra.org/sites/default/files/2022-02/21_0078.1_Industry_Snapshot_v10.pdf
FINRA, 2022 FINRA Industry Snapshot (Mar. 2022), available at
https://www.finra.org/sites/default/files/2022-03/2022-industry-snapshot.pdf
FINRA, 2023 FINRA Industry Snapshot (Apr. 2023), available at
https://www.finra.org/sites/default/files/2023-04/2023-industry-snapshot.pdf
Katie Martin & Robin Wigglesworth, *Rise of the retail army: the amateur traders transforming
markets*, FIN. TIMES (Mar. 8, 2021), https://www.ft.com/content/7a91e3ea-b9ec-4611-9a03-
a8dd3b8bddb5
OFFICE OF INV. EDUC. & ADVOC., SOCIAL MEDIA AND INVESTMENT FRAUD – INVESTOR ALERT
(Aug. 29, 2022), https://www.sec.gov/oiea/investor-alerts-and-bulletins/social-media-and-
investment-fraud-investor-alert
OFFICE OF INV. EDUC. & ADVOC., INVESTOR BULLETIN: MICROCAP STOCK BASICS (PART 3 OF 3)
(Oct. 21, 2016), https://www.investor.gov/introduction-investing/general-resources/news-
alerts/alerts-bulletins/investor-bulletins/investor-2
SEC.gov Microcap Stock
OFFICE OF INV. EDUC. & ADVOC., MICROCAP STOCK: A GUIDE FOR INVESTORS (Sept. 18, 2013),
https://www.sec.gov/reportspubs/investor-
publications/investorpubsmicrocapstock#:~:text=When%20publicly%2Davailable%20informatio
n%20is,the%20stock%20of%20larger%20companies.
OFFICE OF INV. EDUC. & ADVOC., THINKING ABOUT INVESTING IN THE LATEST HOT STOCK? (Jan.
30, 2021), https://www.sec.gov/oiea/investor-alerts-and-bulletins/risks-short-term-trading-based-
social-media-investor-alert



US House Hearing on Gamestop *Game Stopped? Who Wins and Loses When Short Sellers, Social Media, and Retail Investors Collide, Parts I-III Before the H. Comm. On Fin. Serv.*, 117th Cong. 1 (2021)

*Alzamend Neuro Announces Pricing of Initial Public Offering*, businesswire (Jun, 14, 2021), https://www.businesswire.com/news/home/20210614005809/en/Alzamend-Neuro-Announces-Pricing-of-Initial-Public-Offering

Nathan Michaud (@InvestorsLive), Twitter (Jun. 15, 2021), https://twitter.com/InvestorsLive/status/1404813489152172039?s=20

Benzinga, *Jim Cramer Says Torchlight Energy A 'Meme Stock' That's Better After Raising Money*, Markets Insider (Jun. 23, 2021, 1:23 AM), https://markets.businessinsider.com/news/stocks/jim-cramer-says-torchlight-energy-a-meme-stock-that-s-better-after-raising-money-1030545433

*CBAK Energy partners with JAC Motors to jointly develop new battery cells*, BatteryIndustry (Jan. 11, 2021), https://batteryindustry.tech/cbak-energy-partners-with-jac-motors-to-jointly-develop-new-battery-cells/

Gustavo Henrique Ruffo, *JAC (And Volskwagen) Will Develop a 46800 Cell With CBAK Energy*, InsideEVs (Jan. 27, 2021, 08:11 AM), https://insideevs.com/news/482389/jac-volkswagen-46800-cell-cbak-energy/

Keith Noonan, *Why CBAK Energy Technology Stock Skyrocketed 45.5% in January, The Motley Fool* (Feb. 6, 2021, 8:39 AM), https://www.fool.com/investing/2021/02/06/why-cbak-energy-technology-stock-skyrocketed-455-i/

Manpreet Singh (@preetkailon), Twitter (Feb. 19, 2021), https://twitter.com/preetkailon/status/1362882548674756613?s=20

Antonio Costa (@ACInvestorBlog), Twitter (Feb. 19, 2021), https://twitter.com/ACInvestorBlog/status/1362786360512245765?s=20

*Fitch Downgrades GTT to 'CC': Withdraws Ratings*, FitchRatings (Mar. 8, 2021, 12:27 PM), https://www.fitchratings.com/research/corporate-finance/fitch-downgrades-gtt-to-cc-withdraws-ratings-08-03-2021

*Charter Schools USA Selects GTT SD-WAN to Improve Network Agility and Security* (Mar. 10, 2021), https://gtt.net/us-en/about-us/news/charter-schools-usa-selects-gtt-sd-wan-to-improve-network-agility-and-security/

Market Rebellion (@MarketRebels), Twitter (Mar. 10, 2021), https://twitter.com/MarketRebels/status/1369686988920651778?s=20

Anya (@anyatrades), Twitter (Mar. 10, 2021), https://twitter.com/anyatrades/status/1369676160158871553?s=20

Howard Kim, *H.C. Wainwright Keeps Their Buy Rating on Surface Oncology (SURF)*, SmarterAnalyst (May 6, 2021, 6:31 AM), https://www.smarteranalyst.com/new-blurbs/h-c-wainwright-keeps-their-buy-rating-on-surface-oncology-surf-2/

Alex Carchidi, *Could Surface Oncology Be a Millionaire-Maker Stock?* (May 16, 2021 6:20 AM), The Motley Fool, https://www.fool.com/investing/2021/05/16/could-surface-oncology-be-a-millionaire-maker-stoc/



Stock Swing Alert (@StockSwingAlert), Twitter (Aug. 17, 2020),
https://twitter.com/StockSwingAlert/status/1295560558343852032?s=20
Antonio Costa (@ACInvestorBlog), Twitter (Sep. 9, 2020),
https://twitter.com/ACInvestorBlog/status/1303685842121166849?s=20

**Videos**
Atlas Youtube – Discord Breakdown _ Part 1 – How to Use Discord (May 10, 2020)
Atlas Youtube – Discord Breakdown _ Part 2 – Atlas Trading Features (May 10, 2020)
Atlas Youtube – How to use our free Scanner! _ Trade Ideas (2018)
Atlas Youtube – Taking Trades _ Atlas Trading – Alerts and Stock Calls (May 10, 2020)