# EXHIBIT D

*Privileged and Confidential*
*Subject to Protective Order*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> EDWARD CONSTANTINESCU, <br> PERRY "PJ" MATLOCK, <br> JOHN RYBARCZYK, <br> GARY DEEL, <br> STEFAN HRVATIN, <br> TOM COOPERMAN, <br> MITCHELL HENNESSEY, and <br> DANIEL KNIGHT, <br><br> Defendants. | Case No. 4:22-cr-612-S |

**REVISED DECLARATION OF MARIA E. GARIBOTTI, PH.D.**

**JANUARY 19, 2024**

*Privileged and Confidential*
*Subject to Protective Order*

## I. INTRODUCTION

1. I previously submitted a declaration in this matter on June 15, 2023, in which I calculated the profit the At-Issue Traders realized during a set of 397 distinct At-Issue Trading Episodes. The DOJ has asked me to update my analysis to cover a subset of 54 of these At-Issue Trading Episodes. Attached is an updated copy of my declaration along with its exhibits and appendices. I have also submitted an updated curriculum vitae in **Appendix A**.

2. In connection with this submission, I have also provided revised versions of my previously submitted tables detailing the At-Issue Traders' trading activity and communications during the 54 At-Issue Trading Episodes. These tables have been updated to (i) add or remove certain communications requested by the DOJ; (ii) change the start date of At-Issue Trading Episode #91 (CBAT) from January 6, 2021, to February 16, 2021; (iii) change the end date of At-Issue Trading Episode #140 (GTT) from February 25, 2021, to March 3, 2021; (iv) change the format of the "To" and "From" fields for phone messages and Discord direct messages; and (v) include certain communications on the individual defendant table pages that had previously only been reported in the "All Defendants and Traders" pages.

3. Lastly, I have also provided revised versions of the trading volume charts I submitted on August 11, 2023. Previously, due to a difference in how the data was processed, the timestamps of certain communication callouts in the trading volume charts were reported one second later than the corresponding trading activity and communication tables discussed in ¶ 2. The timestamp-processing methodology has now been standardized.

Signed on the 19th day of January, 2024.

_____
Maria E. Garibotti