# EXHIBIT E

| Record | Sender ID | Recipient ID | Message Sent Date/Time - UTC+00:00 (yyyy/MM/dd) | Text |
|---|---|---|---|---|
| 4329 | 888225282334871553 | 15971805 | 2021/10/05 19:28:05 | if you think zack is responsible for CEI going from 40c to 4.85 just based off his followers and tweets. that's just crazy |
| 4330 | 888225282334871553 | 15971805 | 2021/10/05 19:29:17 | it's only called a pump and dump because some short company posted a short report on it and it tanked. |
| 4331 | 888225282334871553 | 15971805 | 2021/10/05 19:29:28 | if it worked then it just would be awesome, right? |
| 4332 | 888225282334871553 | 15971805 | 2021/10/05 19:29:49 | a pump and dump is when a bunch of people load a stock.. push it up and then sell their shares |
| 4333 | 888225282334871553 | 15971805 | 2021/10/05 19:30:00 | zack didn't sell.... so just dumb to call it that |
| 4334 | 15971805 | 888225282334871553 | 2021/10/05 19:35:53 | bro I'm not here to debate the law this was huge manipulation, pump and dump and disaster in the making. |
| 4335 | 15971805 | 888225282334871553 | 2021/10/05 19:36:30 | You forget my past when I was 20? I'm not dumb. |
| 4336 | 15971805 | 888225282334871553 | 2021/10/05 19:36:40 | I've been around the block and spent lots of lawyers |
| 4337 | 888225282334871553 | 15971805 | 2021/10/05 19:39:02 | Def manipulated both directions but not because of one person's tweets. |
| 4338 | 888225282334871553 | 15971805 | 2021/10/05 19:40:31 | Just like most stocks |
| 4339 | 15971805 | 888225282334871553 | 2021/10/05 19:41:01 | I mean that's a likely defense to SEC for stock fraud. Sure. |
| 4340 | 888225282334871553 | 15971805 | 2021/10/05 19:41:51 | I don't believe this was fraud. This wasn't some planned pump or some scheme. |
| 4341 | 15971805 | 888225282334871553 | 2021/10/05 19:43:47 | P&amp;D is securities fraud. |
| 4342 | 888225282334871553 | 15971805 | 2021/10/05 19:44:12 | correct |
| 4343 | 888225282334871553 | 15971805 | 2021/10/05 19:45:10 | I get you're upset and have a narrative with this, I just don't agree with it and am looking from an outside perspective. I never played CEI other than quick scalps and the dip today so I don't have an opinion of the stock |
| 4344 | 15971805 | 888225282334871553 | 2021/10/05 19:45:44 | I'm not upset and I don't have any narrative |
| 4345 | 888225282334871553 | 15971805 | 2021/10/05 19:45:57 | Atlas isn't going anywhere, it's not filled with pump and dumpers, I get the goal by a lot of other rooms but it will never work. |