UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.    § | Case No. 4:22-cr-612 |
| § | |
| CONSTANTINESCU, *et al.*  § | |
| § | |
| Defendants.    § | |

## [Proposed] ORDER

Upon consideration of the United States' Motion for an Extension of Time (ECF No. 554), the Court hereby ORDERS that the Motion is GRANTED. The parties shall file responses to motions *in limine* on or before February 27, 2024.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE