United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 4:22-cr-612 |
| § | |
| CONSTANTINESCU, *et al.* § | |
| § | |
| Defendants. § | |

## ORDER

Upon consideration of the United States' Motion for an Extension of Time (ECF No. 554), the Court hereby ORDERS that the Motion is GRANTED. The parties shall file responses to motions *in limine* on or before February 27, 2024.

It is so **ORDERED** at Houston, Texas on this 13th day of Feb, 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE