UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| CONSTANTINESCU, *et al.* | § § | The Honorable Andrew S. Hanen |
| Defendants. | § § | |

### United States' Motion for Leave to Correct the Dates of a Trial Episode

The United States, by and through undersigned counsel, respectfully moves the Court for leave to correct the dates of one entry listed in the Trial Episodes. The United States recently noticed a scrivener's error that left 3 days of a trading sequence off the end of that sequence in the list of Trial Episodes in ECF No. 424-1. Specifically, the trade dates for GTT (Count 7) listed "Trading in GTT between February 24, 2021 and February 25, 2021," (s*ee* Ex. 1), but it should have listed "Trading in GTT between February 24, 2021 and **March 3**, 2021" (*see* Ex. 2 (GX 7B)). There is no relevant trading between February 25, 2021 and March 1, 2021, so the description omitted 3 days of trading. (*See* Ex. 2 (GX 7B).) The corrected list of Trial Episodes is attached as Exhibit 3.

Count 7 of the Superseding Indictment charges Defendants Rybarczyk and Matlock with the execution of the fraudulent scheme as to the stock ticker GTT in or around March 2021. (ECF No. 134, ¶¶ 43–53.) The Superseding Indictment describes in detail Defendants' trading and social media activity in GTT on March 1, 2021. (*See id.*)

The actual trading on March 1–3, 2021, has always been included in other disclosures the United States has made on the topic. The trading at issue was noticed as a relevant sequence in the United States' disclosures to the defense on March 31, 2023. The United States included the actual

relevant trading in the United States' disclosures on June 15, 2023. The United States again disclosed the trading in its draft exhibits on August 13, 2023, and again in the exhibits disclosed on January 29, 2024. (*See* Ex. 2.) Thus, the only place these dates were not included accurately was on the list of Trial Episodes. (*See* ECF 424-1.)

There can be no genuine notice concern because Defendants have always been aware the trading in GTT on March 1–3, 2021, is at issue in this case. In fact, Defendants cannot credibly claim this typo impacted their trial preparation, because they already analyzed the at-issue trading in proposed expert reports, including a report first produced on January 29, 2024, after the typo was made. (*See* ECF No. 551-1, p. 10 (disclosure of Aaron Hughes analyzing trading in GTT on March 1–3, 2021); ECF No. 551-3, pp. JRYBARCZYK-004447–455 (charts by Andrew Auslander analyzing trading in GTT on March 1–2, 2021).) Further, this is trading on the day of the "robbing f*cking idiots of their money" quote, which Defendants are attempting to exclude as evidence at trial. Thus, The United States files this motion in full transparency to clear up any potential confusion and provide notice more than six weeks before trial.

Therefore, the only impact of the scrivener's error is on the discovery requests to the SEC and FINRA. The United States has already made the SEC and FINRA aware of the additional dates, and has requested they extend the same requests they made for *Brady* material for all the other Trial Episodes to trading in GTT between February 24, 2021 and **March 3**, 2021, not only to February 25, 2021. The United States will promptly produce any materials received as a result of this amended request. As such, the Court should permit the United States to introduce the trading in GTT in March 2021 as noticed in the Superseding Indictment and all other relevant places except the prior Trial Episodes list.

Dated: February 15, 2023                          Respectfully submitted,

                                                                   GLENN S. LEON
                                                                   Chief, Fraud Section
                                                                   Criminal Division, Department of Justice

By:    */s/ John J. Liolos*
            Scott Armstrong, Assistant Chief
            John J. Liolos, Trial Attorney
            Fraud Section, Criminal Division
            United States Department of Justice
            1400 New York Ave. NW
            Washington, DC 20005
            Tel.: (202) 768-2246


            ALAMDAR S. HAMDANI
            United States Attorney
            Southern District of Texas

By:    */s/ Thomas Carter*
            Thomas H. Carter
            Assistant United States Attorney
            State Bar No.: TX24048387
            1000 Louisiana Street, 25th Floor
            Houston, Texas 77002
            Tel.: (713) 567-9470

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 14, 2024, the United States asked Defendants for their position on this motion, stating that it would mark them as opposed but to correct if that impression is an error. Counsel for Defendant Hennessey responded he is opposed. Other Defendants did not respond.

                                                */s/ John J. Liolos*
                                                John J. Liolos, Trial Attorney
                                                U.S. Department of Justice
                                                Criminal Division, Fraud Section

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                              */s/ John J. Liolos*
                                              John J. Liolos, Trial Attorney
                                              U.S. Department of Justice
                                              Criminal Division, Fraud Section