UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Case No. 4:22-cr-612 |
| | § | |
| **CONSTANTINESCU**, *et al.* | § | |
| | § | |
| **Defendants.** | § | |

### [Proposed] ORDER

Upon consideration of the United States' Motion to Amend (ECF No. 558), the Court hereby ORDERS that the Motion is GRANTED. The Trial Episodes are amended to include the stock tickers and date ranges noticed in Exhibit 3 to ECF No. 558.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE