# Exhibit A

# Text Group Messages:
## Edward Constantinescu, Perry "PJ" Matlock, Gary Deel, Tom Cooperman, and Mitchell Hennessey
### February 2, 2022



**Eddie Constatine**
Today was crap but we'll be consistent
02/02/2022 03:53:24 PM

**Mitch**
Ya today sucked
02/02/2022 03:53:38 PM

**Tommy Cooperman**
10000% today just wasn't good we will nail it
02/02/2022 03:53:48 PM

**Eddie Constatine**
Yep
02/02/2022 03:53:55 PM

**Tommy Cooperman**
Keep it to minimal plays
02/02/2022 03:53:56 PM

GOVERNMENT EXHIBIT
**67**
4:22-cr-612



**Eddie Constatine**
Exactly
02/02/2022 03:54:04 PM

**Eddie Constatine**
And we don't all have to mention the same play
02/02/2022 03:54:27 PM

**Mitch**
Ya
02/02/2022 03:54:32 PM

**Mitch**
That's better
02/02/2022 03:54:35 PM

**Mitch**
If we don't
02/02/2022 03:54:36 PM

**Eddie Constatine**
We can just buy dips in the background
02/02/2022 03:54:41 PM

**Pj Matlock**
100%
02/02/2022 03:57:58 PM

**Gary Deel**
I'm with it
02/02/2022 04:19:13 PM



DOJ-DEEL-0000000001