# Exhibit B

# Text Direct Messages:
# Gary Deel and Tom Cooperman
## March 22, 2022



DOJ-DEEL-0000000001

GOVERNMENT
EXHIBIT
**68**
4:22-cr-612