# Exhibit 2



**U.S. Department of Justice**

Criminal Division

*Fraud Section*

January 19, 2024

<u>**Via Email**</u>

       **Re:** ***United States v. Constantinescu, et al.*, 22-cr-612 (S.D. Tex.)**

Dear Counsel:

       On June 15, 2023, the United States provided notice by letter that it anticipates calling Peter Melley, Esq. as a witness who may provide expert testimony in the trial of the above-referenced matter. Exhibit A to that letter contained Mr. Melley's curriculum vitae. Exhibit B to that letter contained a list of cases in which Mr. Melley had testified. Attached to this letter as Exhibits A and B are updated versions of those documents.

       Please let us know if you have any questions about this disclosure or would like to discuss it. The United States reserves the right to supplement and/or amend Mr. Melley's anticipated testimony and to call additional experts in its case-in-chief or rebuttal case, based on information made known to the United States and/or Mr. Melley before or during trial, including in response to Defendants' experts or case.

       Very truly yours,

       GLENN S. LEON
       Chief, Fraud Section

       By: *John J. Liolos*
       Scott Armstrong, Assistant Chief
       John J. Liolos, Trial Attorney

       ALAMDAR S. HAMDANI
       United States Attorney
       Southern District of Texas

       By: *Thomas H. Carter*
       Thomas H. Carter, AUSA

*Peter J Melley*

Peter Melley, Esq.
Director
Criminal Prosecution Assistance Group
Financial Industry Regulatory Authority

# Exhibit A

# PETER J. MELLEY
**1700 K St., NW, Washington, DC  20006**
**Tel: (202) 728-8480**
**peter.melley@finra.org**

## EXPERIENCE

**FINRA (f/k/a NASD, Inc.) Office of General Counsel**                    May 1998 to present
**Washington, DC**
**Director, Criminal Prosecution Assistance Group**

- Manage staff of four attorneys in unit assisting criminal investigations and prosecutions involving securities fraud.
- Assist investigations and in the preparation of criminal indictments pertaining to securities fraud, money laundering, tax evasion, and other white-collar crimes for the Offices of the United States Attorney, Federal Bureau of Investigation, Internal Revenue Service, U.S. Postal Inspection Service, and local district attorney's offices throughout the nation.
- Testify as an expert and summary fact witness in Federal District Courts and State Courts. I have testified on approximately forty-five occasions. Create trial exhibits presenting analyses of NYSE, Nasdaq Stock Market and over-the-counter securities trading data, SEC and FINRA filings, stockbroker's commission runs, brokerage account statements, and transfer agent records.
- Conduct numerous training programs for various law enforcement agencies on the securities industry, brokerage firm's books and records, FINRA and SEC reporting requirements, and investigative techniques regarding the prosecution of various frauds.


**NASD, Inc. Enforcement Department**
**Washington, DC**
**Examiner**                    September 1996 to May 1998

- Conducted numerous investigations involving trading and sales practices violations by NASD member firms.
- Responsibilities included conducting informal and formal interviews, preparing customer declarations, drafting investigative plans and memoranda, and providing settlement support.
- Attended all applicable department and corporate training classes.  Acted as a mentor to inexperienced department staff.


**Md. State Prosecutor's Office**                    January 1995 to August 1996
**Towson, MD**
**Investigator**

- Assisted prosecutors and senior investigators in investigations and prosecutions of violations of state election laws and related offenses.  Responsibilities included conducting interviews, legal research, creating timelines of events, and preparing memoranda for prosecutors


**Proudfoot Reports, Inc.**                    September 1992 to August 1993
**Glen Cove, NY**
**Investigator**

- Conducted criminal background investigations for employee applicants with various companies located throughout the nation.  Responsibilities included researching numerous state and local criminal court databases, contacting previous employers, and preparing memoranda of findings.

**EDUCATION**

**University of Baltimore School of Law**                    **Juris Doctor**
Baltimore, MD                                                        May 1996

**Loyola College**                                           **Bachelor of Arts, History**
Baltimore, MD                                                        May 1992

**BAR MEMBERSHIP**

Maryland

**TECHNOLOGY SKILLS**

Microsoft Word, Excel, Access, PowerPoint; Bloomberg; FINRA Database Systems; EDGAR -
SEC electronic filing system.

# Exhibit B

### PETER MELLEY
### DIRECTOR - FINRA CPAG
### TRIAL TESTIMONY 9/19 - 1/24

| TRIAL NAME | DISTRICT | DATE OF TESTIMONY |
|---|---|---|
| U.S. v. Amit Dagar | SDNY | JANUARY 2024 |
| U.S. v. David Forte | DMA | JULY 2023 |
| U.S. v. Christopher Klundt | NDIL | JANUARY 2023 |
| U.S. v. Omar Plummer | SDFL | APRIL 2022 |
| U.S. v. David Alcorn | EDVA | FEBRUARY 2022 |
| U.S. v. Mark Ramsey | EDPA | SEPTEMBER 2021 |
| U.S. v. Daryl Bank | EDVA | MARCH 2021 |
| U.S. v Sean Stewart | SDNY | SEPTEMBER 2019 |