UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **v.** § § § | Case No. 4:22-cr-612 |
| **CONSTANTINESCU,** *et al.* § § § | |
| **Defendants.** § | |

# [Proposed] ORDER

Upon consideration of the Defendants' Motion *in Limine* ECF No. 533, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE