Exhibit 1

# Defendants

| Defendant | Twitter Name | Discord Name |
|---|---|---|
| Edward Constantinescu | @MrZackMorris | Zack Morris#0001 |
| Perry "PJ" Matlock | @PJ_Matlock | PJ Matlock#0001 |
| John Rybarczyk | @Ultra_Calls | Ultra#0374 |
| Gary Deel | @notoriousalerts | Mystic Mac 🪷#7345 |
| Tom Cooperman | @ohheytommy | TOMMY COOPS #5323 |
| Stefan Hrvatin | @LadeBackk | Lade Backk#6083 |
| Mitchell Hennessey | @Hugh_Henne | HOODHUGHBEAR🐑#4034 |
| Daniel Knight | @DipDeity | Dan, Deity of Dips#8114 |
| Francis Sabo | @RickyBobby | Ricky Bobby 🏁#7407 |

1

GOVERNMENT
EXHIBIT
**1**
4:22-cr-612

# Edward Constantinescu a/k/a Constantin
# @MrZackMorris, ZackMorris#0001







# Perry "PJ" Matlock
# @PJ_Matlock, PJMatlock#0001





# John Rybarczyk
# @Ultra_Calls, Ultra#0374

  

# Gary Deel
# @notoriousalerts, Mystic Mac ✿#7345





# Tom Cooperman
# @ohheytommy, TOMMY COOPS #5323

  

# Stefan Hrvatin
# @LadeBackk, LadeBackk6083







7

# Mitchell Hennessey
# @Hugh_Henne, HOODHUGHBEAR🐗#4034







8

# Daniel Knight
# @DipDeity, Dan, Deity of Dips#8114



January 5, 2022

@MrZackMorris

Fajitas for 2 of the bestest friends in the whole wide world.





May 14, 2021

@ohheytommy

GANG ACTIVITY
@DipDeity
@notoriousalerts
@Hugh_Henne
@PJ_Matlock
@davidlovesit

9

# Atlas Trading

### November 7, 2021
### @Hugh_Henne



### August 22, 2021
### @Hugh_Henne

All play , no work

@MrZackMorris @notoriousalerts
@lisanti @ohheytommy @davidlovesit @DipDeity
@PJ_Matlock

### August 6, 2021
### @notoriousalerts



# Atlas Trading







July 8, 2021

@DipDeity

Pumpers !!!!

11

# Atlas Trading







12

# Atlas Trading







# Pennies: Going in Raw



# Pennies: Going in Raw



# Pennies: Going in Raw



## Dan Knight

Dan Knight is the Deity of Dips – globally known as one of the funniest voices of FinTwit and as co-host of the world's #1 stock market podcast, P:GIR. In his early 20's, Dan realized that the retail stock trading community lacked humor and he immediately began creating funny videos to lighten the mood of the everyday trader.

The viral success of that material led Dan to create Pennies: Going in Raw (P:GIR) with the intent of transforming how people learn about stocks, trading and achieving financial freedom.

**Twitter**

# Pennies: Going in Raw

August 3, 2021

@MrZackMorris



September 9, 2021

@DipDeity





# Pennies: Going in Raw







# Pennies: Going in Raw



September 8, 2021

@DipDeity

Dan Knight Retweeted

Pennies: Going In Raw @PGIRPod · Sep 7, 2021
Shoutout to everyone who came out to the first ever P:GIR Live 🔥

@DipDeity @Hugh_Henne