# Exhibit 2

# John Rybarczyk: Tweet
## December 29, 2021

## @Ultra_Calls

> I'm trying to hit 777 millionaire traders 2022. I'm gonna make it happen. It's not my goal to only make me prosper. I want all of you to prosper. I'm gonna make each and every one of you make it. The market is so universal. You just adapt to current conditions. Let's go crazy

DOJ-PROD-0000192160

GOVERNMENT
EXHIBIT
**194**
4:22-cr-612