# Exhibit 3

# John Rybarczyk: Tweet
## January 20, 2022

## @Ultra_Calls

> My followers are gonna bank huge 2022. #GAMETIME

DOJ-PROD-0000192160

GOVERNMENT EXHIBIT
**196**
4:22-cr-612