# Exhibit 4

# John Rybarczyk: Tweet
## January 22, 2022

## @Ultra_Calls

> Trust me. I lost a 80%+ in the beginning. Went from $2500 to 750K first year of success

DOJ-PROD-0000192160

GOVERNMENT
EXHIBIT
**197**
4:22-cr-612