# Exhibit 5

# John Rybarczyk: Tweet
June 23, 2021

@Ultra_Calls

> I just want the team successful. We are one big family

DOJ-PROD-0000192160

**GOVERNMENT EXHIBIT**
**189**
4:22-cr-612