# Exhibit 6

**File:  GX176.D**

| Speaker/Character Name: |
| --- |
| S1:  Speaker One (Edward Constantinescu) |
|  |
|  |
|  |
|  |
|  |
|  |

[00:00:02] S1:  Hey, guys.  So, I'm just cruising the streets over here of downtown Houston.  Um, making money.   I'm up, like, $108,000.00, so if you're not cruising on a fat bike, not making $100,000.00.  I don't know what the fuck you're doing with your life.  Evaluate it.  Change some things around.  Maybe get rid of your wife, your kids or whatever is holding you back.  But, I'm just over here getting a lot of street credit.  A lot of people are looking at me and they're, like, damn that's, that dude is so cool and -- do I blame them?  No, because I am pretty fucking cool.  So, yeah, guys, just -- you can do it, too.  Just get a bike.  Just start making $100,000.00 a day.  All right, guys.  Have a great day.  I'll uh, I'll see you guys on Twitter, pumping.  All right, love you.  Bye.

Recording ends