# Exhibit 7

# John Rybarczyk: Tweet
### December 21, 2020

## @Ultra_Calls

> CONGRATS ON 150,000 FOLLOWERS @MrZackMorris
>
> WELL DESERVED BRO

DOJ-PROD-0000192160

GOVERNMENT
EXHIBIT
**184**
4:22-cr-612