# Exhibit 8

# John Rybarczyk: Tweet
## January 10, 2021

## @Ultra_Calls

> 9K followers away from the 100K breakout. Go ahead and give @Hugh_Henne a follow.

DOJ-PROD-0000192160

**GOVERNMENT EXHIBIT**
**185**
4:22-cr-612