# Exhibit 9

# John Rybarczyk Tweet: January 11, 2021

# @Ultra_Calls

> Congrats #ATLAS on reaching 100,000 members!!! @PJ_Matlock @MrZackMorris @ripster47 @Chart_Wars love you all

DOJ-PROD-0000192160

GOVERNMENT
EXHIBIT
186
4:22-cr-612