# Exhibit 10

# John Rybarczyk: Tweet
## February 6, 2021

## @Ultra_Calls

> Congrats my man @MrZackMorris on 350K followers. Well deserved, one big family

DOJ-PROD-0000192160

GOVERNMENT
EXHIBIT
**187**
4:22-cr-612