# Exhibit 11

# John Rybarczyk Tweet
## July 12, 2021

## @Ultra_Calls

> Once I'm at 300,000 followers. I'm doing a mega giveaway. Thank you all for the support and trust.

DOJ-PROD-0000192160

GOVERNMENT EXHIBIT
190
4:22-cr-612