# Exhibit 2

**File:  GX 7H.D**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Tom Cooperman) |
| S2:  Speaker Two (Daniel Knight) |
| S3:  Speaker Three (Unidentified) |
| S4:  Speaker Four (Unidentified) |
| |
| |
| |

[00:00:01] S1:   Ultra just texted me.  GTT bottom chart.

[00:00:04] S4:   I'm running.

[00:00:04] S3:   Got it.

[00:00:05] S2:   What?  What?  What?  Read it again?

[00:00:08] S1:   GTT, bottom chart.

[Crosstalk]

[00:00:11] S2:   It's gone.  I just added 12,500 at 2:23.  Did he tweet it or text it?

[00:00:22] S1:   Texted me, GTT bottom chart.

[00:00:25] S2:   And he hasn't, he hasn't posted anything?

[00:00:26] S3:   Whoa, wait.

[00:00:27] S1:   Hasn't said anything.

[00:00:28] S3:   Ultra just said GTE.

[00:00:31] S1:   GTT is what he texted me.

[00:00:33] S3:   Yeah, he just posted on the floor GTE.

[00:00:36] S1:   Well, GTT -- no he just deleted it.  He deleted it.

[00:00:40] S3:   Okay.

[00:00:42] S2:   Holy shit.  I'm so fucking nervous.  What is going on?

[00:00:46] S1:   Relax.

[00:00:46] S4:   Which one am I buying?

[00:00:48] S1:   Okay, he just put in on the floor.  GTT.

[00:00:49] S3:   He corrected it.

[00:00:51] S2:   Okay, okay, so I did sell 5,000 of mine due to the scare you caused me, Joy, so appreciate you causing a panic in me.

[00:01:00] S3:   You're welcome.

[00:01:01] S2:   I'm just holding 7,500 now, so, well -- wow.  Wow.  Fuck  Okay, whatever.  I've made, like, $800 off of it.

[00:01:13] S1:   Yeah, same.

Recording ends