# Exhibit 3

**File:  GX 7I.D**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Tom Cooperman) |
| S2:  Speaker Two (Daniel Knight) |
|  |
|  |
|  |
|  |
|  |

[00:00:01] S1:   Okay, he tweeted.  An extremely bottom setup.  There are just so many humungous green candles.  This isn't at the bottom, fool.

[00:00:14] S2:   Ten percent off the bottom, oh, my God, that sell is massive.  Probably him.


Recording ends