# Exhibit 4

**File:  GX 7J.D**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Tom Cooperman) |
| S2:  Speaker Two (Unidentified) |
| S3:  Speaker Three (Unidentified) |
|  |
|  |
|  |
|  |

[00:00:01] S1:  Yeah, I think Willy Meatsauce is just getting a lot of plays from Ultra, too, which is how him and Mizelle are getting a lot of gains during the days, too.

[00:00:11] S2:  All they want, all that group wants is more people to spread the --

[00:00:18] S1:  Exactly, yeah.

[00:00:19] S2:  Like, everybody has their own, like, we were doing it the other day.  Like, oh, now this guy is going to say this, and they said it.

[00:00:28] S3:  Yeah, it's Mac and uh, Mystic Mac and SD.  Those two are together.

[00:00:37] S2:  I'm cool with it.  As long as I get mine.

[00:00:43] S1:  The second I'm not in it, though, I'm gonna expose this shit to CNN like you would never believe.

Recording ends