# Exhibit 5

**File:  GX 7M.D**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Unidentified) |
| S2:  Speaker Two (Daniel Knight) |
| S3:  Speaker Three (Unidentified) |
|  |
|  |
|  |
|  |

[00:00:00] S1:   We're in $25.00.

[00:00:02] S2:   Yeah, I know, it's, I mean, there it is, tweet, tweet, tweet.  There it is.  There's the tweet.

[00:00:06] S3:   Yep.

[00:00:07] S1:   GTT?

[00:00:07] S2:   Mm-hmm.

[00:00:07] S3:   Yep.

[00:00:09] S1:   Okay.

[00:00:12] S2:   We should have had a market buy ready right as we saw the fucking tweet.  Is he gonna go, like, crazy with this shit.  There, come on.  Go higher.  Dammit, what the fuck?  Wrong way.

[00:00:26] S3:   Oh, God.

[00:00:30] S2:   Higher, and higher.  Come on.  I need more.  I think he, I don't think he, I don't think he'll accept it not going this much.  I refuse to believe it.  He's got more pumpers in him, he's got more in him.

[00:00:52] S1:   Yep.  But I'm also half out in case he doesn't have more in him.

[00:00:57] S2:   Oh, you know how hard, do you know how low the price would be if I went half out right now?

[00:01:01] S1:   Yeah, don't do that.

Recording ends