# Exhibit 6

**File:  GX 7R.D**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Tom Cooperman) |
| S2:  Speaker Two (Daniel Knight) |
|  |
|  |
|  |
|  |
|  |

[00:00:01] S1: We gotta remember with these ultra ones, they all do the same thing.  It, like, spikes, comes down for a second --

[00:00:05] S2: Then the scalpers get out, like, Gary gets out and then --

[00:00:08] S1: And then it goes fucking booka -- but no, that's not only it.  Like, what he does is he alerts it and then, like, five minutes later, all his little minions start, like, re-tweeting it and saying "added with him" so, it, like, builds the hype back up.  It, it happens every single time.  They have this shit down to a fucking science.  It's crazy.

Recording ends