# Exhibit 7

# Text Group Messages:
## Edward Constantinescu, Perry "PJ" Matlock, Gary Deel, Tom Cooperman, Mitchell Hennessey, Daniel Knight, and Dave BC
### October 20, 2021



DOJ-DEEL-0000000001

GOVERNMENT
EXHIBIT
24E
4:22-cr-612



**Mitch**
Isn't float like 6m on it?
10/20/2021 03:47:19 PM

**Eddie Constatine**
Yea
10/20/2021 03:47:27 PM

**Tommy Cooperman**
alright ill keep it up tomorrow and take anything 5 and below we can lock it up
10/20/2021 03:47:49 PM

**Tommy Cooperman**
🍆
10/20/2021 07:19:08 PM

**Tommy Cooperman**
I need under 5 tomorrow and then we go to 10
10/20/2021 07:19:27 PM

**Tommy Cooperman**
🚀
10/20/2021 07:19:30 PM

**Eddie Constatine**
F it pump for us
10/20/2021 07:19:32 PM

**Tommy Cooperman**
Sex island
10/20/2021 07:19:34 PM

**Mitch**
Emphasized "I need under 5 tomorrow and then we go to 10"
10/20/2021 07:19:51 PM

DOJ-DEEL-0000000001



DOJ-DEEL-0000000001