# Exhibit 9

# Text Group Messages:
## Edward Constantinescu, Perry "PJ" Matlock, Gary Deel, Tom Cooperman, Mitchell Hennessey, Daniel Knight, and Dave BC
## July 28, 2021





DOJ-DEEL-0000000001

**GOVERNMENT EXHIBIT 59**
**4:22-cr-612**



**Tommy Cooperman**
hahahaha
07/28/2021 09:10:40 AM

**Pj Matlock**
He's so mad about Nate. Never seen his ego come out really
07/28/2021 09:10:55 AM

**Eddie Constatine**
Almost every post of his makes me cringe
07/28/2021 09:11:12 AM

**Tommy Cooperman**
that's facts
07/28/2021 09:11:22 AM

**Pj Matlock**
I have him muted unless I'm in a play with him lol
07/28/2021 09:11:33 AM