# Exhibit 10

# Text Direct Messages:
## Gary Deel and Tom Cooperman
## March 22, 2022



DOJ-DEEL-0000000001

**GOVERNMENT EXHIBIT**
**68**
4:22-cr-612