# Exhibit 11

# Discord Direct Messages:
## Edward Constantinescu (Zack Morris#0001) and Perry "PJ" Matlock (PJ Matlock#0001)

| Timestamp | Username | Message |
| --- | --- | --- |
| 10/20/2020 11:03:45 AM | Zack Morris#0001 | let ultra post the trash shit |
| 10/20/2020 11:03:52 AM | Zack Morris#0001 | u just post quality stuff |
| 10/20/2020 11:04:06 AM | Zack Morris#0001 | you know charts and you know how to trade |
| 10/20/2020 11:08:34 AM | Zack Morris#0001 | yea youll get it |
| 10/20/2020 11:08:51 AM | Zack Morris#0001 | ur good man |
| 10/20/2020 11:09:05 AM | Zack Morris#0001 | i just dont want the inflated thin plays making you look bad |
| 10/20/2020 11:09:32 AM | Zack Morris#0001 | i can understand when they talk shit on ultra but you are an actual trader |
| 10/20/2020 11:11:53 AM | Zack Morris#0001 | ur getting better |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT
EXHIBIT
**82**
4:22-cr-612