# Exhibit 12

# Discord Direct Messages:
# Perry "PJ" Matlock (PJ Matlock#0001) and
# Francis Sabo (Ricky Bobby 🏁 🏎 #7407)

| Timestamp | Username | Message |
|---|---|---|
| 02/03/2021 10:16:46 AM | PJ Matlock#0001 | UltraToday at 9:15 AM<br>im prob just gonna get rid of sapphire and watch you guys on Atlas |
| 02/03/2021 10:16:53 AM | Ricky Bobby 🏁🏎#7407 | lmao |
| 02/03/2021 10:17:01 AM | PJ Matlock#0001 | LOL |
| 02/03/2021 10:17:02 AM | Ricky Bobby 🏁🏎#7407 | [LET ME IN meme image] |
| 02/03/2021 10:17:09 AM | PJ Matlock#0001 | BASKLDJHFHAHAHAHAHAA |
| 02/03/2021 10:19:48 AM | Ricky Bobby 🏁🏎#7407 | u know |
| 02/03/2021 10:19:54 AM | Ricky Bobby 🏁🏎#7407 | he has a fucking goldmine in sapphire |
| 02/03/2021 10:19:58 AM | Ricky Bobby 🏁🏎#7407 | but just like with atlas in the beg |
| 02/03/2021 10:19:59 AM | Ricky Bobby 🏁🏎#7407 | and now |
| 02/03/2021 10:20:03 AM | Ricky Bobby 🏁🏎#7407 | he doesnt wanna put in any work |

DOJ-DISCORD-0000000001_replacement



GOVERNMENT
EXHIBIT
**106**
4:22-cr-612

| Timestamp | User | Message |
|---|---|---|
| 02/03/2021 10:20:06 AM | PJ Matlock#0001 | ya |
| 02/03/2021 10:20:08 AM | Ricky Bobby 🏴💨#7407 | same fucking way |
| 02/03/2021 10:20:10 AM | Ricky Bobby 🏴💨#7407 | he gets his plays |
| 02/03/2021 10:20:13 AM | Ricky Bobby 🏴💨#7407 | he doesnt put in work |
| 02/03/2021 10:20:16 AM | Ricky Bobby 🏴💨#7407 | people spoonfeed him |
| 02/03/2021 10:20:19 AM | PJ Matlock#0001 | yea |
| 02/03/2021 10:20:21 AM | PJ Matlock#0001 | all the time |
| 02/03/2021 10:20:23 AM | Ricky Bobby 🏴💨#7407 | so hes used to it |
| 02/03/2021 10:20:30 AM | Ricky Bobby 🏴💨#7407 | he doesnt know how to work hard |
| 02/03/2021 10:37:52 AM | PJ Matlock#0001 | VERY VERY SMART |
| 02/03/2021 10:37:54 AM | PJ Matlock#0001 | we are so smart |
| 02/03/2021 10:37:56 AM | PJ Matlock#0001 | the smartest |
| 02/03/2021 10:38:01 AM | Ricky Bobby 🏴💨#7407 | hes the worst trader in the room |
| 02/03/2021 10:38:18 AM | PJ Matlock#0001 | yeah lol |
| 02/03/2021 10:38:26 AM | Ricky Bobby 🏴💨#7407 | ive taken zero of his ideas lol |
| 02/03/2021 10:38:31 AM | PJ Matlock#0001 | same |
| 02/03/2021 10:38:32 AM | Ricky Bobby 🏴💨#7407 | and he can only trade his alerts |

| | | |
|---|---|---|
| 02/03/2021 10:38:35 AM | PJ Matlock#0001 | he's like SA to me |
| 02/03/2021 10:38:43 AM | Ricky Bobby 🏴🩴#7407 | they all are |
| 02/03/2021 10:38:50 AM | Ricky Bobby 🏴🩴#7407 | i swear to god i only take Ultra BSS u and eddie |
| 02/03/2021 10:38:56 AM | Ricky Bobby 🏴🩴#7407 | i ignore the rest |
| 02/03/2021 10:39:01 AM | PJ Matlock#0001 | same |
| 02/03/2021 10:39:16 AM | PJ Matlock#0001 | every blue moon reformed has a good idea |
| 02/03/2021 10:39:19 AM | PJ Matlock#0001 | very rare but it happens |
| 02/03/2021 10:43:12 AM | Ricky Bobby 🏴🩴#7407 | watch how i expose this clown lmao |
| 02/03/2021 10:43:35 AM | PJ Matlock#0001 | hahaha |
| 02/03/2021 10:43:40 AM | PJ Matlock#0001 | now it's a joke |
| 02/03/2021 10:43:46 AM | Ricky Bobby 🏴🩴#7407 | hes full of shit |
| 02/03/2021 10:43:48 AM | PJ Matlock#0001 | [image: boy with glasses meme captioned "I WAS JUST KIDDING"] |
| 02/03/2021 10:43:53 AM | Ricky Bobby 🏴🩴#7407 | didnt make any money until this room |
| 02/03/2021 10:43:54 AM | Ricky Bobby 🏴🩴#7407 | like all of us |
| 02/03/2021 10:44:05 AM | Ricky Bobby 🏴🩴#7407 | but ya pretend to be super smart guy |