# Exhibit 13

# Discord Direct Messages:
## Perry "PJ" Matlock (PJ Matlock#0001) and Francis Sabo (Ricky Bobby 🏁 🏎#7407)

| Timestamp | Username | Message |
|---|---|---|
| 05/10/2021 12:53:46 PM | Ricky Bobby 🏁🏎#7407 | i have a genuine question to ask you and dont take it the wrong way. I think its been so long since we've been on "that side" but try to remember before things got good for us.<br><br>how would you have felt if Cam back in the day called out PTIX, hyped it up when it got to the 4 level, to the point that he said he was loading up the pullback dip, then after it rejected went fucking silent about the failed follow through only to then mention another stock right after? |
| 05/10/2021 12:54:23 PM | Ricky Bobby 🏁🏎#7407 | What would you say about Cam 2 years ago if that happened? |
| 05/10/2021 12:58:08 PM | Ricky Bobby 🏁🏎#7407 | I'm asking this obviously for a reason because the reputation that gets built off of doing that is what we are slowly working our way towards with the "goblin gang" trades.<br><br>Calling out volume plays and talking them through the entire move is fine. Even calling the adds on the pullback is fine. The issue is going radio silent on it failing.<br><br>The other issue, imo, is when you have one room being the source of multiple people saying the same stock it looks way too coordinated and pumpy. Hence why the REAL reason we are getting short attacked by so many people. No different why we didnt want Mitch/Ultra in atlas, no point in all of saying same shit in same spot.<br><br>Just some food for though bro, always think big picture in this game. |

DOJ-DISCORD-0000000001_replacement



GOVERNMENT EXHIBIT
111
4:22-cr-612

| | | |
|---|---|---|
| 05/10/2021 03:13:20 PM | PJ Matlock#0001 | yeah true man |
| 05/10/2021 03:14:25 PM | PJ Matlock#0001 | gotta be better |
| 05/10/2021 03:17:27 PM | Ricky Bobby 🏴‍☠️#7407 | im just saying bro |
| 05/10/2021 03:17:36 PM | Ricky Bobby 🏴‍☠️#7407 | we're gtting a reputation and its becoming super obvious |
| 05/10/2021 03:17:42 PM | Ricky Bobby 🏴‍☠️#7407 | to the point that i dont blame people shorting us |
| 05/10/2021 03:20:33 PM | Ricky Bobby 🏴‍☠️#7407 | its the main reason i started posting more, to drowned out there obvious pump and dump plays |
| 05/10/2021 03:21:36 PM | PJ Matlock#0001 | yeah |