# Exhibit 15

# Discord Direct Messages:
## Perry "PJ" Matlock (PJ Matlock#0001) and
## Francis Sabo (Ricky Bobby 🏁 🏎 #7407)

| Timestamp | Username | Message |
|---|---|---|
| 07/30/2021 01:07:22 PM | Ricky Bobby 🏁🏎#7407 | told eddie i want to add more twitter followers, honestly its getting TOO obvious in atlas with the coordination so just in case things go sour especially in this potential slow ass month need a backup |
| 07/30/2021 01:07:37 PM | PJ Matlock#0001 | Yeah for sure |
| 07/30/2021 01:07:44 PM | Ricky Bobby 🏁🏎#7407 | like legit we have 6 diff mask/delivery plays being called |
| 07/30/2021 01:07:48 PM | Ricky Bobby 🏁🏎#7407 | imagine if everyone just hit IFMK |
| 07/30/2021 01:08:41 PM | Ricky Bobby 🏁🏎#7407 | plus goons room is useless, has just become me entertaining myself laughing at them and chasing w/e ultra decides to share. no one else in that room brings me any |
| 07/30/2021 01:08:48 PM | Ricky Bobby 🏁🏎#7407 | their alerts bring farts for vol |
| 07/30/2021 01:09:57 PM | PJ Matlock#0001 | Yeah they all fuck up plays too. Why I rarely share anything in there |
| 07/30/2021 01:10:17 PM | PJ Matlock#0001 | Go too heavy, sell on the alert, bitch and complain the whole time until the alert is called |
| 07/30/2021 01:10:48 PM | Ricky Bobby 🏁🏎#7407 | im legit in there just to get ultras plays bc he has the flow right now and if i had to rely on him dming me it wouldnt be until the very end |
| 07/30/2021 01:11:04 PM | Ricky Bobby 🏁🏎#7407 | im sure if i told rip or gary to tell me w/e he hits them with they would |
| 07/30/2021 01:11:05 PM | PJ Matlock#0001 | Yeah he doesn't even respond to me lol |
| 07/30/2021 01:11:19 PM | Ricky Bobby 🏁🏎#7407 | but im not playing that game |
| 07/30/2021 01:11:29 PM | PJ Matlock#0001 | Yeah fuck that I'm not chasing his ass |
| 07/30/2021 01:11:49 PM | PJ Matlock#0001 | Fads |
| 07/30/2021 01:25:53 PM | PJ Matlock#0001 | So did ultra say he was loading IFBD to just get out or you think he's in it? |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT
EXHIBIT
118
4:22-cr-612

| 07/30/2021 01:26:09 PM | Ricky Bobby #7407 | he told us a few days ago at 3.30 |
|---|---|---|
| 07/30/2021 01:26:15 PM | Ricky Bobby #7407 | it went no where |
| 07/30/2021 01:26:23 PM | Ricky Bobby #7407 | im 99% sure he scaled |
| 07/30/2021 01:26:26 PM | Ricky Bobby #7407 | and is now reloading |
| 07/30/2021 01:26:31 PM | PJ Matlock#0001 | Has he called it |
| 07/30/2021 01:26:37 PM | Ricky Bobby #7407 | i think he did last week |
| 07/30/2021 01:26:40 PM | Ricky Bobby #7407 | it was a him and rip play |
| 07/30/2021 01:26:46 PM | Ricky Bobby #7407 | i mean early this week |
| 07/30/2021 01:26:48 PM | PJ Matlock#0001 | Ah yea |
| 07/30/2021 01:27:11 PM | PJ Matlock#0001 | I tried to do some reverse psychology on him because if I say I'm in something he usually won't call it he waits for me |
| 07/30/2021 01:27:11 PM | Ricky Bobby #7407 | likei bet we get an ENSC post from rip |
| 07/30/2021 01:27:13 PM | Ricky Bobby #7407 | right now |
| 07/30/2021 01:27:40 PM | Ricky Bobby #7407 | lolll |
| 07/30/2021 01:27:50 PM | Ricky Bobby #7407 | whats weird is he wants to lead the way with everyone else |
| 07/30/2021 01:28:11 PM | Ricky Bobby #7407 | like yest he tells us PRFX goblins so im thinking one of them call it and it fades |
| 07/30/2021 01:28:14 PM | PJ Matlock#0001 | Yeah lol. He loves to leave me hanging |
| 07/30/2021 01:28:16 PM | Ricky Bobby #7407 | then he decides to post it first |
| 07/30/2021 01:28:32 PM | PJ Matlock#0001 | Classic ultra |
| 07/30/2021 01:28:42 PM | Ricky Bobby #7407 | i swear he was being so much cooler |
| 07/30/2021 01:28:47 PM | Ricky Bobby #7407 | until nate got in his head |
| 07/30/2021 01:28:49 PM | Ricky Bobby #7407 | then he got shook lol |
| 07/30/2021 01:28:52 PM | PJ Matlock#0001 | Yeah |
| 07/30/2021 01:29:02 PM | PJ Matlock#0001 | Nate laughs and laughs |
| 07/30/2021 01:29:37 PM | Ricky Bobby #7407 | nate wasnt a bitch |
| 07/30/2021 01:29:40 PM | Ricky Bobby #7407 | until AMP started |

| | | |
|---|---|---|
| 07/30/2021 01:29:44 PM | PJ Matlock#0001 | Yep |
| 07/30/2021 01:30:01 PM | PJ Matlock#0001 | He's been sending me shit lately but just because he wants me to post |
| 07/30/2021 01:31:00 PM | Ricky Bobby ▧☖#7407 | https://discord.com/channels/428232997737594901/45801 3311846449152/870719938137063435 ripster#2434: ENSC #onwatch , watch for para move in PH with  risk at lows @613725161593503744 |
| 07/30/2021 01:31:04 PM | Ricky Bobby ▧☖#7407 | like i said |
| 07/30/2021 01:31:09 PM | Ricky Bobby ▧☖#7407 | the coordination is gonna kill our flow |
| 07/30/2021 01:31:35 PM | Ricky Bobby ▧☖#7407 | i know the plays are working |
| 07/30/2021 01:31:39 PM | Ricky Bobby ▧☖#7407 | but we look so fucking shady now |
| 07/30/2021 01:34:58 PM | Ricky Bobby ▧☖#7407 | lmao |
| 07/30/2021 01:35:01 PM | Ricky Bobby ▧☖#7407 | they got rockedd |
| 07/30/2021 01:35:05 PM | Ricky Bobby ▧☖#7407 | u not in right |
| 07/30/2021 01:35:14 PM | PJ Matlock#0001 | Well that just wiped my gains for the day lol |
| 07/30/2021 01:35:17 PM | Ricky Bobby ▧☖#7407 | nooo |
| 07/30/2021 01:35:36 PM | Ricky Bobby ▧☖#7407 | i took it early on the first pop when his slick ass did a bot check |
| 07/30/2021 01:35:41 PM | Ricky Bobby ▧☖#7407 | but that was it |
| 07/30/2021 01:35:48 PM | PJ Matlock#0001 | ENSC   5.08   -12,789.61<br>16643   5.85   -12,789.61 |
| 07/30/2021 01:37:38 PM | Ricky Bobby ▧☖#7407 | itll bounce |
| 07/30/2021 01:37:43 PM | Ricky Bobby ▧☖#7407 | they are gonna post non stop to get even |

DOJ-DISCORD-0000000001_replacement