# Exhibit 16

# Discord Direct Messages:
## Perry "PJ" Matlock (PJ Matlock#0001) and Francis Sabo (Ricky Bobby 🏁🏎#7407)

| Timestamp | Username | Message |
|---|---|---|
| 08/03/2021 11:59:57 AM | PJ Matlock#0001 | bro i had to finally talk to tommy about this fucking ultra connection we got going on |
| 08/03/2021 12:02:44 PM | Ricky Bobby 🏁🏎#7407 | So sick of ultras shit lol |
| 08/03/2021 12:03:43 PM | PJ Matlock#0001 | real talk |
| 08/03/2021 12:03:59 PM | PJ Matlock#0001 | this was my number one issue with goblin gang on the floor |
| 08/03/2021 12:04:07 PM | PJ Matlock#0001 | remember when we didnt want mitch/bt on trading floor |
| 08/03/2021 12:04:14 PM | PJ Matlock#0001 | bc then it just becomes ultras mouth piece |
| 08/03/2021 12:04:26 PM | PJ Matlock#0001 | thats what it low key has turned in to with goblin and rip |
| 08/03/2021 12:04:45 PM | PJ Matlock#0001 | the coordination is just so obvious and shady, honestly not a fan at all of it |
| 08/03/2021 12:04:50 PM | Ricky Bobby 🏁🏎#7407 | Yeah sick of rips shit too |
| 08/03/2021 12:05:00 PM | Ricky Bobby 🏁🏎#7407 | What's been happening they've noticed is |
| 08/03/2021 12:05:05 PM | Ricky Bobby 🏁🏎#7407 | Ultra will send Ripster a play |
| 08/03/2021 12:05:42 PM | Ricky Bobby 🏁🏎#7407 | Ripster gets ghosted by ultra and the play starts ripping. Ripster gets scared and sends the play to al of us. Then he posts it and immediately market sells |

GOVERNMENT EXHIBIT 119 4:22-cr-612

| Timestamp | User | Message |
|---|---|---|
| 08/03/2021 12:06:02 PM | PJ Matlock#0001 | without fail |
| 08/03/2021 12:06:04 PM | PJ Matlock#0001 | on his posts |
| 08/03/2021 12:06:05 PM | Ricky Bobby 🏴‍☠️#7407 | We're not playing that shut anymore. Talked to Gary about it yesterday |
| 08/03/2021 12:06:07 PM | PJ Matlock#0001 | huge knifes |
| 08/03/2021 12:06:12 PM | Ricky Bobby 🏴‍☠️#7407 | Every time man |
| 08/03/2021 12:06:15 PM | PJ Matlock#0001 | this morning on HJLI |
| 08/03/2021 12:06:25 PM | PJ Matlock#0001 | go look at when he said 8 is holding |
| 08/03/2021 12:06:28 PM | PJ Matlock#0001 | then what happened aftewr |
| 08/03/2021 12:06:33 PM | Ricky Bobby 🏴‍☠️#7407 | Yeah I saw |
| 08/03/2021 12:06:38 PM | Ricky Bobby 🏴‍☠️#7407 | Pissed me off |
| 08/03/2021 12:06:40 PM | PJ Matlock#0001 | SIMULATAIONSLY knifed |
| 08/03/2021 12:07:01 PM | Ricky Bobby 🏴‍☠️#7407 | Notice I don't really pump shit anymore I try to post once or twice and leave it |
| 08/03/2021 12:07:22 PM | PJ Matlock#0001 | thats what i was trying to tell tommy |
| 08/03/2021 12:07:24 PM | Ricky Bobby 🏴‍☠️#7407 | It shit isn't working I just cut it |
| 08/03/2021 12:07:25 PM | PJ Matlock#0001 | stop being a fucking parrot |
| 08/03/2021 12:07:34 PM | Ricky Bobby 🏴‍☠️#7407 | Yeah he's learning |
| 08/03/2021 12:07:42 PM | PJ Matlock#0001 | then when it fails u have to go on defense talking about the good plays |
| 08/03/2021 12:07:56 PM | PJ Matlock#0001 | but regardless of our good plays, one shady one can break someones account |
| 08/03/2021 12:07:58 PM | PJ Matlock#0001 | and thats wrong |
| 08/03/2021 12:08:04 PM | PJ Matlock#0001 | are room never been about that |
| 08/03/2021 12:08:04 PM | Ricky Bobby 🏴‍☠️#7407 | Yeah |
| 08/03/2021 12:08:07 PM | Ricky Bobby 🏴‍☠️#7407 | 100% |