# Exhibit 17

# Discord Direct Messages:
# Perry "PJ" Matlock (PJ Matlock#0001) and
# Francis Sabo (Ricky Bobby 🏁🏎#7407)

| Timestamp | Username | Message |
|---|---|---|
| 10/12/2021 08:40:38 AM | PJ Matlock#0001 | Yeah why burn the bridges. Yeah ultra sucks but who cares. When he's hot, take the money. |
| 10/12/2021 08:40:46 AM | Ricky Bobby 🏁🏎#7407 | Exactly |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT EXHIBIT
**127**
4:22-cr-612