# Exhibit 2

# Discord Direct Messages:
# Edward Constantinescu (Zack Morris#0001) and
# Perry "PJ" Matlock (PJ Matlock#0001)

| Timestamp | Username | Message |
| --- | --- | --- |
| 03/16/2021 10:48:59 AM | Zack Morris#0001 | just wait for that really nice dip on the volume plays |
| 03/16/2021 10:49:04 AM | Zack Morris#0001 | because others will pump it |
| 03/16/2021 10:51:06 AM | Zack Morris#0001 | Yep |
| 03/16/2021 10:51:09 AM | Zack Morris#0001 | Let others lol |
| 03/16/2021 10:52:13 AM | Zack Morris#0001 | I'll let you know what I'm secret swinging too |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT
EXHIBIT
86
4:22-cr-612