# Exhibit 3

# Edward Constantinescu: Tweet
## July 2, 2020

## @MrZackMorris



DOJ-TWITTER-0000000001_Reprocessed

**GOVERNMENT EXHIBIT**
**151**
4:22-cr-612