# Exhibit 4

# Edward Constantinescu:
# Indictment Tweet
## February 15, 2022

## @MrZackMorris



DOJ-TWITTER-0000000001_Reprocessed

GOVERNMENT
EXHIBIT
**174**
4:22-cr-612