# Exhibit 5

# Discord Group Messages:
## Gary Deel (Gary (Mystic Mac) 🍀#7345), Tom Cooperman (TOMMY COOPS #5323), and other individual

| Timestamp | Username | Message |
|---|---|---|
| 09/15/2021 10:17:31 AM | TOMMY COOPS #5323 | morning yallll |
| 09/15/2021 10:18:30 AM | ripster#2434 | GM boys |
| 09/15/2021 11:43:28 AM | TOMMY COOPS #5323 | I loves EZFL |
| 09/15/2021 11:43:33 AM | TOMMY COOPS #5323 | but now being pumped to hard |
| 09/15/2021 11:43:40 AM | TOMMY COOPS #5323 | Wanted to get it quietly |
| 09/15/2021 11:43:43 AM | TOMMY COOPS #5323 | 🤦🤦🤦🤦 |
| 09/15/2021 11:45:17 AM | ripster#2434 | EZFL ultra messed it up, not touching it for now |
| 09/15/2021 11:54:58 AM | TOMMY COOPS #5323 | exactly |
| 09/15/2021 11:55:00 AM | TOMMY COOPS #5323 | so anoyying |

DOJ-DISCORD-0000000001_replacement

**GOVERNMENT EXHIBIT**
**17D**
4:22-cr-612