# Exhibit 6

# Tom Cooperman: Indictment Tweet

## June 11, 2021

## @ohheytommy

I just wanna make it clear cause I have no reason to hide it... I BUY A STOCK .. then I LET YALL KNOW what I bought. That doesn't mean I'm dumping shares or contracts on ANYONE. I'm not here to scalp 2cents on people . I want us all to win together! LETS FUCKING KILL IT.

DOJ-TWITTER-0000000001_Reprocessed

**GOVERNMENT EXHIBIT**
**239**
4:22-cr-612