# Exhibit 9

**File:  GX 278.D**

| Speaker/Character Name: |
|---|
| S1:  Speaker One (Stefan Hrvatin) |
| S2:  Speaker Two (Unidentified) |
|  |
|  |
|  |
|  |

[00:00:00] S1:   Babe, did you know?

[00:00:01] S2:   Hello, hello.

[00:00:02] S1:   Hello, how are you?

[00:00:04] S2:   Good, how are you guys?

[00:00:05] S1:   I'm good.

[00:00:07] S1:   Do you trade stocks?

[00:00:09] S2:   Hm?

[00:00:09] S1:   Do you trade stocks at all?

[00:00:10] S2:   I don't, do you?

[00:00:11] S1:   Oh, yeah, pumping is back.

[00:00:13] S2:   Oh, really?

[00:00:14] S1:   Yeah.

[00:00:15] S2:   What, what exactly does that mean?

[00:00:17] S1:   I pump stocks for a living.

[00:00:20] S1:   [laughs]

[00:00:21] S2:   Is it worth it?

[00:00:23] S1:   I think it's worth it, but it's dangerous. You could lose all your money, too, so.

[00:00:28] S2:   That's the scary part. It's like, are you worth taking the risk.

[00:00:32] S1:   It's worth it, who cares. You could always make more money, right?

[00:00:36] S1:   [laughs]

Recording ends