# Exhibit 11

# Atlas Trading Discord Posts:
## Perry "PJ" Matlock (PJ Matlock#0001)

| Timestamp | Username | Message |
|---|---|---|
| 10/21/2021 04:44:40 PM | PJ Matlock#0001 | If you talk about a ticker, it's a pump. You want it to go your way. Why wouldn't you, you bought it for a reason. You think hedge funds putting out PT's and short reports, aren't loaded? Lol. Same shit different scales. The whole market is one big pump. All of it. CNN CNBC, Twitter, upgrades/downgrades. No one really cares about the companies they're trading. Just don't be a hypocrite is all. It's mostly envy from people without the following but everyone does the exact same shit. |
| 10/21/2021 04:45:34 PM | PJ Matlock#0001 | At the end of the day just try to be on the right side of the trade, don't be left holding the bag, and take your money. |
| 10/21/2021 04:46:18 PM | PJ Matlock#0001 | One other thing. Where do you think the money you make trading comes from? It doesn't just come from no where. Doesn't matter if you're trading TSLA or CEI… if you've made a single dollar, it came from someone else's trading account. |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT
EXHIBIT
146
4:22-cr-612