# Exhibit 13

# John Rybarczyk: Tweet
## April 29, 2021

## @Ultra_Calls

> They say pUmP ANd DUmP
>
> The ones saying this are insecure and.... a

DOJ-TWITTER-0000000001_Reprocessed

**GOVERNMENT EXHIBIT**
**188**
4:22-cr-612