# Exhibit 1

# Defendants

| Defendant | Twitter Name | Discord Name |
|---|---|---|
| Edward Constantinescu | @MrZackMorris | Zack Morris#0001 |
| Perry "PJ" Matlock | @PJ_Matlock | PJ Matlock#0001 |
| John Rybarczyk | @Ultra_Calls | Ultra#0374 |
| Gary Deel | @notoriousalerts | Mystic Mac ✿#7345 |
| Tom Cooperman | @ohheytommy | TOMMY COOPS #5323 |
| Stefan Hrvatin | @LadeBackk | Lade Backk#6083 |
| Mitchell Hennessey | @Hugh_Henne | HOODHUGHBEAR🐎#4034 |
| Daniel Knight | @DipDeity | Dan, Deity of Dips#8114 |
| Francis Sabo | @RickyBobby | Ricky Bobby 🏁#7407 |

1

GOVERNMENT
EXHIBIT
**1**
4:22-cr-612

# Edward Constantinescu a/k/a Constantin
# @MrZackMorris, ZackMorris#0001







2

# Perry "PJ" Matlock
# @PJ_Matlock, PJMatlock#0001





# John Rybarczyk
# @Ultra_Calls, Ultra#0374

  

4

# Gary Deel
# @notoriousalerts, Mystic Mac ✿#7345





# Tom Cooperman
# @ohheytommy, TOMMY COOPS #5323

  

# Stefan Hrvatin
# @LadeBackk, LadeBackk6083







7

# Mitchell Hennessey
# @Hugh_Henne, HOODHUGHBEAR 🐘 #4034







8

# Daniel Knight
# @DipDeity, Dan, Deity of Dips#8114





# Atlas Trading



November 7, 2021
@Hugh_Henne

August 22, 2021
@Hugh_Henne

All play , no work

@MrZackMorris @notoriousalerts
@lisanti @ohheytommy @davidlovesit @DipDeity
@PJ_Matlock



August 6, 2021
@notoriousalerts

These are my bros and I'm truly happy to see all of them having so much success. If your team don't clap for you then you need a new team. Best guys to have in your circle. Left 2 right @Hugh_Henne @davidlovesit @ohheytommy @DipDeity @MrZackMorris @PJ_Matlock 💚🔥

# Atlas Trading







# Atlas Trading





June 27, 2022

@notoriousalerts

When the SEC finally arrests this MF
@ohheytommy

# Atlas Trading





# Pennies: Going in Raw



# Pennies: Going in Raw



# Pennies: Going in Raw



## Dan Knight

Dan Knight is the Deity of Dips – globally known as one of the funniest voices of FinTwit and as co-host of the world's #1 stock market podcast, P:GIR. In his early 20's, Dan realized that the retail stock trading community lacked humor and he immediately began creating funny videos to lighten the mood of the everyday trader.

The viral success of that material led Dan to create Pennies: Going in Raw (P:GIR) with the intent of transforming how people learn about stocks, trading and achieving financial freedom.

**Twitter**

# Pennies: Going in Raw



August 3, 2021

@MrZackMorris

Zack Morris Retweeted
Dan Knight @DipDeity · Aug 3, 2021

TOMORROW ON PGIR





September 9, 2021

@DipDeity

Can't thank everyone enough for showing up to the middle of no where, Reno, Nevada for the first live fintwit event

I always hoped we could make something like this happen & I couldn't have asked for a better turnout!

Literally the best niche Internet community ever

17

# Pennies: Going in Raw





September 8, 2021

@DipDeity

Dan Knight Retweeted
**Pennies: Going In Raw** @PGIRPod · Sep 8, 2021
Day 1 ✓

#PGIReno



# Pennies: Going in Raw

