# Exhibit 3

# Twitter Group Messages:
**Edward Constantinescu** (@MrZackMorris),
**Perry "PJ" Matlock** (@PJ_Matlock),
**Stefan Hrvatin** (@LadeBackk),
**Tom Cooperman** (@ohheytommy),
**Daniel Knight** (@DipDeity), and
other individuals

| Timestamp | Username | Message |
|---|---|---|
| 01/25/2021 04:28:47 PM | @MrZackMorris | I sold expr around 4 but I regret it |
| 01/25/2021 04:28:58 PM | @MrZackMorris | It has more juice |
| 01/25/2021 04:29:08 PM | @MrZackMorris | But I don't buy back |
| 01/25/2021 04:29:27 PM | 1243184378219573249 | I rarely ever buy back. |
| 01/25/2021 04:29:41 PM | @LadeBackk | Samesies |
| 01/25/2021 04:29:46 PM | @LadeBackk | Good shit dude |
| 01/25/2021 04:29:47 PM | @MrZackMorris | Why risk it |
| 01/25/2021 04:29:49 PM | @LadeBackk | Congrats zack |
| 01/25/2021 04:30:01 PM | @LadeBackk | Not worth it |
| 01/25/2021 04:30:09 PM | @MrZackMorris | Thanks man |
| 01/25/2021 04:30:10 PM | @LadeBackk | Why rob the same bank twice |
| 01/25/2021 04:30:15 PM | @LadeBackk | 😂 |