# Exhibit 4

# Discord Direct Messages:
# Edward Constantinescu (Zack Morris#0001) and
# John Rybarczyk (Ultra#0374)

| Timestamp | Username | Message |
| --- | --- | --- |
| 02/06/2020 10:19:23 AM | Zack Morris#0001 | dont over pump sgbx |
| 02/06/2020 10:20:11 AM | Zack Morris#0001 | i feel like they are gonnna drop news quick |
| 02/06/2020 10:20:18 AM | Zack Morris#0001 | i wanna load under 3 |
| 02/06/2020 10:20:19 AM | Ultra#0374 | Ok |

DOJ-DISCORD-0000000001_replacement

**GOVERNMENT EXHIBIT**
**89**
4:22-cr-612