Exhibit 5

# Discord Direct Messages:
## Edward Constantinescu (Zack Morris#0001) and
## John Rybarczyk (Ultra#0374)

| Timestamp | Username | Message |
|---|---|---|
| 01/12/2021 12:23:54 PM | Zack Morris#0001 | stop posting on acam |
| 01/12/2021 12:24:06 PM | Zack Morris#0001 | you guys hatye money |
| 01/12/2021 12:24:06 PM | Ultra#0374 | sorry i aw pj go out my bad man |
| 01/12/2021 12:24:13 PM | Zack Morris#0001 | i swear |
| 01/12/2021 12:24:21 PM | Zack Morris#0001 | im just gonna keep shit to myself |
| 01/12/2021 12:24:24 PM | Ultra#0374 | i really didnt know man |
| 01/12/2021 12:24:28 PM | Ultra#0374 | I saw PJ post it |
| 01/12/2021 12:25:15 PM | Ultra#0374 | was nobody supposed to go out ? |
| 01/12/2021 12:25:20 PM | Ultra#0374 | I retweeted him |
| 01/12/2021 12:25:20 PM | Zack Morris#0001 | no man |
| 01/12/2021 12:25:25 PM | Zack Morris#0001 | no one should be fducking posting |
| 01/12/2021 12:25:38 PM | Ultra#0374 | im sorry . i wont post anmore |
| 01/12/2021 12:25:51 PM | Zack Morris#0001 | ok cool thanks |
| 01/12/2021 12:34:22 PM | Ultra#0374 | i really didnt know man. i understand if you don't want to share anything anymore. sorry dude.. |
| 01/26/2021 10:38:12 AM | Ultra#0374 | Let me know if you see anything good brother |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT EXHIBIT
91
4:22-cr-612