# Exhibit 6

# Discord Direct Messages:
# Edward Constantinescu (Zack Morris#0001) and
# John Rybarczyk (Ultra#0374)

| Timestamp | Username | Message |
|---|---|---|
| 10/12/2020 03:47:37 PM | Zack Morris#0001 | leaving me out??? |
| 10/12/2020 03:47:39 PM | Zack Morris#0001 | okj dude |
| 10/12/2020 03:47:46 PM | Ultra#0374 | No bro |
| 10/12/2020 03:48:02 PM | Ultra#0374 | RT sent me CTIB |
| 10/12/2020 03:48:30 PM | Ultra#0374 | I bought at 2 |
| 10/12/2020 03:48:36 PM | Ultra#0374 | And alpha started posting |
| 10/12/2020 03:49:01 PM | Ultra#0374 | I think reformed is sending it around |
| 10/12/2020 03:49:54 PM | Zack Morris#0001 | i know i heard when u bought the scanner |
| 10/12/2020 03:50:43 PM | Zack Morris#0001 | ok cool |
| 10/12/2020 03:50:45 PM | Zack Morris#0001 | its cool |
| 10/12/2020 03:51:00 PM | Ultra#0374 | I'm sorry bro |
| 10/12/2020 03:51:01 PM | Zack Morris#0001 | i thought it was the red play |
| 10/12/2020 03:51:04 PM | Zack Morris#0001 | reg |
| 10/12/2020 03:51:06 PM | Zack Morris#0001 | nah its ok |
| 10/12/2020 03:51:08 PM | Ultra#0374 | I've been out all day |
| 10/12/2020 03:51:17 PM | Ultra#0374 | Shopping with my wife |
| 10/12/2020 03:51:17 PM | Zack Morris#0001 | no its fine dont worry |
| 10/12/2020 03:51:29 PM | Ultra#0374 | I just don't want to upset anyone man |
| 10/12/2020 03:51:31 PM | Zack Morris#0001 | we need heavier plays than this anyway |
| 10/12/2020 03:51:39 PM | Ultra#0374 | I won't be posting it |

DOJ-DISCORD-0000000001_replacement

GOVERNMENT
EXHIBIT
90
4:22-cr-612

| Timestamp | User | Message |
|---|---|---|
| 10/12/2020 03:51:42 PM | Zack Morris#0001 | dont worry ill never really be upset with u |
| 10/12/2020 03:51:50 PM | Zack Morris#0001 | your my boy |
| 10/12/2020 03:51:54 PM | Zack Morris#0001 | you're |
| 10/12/2020 03:52:03 PM | Ultra#0374 | I hope so man |
| 10/12/2020 03:52:07 PM | Ultra#0374 | The feeling is mutual |
| 10/12/2020 03:52:22 PM | Ultra#0374 | I don't wanna hurt anyone's feelings on purpose man |
| 10/12/2020 03:52:40 PM | Zack Morris#0001 | who cares about feelings we are about banking |
| 10/12/2020 03:52:50 PM | Ultra#0374 | I didn't know. I was just buying 1500 at a time and then all the sudden alpha starts posting it |
| 10/12/2020 03:52:57 PM | Ultra#0374 | So I guess rt been sharing it around |
| 10/12/2020 03:53:52 PM | Zack Morris#0001 | we'll find a good one tomrrow |
| 10/12/2020 03:54:52 PM | Ultra#0374 | Okay brother. I'll start messaging you personally . I had figured he sent to you as well. My fault bro. |
| 10/12/2020 03:55:12 PM | Zack Morris#0001 | thanks man and ill make sure to do the samed |
| 10/12/2020 03:55:26 PM | Ultra#0374 | Thanks dude ☐ |