### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU,** *et al.* | § | |
| | § | |
| **Defendants.** | § | |

## **[Proposed] ORDER**

Upon consideration of the Defendants' Motion *in Limine* ECF No. 542, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE