# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § § | | |
| v. § § | Case No. 4:22-cr-612 | |
| CONSTANTINESCU, *et al.* § § | The Honorable Andrew S. Hanen | |
| Defendants. § | | |

### United States' Response in Opposition to Motion *in Limine* ECF No. 543

The United States, by and through its undersigned counsel, hereby responds to Defendants' Motion *in limine*, ECF No. 543.

The Motion reads like a complex set of interrogatories without any legal support or factual foundation. To the extent such a motion is even proper, the United States will follow the Rules of Evidence and the Court's rulings. The Court should deny the Motion.

Dated: February 27, 2024                    Respectfully submitted,

                                            GLENN S. LEON
                                            Chief, Fraud Section
                                            Criminal Division, Department of Justice

                        By:    /s/ Scott Armstrong
                                            Scott Armstrong, Assistant Chief
                                            John J. Liolos, Trial Attorney
                                            Fraud Section, Criminal Division
                                            United States Department of Justice
                                            1400 New York Ave. NW
                                            Washington, DC 20005
                                            Tel.: (202) 768-2246

                ALAMDAR S. HAMDANI
                United States Attorney
                Southern District of Texas

By:    */s/ Thomas Carter*
        Thomas H. Carter
        Assistant United States Attorney
        State Bar No.: TX24048387
        1000 Louisiana Street, 25th Floor
        Houston, Texas 77002
        Tel.: (713) 567-9470

## Certificate of Service

I hereby certify that on February 27, 2024, I will cause the foregoing motions to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                                        */s/ John J. Liolos*
                                                        John J. Liolos, Trial Attorney
                                                        U.S. Department of Justice
                                                        Criminal Division, Fraud Section