# Exhibit 1

# Text Group Messages:
# Edward Constantinescu, Perry "PJ" Matlock, Gary Deel, Tom Cooperman, and Mitchell Hennessey
## February 2, 2022



**GOVERNMENT EXHIBIT**

**67**

4:22-cr-612



Eddie Constantine

Exactly

02/02/2022 03:54:04 PM

Eddie Constantine

And we don't all have to mention the same play

02/02/2022 03:54:27 PM

Mitch

Ya

02/02/2022 03:54:32 PM

Mitch

That's better

02/02/2022 03:54:35 PM

Mitch

If we don't

02/02/2022 03:54:36 PM

Eddie Constantine

We can just buy dips in the background

02/02/2022 03:54:41 PM

Pj Matlock

100%

02/02/2022 03:57:58 PM

Gary Deel

I'm with it

02/02/2022 04:19:13 PM

DOJ-DEEL-0000000001



DOJ-DEEL-0000000001