# Exhibit 3

# Text Group Messages:
## Edward Constantinescu, Perry "PJ" Matlock, Tom Cooperman, Gary Deel, Mitchell Hennessey, Daniel Knight, and other individual
### November 3, 2021



DOJ-DEEL-0000000001

**GOVERNMENT EXHIBIT 36C**
4:22-cr-612