# Exhibit 4

# Text Group Messages:
## Edward Constantinescu, Perry "PJ" Matlock, Gary Deel, Tom Cooperman, Mitchell Hennessey, Daniel Knight, and Dave BC
## July 28, 2021



DOJ-DEEL-0000000001



GOVERNMENT EXHIBIT 59
4:22-cr-612



DOJ-DEEL-0000000001