# Exhibit 5

# Edward Constantinescu: Tweet
July 2, 2020

## @MrZackMorris



DOJ-TWITTER-0000000001_Reprocessed

GOVERNMENT EXHIBIT
151
4:22-cr-612