# Exhibit 6

# Edward Constantinescu: Indictment Tweet
## February 15, 2022

# @MrZackMorris

