# Exhibit 8

# Tom Cooperman:
# Indictment Tweet
## June 11, 2021

## @ohheytommy

> I just wanna make it clear cause I have no reason to hide it... I BUY A STOCK .. then I LET YALL KNOW what I bought. That doesn't mean I'm dumping shares or contracts on ANYONE. I'm not here to scalp 2cents on people . I want us all to win together! LETS FUCKING KILL IT.

DOJ-TWITTER-0000000001_Reprocessed

GOVERNMENT
EXHIBIT
239
4:22-cr-612