# Exhibit 9

# Gary Deel:
# Tweet
## April 13, 2021

## @notoriousalerts

> Ahhh is that guy accusing me of some stuff again?? Funny how I take a 40k loss if I'm allegedly "dumping on my followers" I must be doing it wrong then. I'll lose money before I screw my followers over. Tell that clown to come at me when he's willing to lose what I lose 🎤
>
> > **Schmidy** @theLEVerageurr · Apr 13, 2021
> > Replying to @notoriousalerts
> > @Guruleaks1 -37k tsla

DOJ-SW-0000000003

GOVERNMENT
EXHIBIT
**204**
4:22-cr-612