# Exhibit 10

# Text Group Messages:
## Edward Constantinescu, Perry "PJ" Matlock, Gary Deel, Tom Cooperman, Mitchell Hennessey, Daniel Knight, and Dave BC
## October 20, 2021



DOJ-DEEL-0000000001

**GOVERNMENT EXHIBIT**
**24E**
4:22-cr-612



DOJ-DEEL-0000000001



DOJ-DEEL-0000000001