# Exhibit 12

# Discord Direct Messages:
## Perry "PJ" Matlock (PJ Matlock#0001) and Francis Sabo (Ricky Bobby 🏁 🏎#7407)

| Timestamp | Username | Message |
|---|---|---|
| 07/30/2021 10:38:53 AM | Ricky Bobby 🏁🏎#7407 | so wheres the new goons/goblins room at |
| 07/30/2021 10:39:29 AM | PJ Matlock#0001 | If there is one, i'm not in it |
| 07/30/2021 10:39:41 AM | Ricky Bobby 🏁🏎#7407 | everybody was in ITP |
| 07/30/2021 10:39:53 AM | PJ Matlock#0001 | Tommydmd me with it |
| 07/30/2021 10:39:57 AM | Ricky Bobby 🏁🏎#7407 | clearly mfers passing shit around |
| 07/30/2021 10:40:00 AM | PJ Matlock#0001 | he said he didn't tell ripster |
| 07/30/2021 10:40:09 AM | PJ Matlock#0001 | idk if he told ultra |
| 07/30/2021 10:40:18 AM | Ricky Bobby 🏁🏎#7407 | gotcha |
| 07/30/2021 10:41:56 AM | PJ Matlock#0001 | PJMatlock— Today at 9:40 AM did ultraknow about itp? TOMMYCOOPS— Today at 9:41 AM kenny powers told me he sent to him |
| 07/30/2021 10:42:25 AM | Ricky Bobby 🏁🏎#7407 | theres clearly some circle going around and im wasting my time with these clowns in this room |
| 07/30/2021 10:42:30 AM | Ricky Bobby 🏁🏎#7407 | bc only person in on it is ulta |
| 07/30/2021 10:42:34 AM | Ricky Bobby 🏁🏎#7407 | and he is worst sourcel mao |
| 07/30/2021 10:42:42 AM | PJ Matlock#0001 | ultra pisses me the f off |
| 07/30/2021 10:43:06 AM | Ricky Bobby 🏁🏎#7407 | bro im about to start my day down 10k bc of how this bitch posted DBGI |

DOJ-DISCORD-0000000001_replacement

**GOVERNMENT EXHIBIT**
**117**
4:22-cr-612

| Timestamp | User | Message |
|---|---|---|
| 07/30/2021 10:43:12 AM | Ricky Bobby 🏳️‍🌈#7407 | who the fuck posts dd at 11 pm? |
| 07/30/2021 10:43:39 AM | PJ Matlock#0001 | he's so fuckin shady man |
| 07/30/2021 10:44:15 AM | PJ Matlock#0001 | if he didn't have pumps I don't think he'd make it |
| 07/30/2021 10:45:34 AM | Ricky Bobby 🏳️‍🌈#7407 | hes just so dirty |
| 07/30/2021 12:07:38 PM | Ricky Bobby 🏳️‍🌈#7407 | aint nothing like spending ur whole day getting even on someones shit alert |
| 07/30/2021 12:07:41 PM | Ricky Bobby 🏳️‍🌈#7407 | shit makes me rage |
| 07/30/2021 12:07:57 PM | Ricky Bobby 🏳️‍🌈#7407 | u didnt really get cracked like that on FWP right? bc u really had a low average? |
| 07/30/2021 12:08:31 PM | PJ Matlock#0001 | Could be worse. You could have been up. 800k In fwp then lose it all plus more LOL |
| 07/30/2021 12:09:22 PM | Ricky Bobby 🏳️‍🌈#7407 | lmao jesus |
| 07/30/2021 12:09:26 PM | Ricky Bobby 🏳️‍🌈#7407 | i swear to god |
| 07/30/2021 12:09:31 PM | Ricky Bobby 🏳️‍🌈#7407 | it was fine until hugh mentioned it |
| 07/30/2021 12:09:45 PM | Ricky Bobby 🏳️‍🌈#7407 | his shit alllll falls off a cliff dog |
| 07/30/2021 12:09:50 PM | Ricky Bobby 🏳️‍🌈#7407 | legit the worst |
| 07/30/2021 12:10:59 PM | PJ Matlock#0001 | Yeah Nate was waiting on it too |
| 07/30/2021 12:11:09 PM | PJ Matlock#0001 | Nate asked me to post a few times |
| 07/30/2021 12:11:15 PM | PJ Matlock#0001 | And they all sold on the alert |
| 07/30/2021 12:11:33 PM | PJ Matlock#0001 | Yeah it really does |
| 07/30/2021 12:11:45 PM | PJ Matlock#0001 | He tells too many people and they all sell on the alert |

DOJ-DISCORD-0000000001_replacement