# Exhibit 14

# Perry "PJ" Matlock:
# Tweet
## February 12, 2021

## @PJ_Matlock

> I'll never get sick of pumping.... money into my followers bank accounts.
>
> LETS ALL GET RICH!
>
> Hmm...this page doesn't exist. Try searching for something else.
>
> **Search**
>
> **Sorry, that Tweet has been deleted.**

DOJ-TWITTER-0000000001

GOVERNMENT
EXHIBIT
181
4:22-cr-612