Exhibit 15

# John Rybarczyk:
# Tweet
## April 29, 2021

## @Ultra_Calls

They say pUmP ANd DUmP

The ones saying this are insecure and.... a

DOJ-TWITTER-0000000001_Reprocessed

GOVERNMENT
EXHIBIT
**188**
4:22-cr-612