# Exhibit 16

# Discord Direct Messages:
## Gary Deel (Gary (Mystic Mac) 🍀 #7345) and
## Mitchell Hennessey (HoodHughBear 🐻 #4034)

| Timestamp | Username | Message |
|---|---|---|
| 06/01/2020 02:35:15 PM | HoodHughBear🐻#4034 | ignore the call thats what it was about |
| 06/01/2020 02:36:09 PM | Gary (Mystic Mac) 🍀#7345 | oh okay sick I didn't see the call |
| 06/02/2020 09:26:17 AM | Gary (Mystic Mac) 🍀#7345 | so 10am on BSGM? |
| 06/02/2020 09:26:23 AM | Gary (Mystic Mac) 🍀#7345 | I am trying to add more |
| 06/02/2020 09:34:32 AM | HoodHughBear🐻#4034 | yes sir |
| 06/02/2020 09:44:35 AM | Gary (Mystic Mac) 🍀#7345 | okay got 10k worth |
| 06/03/2020 11:31:41 AM | Gary (Mystic Mac) 🍀#7345 | you telling ultra or nah |
| 06/03/2020 11:42:05 AM | HoodHughBear🐻#4034 | i didnt |
| 06/03/2020 11:42:09 AM | HoodHughBear🐻#4034 | that is payback |
| 06/03/2020 11:42:12 AM | HoodHughBear🐻#4034 | for that patent |
| 06/03/2020 11:43:37 AM | Gary (Mystic Mac) 🍀#7345 | fook yes |
| 06/03/2020 12:04:02 PM | HoodHughBear🐻#4034 | dude |
| 06/03/2020 12:04:06 PM | HoodHughBear🐻#4034 | we r flirting w it |
| 06/03/2020 12:06:01 PM | Gary (Mystic Mac) 🍀#7345 | dude ultra messaged me asking if we had a private room about that post lol |
| 06/03/2020 12:08:30 PM | Gary (Mystic Mac) 🍀#7345 | ultra on NAKD he sent to me |
| 06/03/2020 12:08:37 PM | Gary (Mystic Mac) 🍀#7345 | [HoodHughBear🐻#4034] |
| 06/03/2020 12:09:39 PM | HoodHughBear🐻#4034 | LOL |

GOVERNMENT
EXHIBIT
94A
4:22-cr-612

DOJ-DISCORD-0000000001_replacement

| Date/Time | User | Message |
|---|---|---|
| 06/03/2020 12:09:46 PM | HoodHughBear🐏#4034 | naks good stuff? |
| 06/03/2020 12:09:54 PM | Gary (Mystic Mac) ❄#7345 | he claims it is |
| 06/03/2020 12:10:02 PM | Gary (Mystic Mac) ❄#7345 | I have 10 of that |
| 06/03/2020 12:10:09 PM | Gary (Mystic Mac) ❄#7345 | .616 |
| 06/03/2020 12:10:12 PM | HoodHughBear🐏#4034 | did u see his dd |
| 06/03/2020 12:10:58 PM | Gary (Mystic Mac) ❄#7345 | no but I imagine his sheep will bring volume |
| 06/03/2020 12:11:03 PM | HoodHughBear🐏#4034 | true |