**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

**DEFENDANT'S MOTION FOR RELEASE OF PASSPORT**

TO THE HONORABLE ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

COMES NOW EDWARD CONSTANTINESCU and submits this Motion For Release of his passport. Defendant's passport was confiscated as a term of his pre-trial bond conditions; this case was subsequently dismissed without prejudice on March 20, 2024. Therefore, the Defendant's passport should be returned to him immediately.

Respectfully submitted,

___/s/Emily Klair Bloom_____
Matthew A. Ford
*SBOT No. 24119390*
Emily Klair Bloom
*SBOT No. 24123503*
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (512) 503-6388
Facsimile: (212) 256-1047

*Attorneys for Defendant
Edward Constantinescu*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 22, 2024, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

                                                      */s/Emily Klair Bloom*
                                                      Emily Klair Bloom