IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## ORDER TO RETURN PASSPORT

On March 20, 2024, this Court dismissed without prejudice the above numbered and titled case. As such, the Southern District of Texas Pre-trial Services Office is hereby ORDERED to return the Defendant's passport to him immediately.

Signed this ___ day of March, 2024.

_____
Presiding Honorable Judge Andrew Hanen