IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

# **DEFENDANT'S MOTION FOR RETURN OF CASH BOND**

TO THE HONORABLE ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

COMES NOW EDWARD CONSTANTINESCU and submits this Motion for the return of the cash bond paid in the amount of $200,000.00 (receipt number # HOU112985). This case was subsequently dismissed without prejudice on March 20, 2024. Therefore, it should be ordered that the Defendant's bond be returned to him immediately.

Respectfully submitted,

  /s/Emily Klair Bloom
Matthew A. Ford
*SBOT No. 24119390*
Emily Klair Bloom
*SBOT No. 24123503*
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (512) 503-6388
Facsimile: (212) 256-1047

*Attorneys for Defendant
Edward Constantinescu*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 22, 2024, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

                                                    */s/Emily Klair Bloom*
                                                    Emily Klair Bloom