IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## ORDER TO RETURN CASH BOND

On March 20, 2024, this Court dismissed without prejudice the above numbered and titled case. As such, the Southern District of Texas Clerk's Office is hereby ORDERED to return to the Defendant the cash bond paid on December 21, 2022, in the amount of $200,000.00 (receipt number # HOU112985).

Signed this ___ day of March, 2024.

_____
Presiding Honorable Judge Andrew Hanen