AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-cr-612 |
| Constantinescu, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/25/2024

/s/ Anna E. Kalluri
*Attorney's signature*

Anna E. Kalluri; TX Bar No. 24091270
*Printed name and bar number*

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
*Address*

Anna.Kalluri@usdoj.gov
*E-mail address*

(713) 567-9102
*Telephone number*

(713) 718-3300
*FAX number*