UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| EDWARD CONSTANTINESCU, | § |
| PERRY "PJ" MATLOCK, | § |
| JOHN RYBARCZYK, | § CRIMINAL NO. 4:22-CR-612 |
| GARY DEEL, | § |
| STEFAN HRVATIN, | § |
| TOM COOPERMAN, | § |
| MITCHELL HENNESSEY, and | § |
| DANIEL KNIGHT | § |

**NOTICE OF APPEAL**

Under the authority of 18 U.S.C. § 3731, the United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order, entered March 20, 2024, which dismissed the superseding indictment.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON, CHIEF | ALAMDAR S. HAMDANI |
| FRAUD SECTION | UNITED STATES ATTORNEY |
| Criminal Division | Southern District of Texas |
| U.S. Department of Justice | |
| | |
| s/ *Scott Armstrong* | s/ *Anna E. Kalluri* |
| SCOTT ARMSTRONG | ANNA E. KALLURI |
| ASSISTANT CHIEF | |
| | THOMAS H. CARTER, III |
| JOHN J. LIOLOS | ASSISTANT U.S. ATTORNEYS |
| TRIAL ATTORNEY | |
| | |
| Fraud Section, Criminal Division | U.S. Attorney's Office |
| U.S. Department of Justice | Southern District of Texas |
| 1400 New York Avenue, N.W. | 1000 Louisiana, Ste. 2300 |
| Washington, D.C. 20530 | Houston, TX 77002 |
| Tel: (202) 514-1106 | Tel: (713) 567-9706 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 4, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF/CM system for filing and service on all counsel of record.

                                              *s/ Anna E. Kalluri*
                                              ANNA E. KALLURI
                                              ASSISTANT U.S. ATTORNEY
                                              SOUTHERN DISTRICT OF TEXAS