UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § EDWARD CONSTANTINESCU, § PERRY "PJ" MATLOCK, § JOHN RYBARCZYK, § GARY DEEL, § STEFAN HRVATIN, § TOM COOPERMAN, § MITCHELL HENNESSEY, and § DANIEL KNIGHT § | CRIMINAL NO. 4:22-CR-612 |

**NOTICE OF APPEAL**

Under the authority of 18 U.S.C. § 3731, the United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order, entered March 20, 2024, which dismissed the superseding indictment.

Respectfully submitted,

GLENN S. LEON, CHIEF
FRAUD SECTION
Criminal Division
U.S. Department of Justice

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY
Southern District of Texas

s/ *Scott Armstrong*
SCOTT ARMSTRONG
ASSISTANT CHIEF

s/ *Anna E. Kalluri*
ANNA E. KALLURI

THOMAS H. CARTER, III
ASSISTANT U.S. ATTORNEYS

JOHN J. LIOLOS
TRIAL ATTORNEY

Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-1106

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002
Tel: (713) 567-9706

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 4, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF/CM system for filing and service on all counsel of record.

                                              *s/ Anna E. Kalluri*
                                              ANNA E. KALLURI
                                              ASSISTANT U.S. ATTORNEY
                                              SOUTHERN DISTRICT OF TEXAS