United States District Court
Southern District of Texas
**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| EDWARD CONSTANTINESCU, PERRY "PJ" MATLOCK, JOHN RYBARCZYK, GARY DEEL, STEFAN HRVATIN, TOM COOPERMAN, MITCHELL HENNESSEY, DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## ORDER TO RETURN PASSPORT

On March 20, 2024, this Court dismissed without prejudice the above numbered and titled case. As such, the Southern District of Texas Pre-trial Services Office is hereby ORDERED to return the Defendant's passport to him immediately.

Signed this _11_ day of ~~March~~ April, 2024.

Presiding Honorable Judge Andrew Hanen