**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.

EDWARD CONSTANTINESCU,                    No. 4:22-CR-00612-S
PERRY "PJ" MATLOCK,
JOHN RYBARCZYK,
GARY DEEL,
STEFAN HRVATIN,
TOM COOPERMAN,
MITCHELL HENNESSEY,
DANIEL KNIGHT.

## ORDER TO RETURN CASH BOND

On March 20, 2024, this Court dismissed without prejudice the above numbered and titled case. On April 14, 2024, this Court ordered the return of funds to the Defendant [ECF. 662]. Subsequently, on July 17, 2024, Defendant filed a motion for the release of funds to defense counsel.

As such, the Court's prior order dated April 14, 2024, is hereby VACATED and the Southern District of Texas Clerk's Office is hereby ORDERED to return to Ford O'Brien Landy, LLP, the cash bond paid on December 21, 2022, in the amount of $200,000.00 (receipt number # HOU112985).

Signed this ___ day of _____, 2024.


_____
Presiding Honorable Judge Andrew Hanen