IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, *et al* | § | |

## ORDER

Counsel for Defendants are hereby ORDERED to file within ten days of this order why this Court should not reconsider its rulings as to lifing the travel and other restrictions on the Defendants during the pendancy of the appeal. The Court at this hearing may consider all remedies at its disposal. The responses should be filed by February 14, 2025.

A hearing is set on this topic for February 18, 2025 at 4:00 PM. All defendants must attend.

SIGNED this __7th__ day of February 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE