IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

### MOTION FOR WITHDRAWAL OF STEPHEN R. HALPIN III AS COUNSEL OF RECORD

Stephen R. Halpin III, counsel for Edward Constantinescu, hereby files this Motion to Withdraw as Counsel and respectfully requests that he be permitted to withdraw as counsel of record for Edward Constantinescu.

Mr. Halpin is joining a different law firm, and Mr. Constantinescu will continue to be represented by Matthew A. Ford of Ford O'Brien Landy LLP. Granting this motion will cause no prejudice to any party, or delay in this matter.

Respectfully Submitted:

*/s/ Stephen R. Halpin III*
Stephen R. Halpin III
Ford O'Brien Landy, LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
Tel: (212) 858-0040
shalpin@fordobrien.com

*Attorney for Defendant*
*Edward Constantinescu*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2025, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

                                                            */s/ Stephen R. Halpin III*  
                                                             Stephen R. Halpin III