# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## MOTION FOR WITHDRAWAL OF MATTHEW A. FORD
## AS COUNSEL OF RECORD

Matthew A. Ford, counsel for Edward Constantinescu, hereby files this Motion to Withdraw as Counsel and respectfully requests that he be permitted to withdraw as counsel of record for Edward Constantinescu.

Mr. Ford respectfully requests to withdraw as counsel, as the underlying matter has been dismissed and is currently on appeal. Granting this motion will cause no prejudice to any party, or delay in this matter.

Respectfully Submitted:

*/s/ Matthew A. Ford*
Matthew A. Ford
Ford O'Brien Landy, LLP
3700 Ranch Road 620 South
Suite B
Austin, Texas 78738
Tel: 512.503.6388
mford@fordobrien.com

*Attorney for Defendant*
*Edward Constantinescu*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

                                                */s/ Matthew A. Ford*
                                                Matthew A. Ford