# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF
## MATTHEW A. FORD AS COUNSEL OF RECORD

The Court has reviewed and considered the Motion to Withdraw as Counsel for Edward Constantinescu, and being of the opinion that good cause has been shown finds that the motion should be granted. It is hereby,

ORDERED that Matthew A. Ford is permitted to withdraw as attorney for Defendant Constantinescu.

SIGNED on this _____ day of _____, 2025.

_____
U.S. DISTRICT JUDGE