UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| EDWARD CONSTANTINESCU, *et al.* § | |
| § | |
| Defendants. § | |

### [Proposed] ORDER

Upon consideration of Matthew A. Ford's Motion to Withdraw as Counsel for Defendant Constantinescu (ECF No. 702) and the United States' Response in Opposition (ECF No. 703), it is hereby ORDERED that the Motion (ECF No. 702) is DENIED without prejudice.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE