United States District Court
Southern District of Texas

**ENTERED**
June 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612-1 |
| | § | |
| EDWARD CONSTANTINESCU | § | |

## ORDER

Pending before the Court is the Motion to Withdraw (Doc. No. 702) filed by counsel for

Defendant Constantinescu, the Government's response in opposition (Doc. No. 703) and the sealed

Reply (Doc. No. 704). The Court has reviewed the pleadings and applicable law and finds there

is good cause for counsel's request to withdraw from representation of Defendant. It is therefore

**ORDERED** Matthew A. Ford and his firm are hereby permitted to withdraw as attorneys

for Defendant Edward Constantinescu. Ford shall also provide Mr. Constantinescu all copies of

briefs and schedules regarding the appeal pending in the Fifth Circuit and shall cooperate with the

on boarding of whomever Mr. Constantinescu hires to replace him. Ford shall further provide Mr.

Constantinescu with a copy of this Order and urge him to seek new counsel. This Order, while

applicable in this case in the Southern District of Texas, may not be effective in the Fifth Circuit

Court of Appeals and counsel are advised to contact that court to see if it deems it to be necessary

for a similar motion to be filed there. Further, this Order does not relieve counsel of his

obligations in the related civil case filed in Civil Action 4:22cv4306; *Securities and Exchange

Commission v. Constantinescu, et al*, pending in the United States District Court for the Southern

District of Texas, Houston Division. If counsel deems it necessary to withdraw from that case, a

1

similar motion needs to be filed in that case.

SIGNED this _____6_____ day of June 2025.


ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE