IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Case No. 22-CR-00612 |
| **EDWARD CONSTANTINESCU, et al.,** **Defendants.** | |

## Motion for Status Conference

The United States, by and through its undersigned counsel, hereby requests that the Court schedule a Status Conference in the case of the United States v. Edward Constantinescu, et. al., 4:22-CR-00612.

On October 28, 2025, the Fifth Circuit Court of Appeals remanded the case to this Court to continue proceedings consistent with its ruling.    The United States is requesting a status conference to address issues of counsel retention, bond conditions, and procedural steps, among others.    Accordingly, the United States requests the presence of remaining defendants Edward Constantinescu, Mitchell Hennessey, P.J. Matlock, Gary Deel, Thomas Cooperman, and Stefan Hrvatin, with counsel if applicable.    Such a hearing would serve the interests of justice and should

be held as soon as practicable after November 3, 2025 and before November 17, 2025, if possible, due to the trial schedule of counsel for the United States.

For the foregoing reasons, the Court should grant this motion and set a Status Conference as soon as practicable.   A proposed Order is attached.

Date:  October 31, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By:    *s/ Thomas H. Carter*
Thomas H. Carter
Assistant United States Attorney
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**

**EDWARD CONSTANTINESCU, et al.,**
        **Defendants.**

Case No. 22-CR-00612

## O R D E R

HAVING CONSIDERED the Government's Motion for a Status Conference, the COURT ORDERS a Status Conference set for November _____, 2025 at _____AM/PM and for Defendants Constantinescu, Hennessey, Matlock, Cooperman, Deel, and Hrvatin to attend.

Signed at Houston, Texas this the _____ day of November, 2025.

_____
The HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE