**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 4:22–cr–00612
    Judge Alfred H Bennett

Edward Constantinescu, et al.

                      Defendant

## Notice of Reassignment

This case is reassigned to Judge Alfred H Bennett.

Entered:  February 27, 2026                                    Nathan Ochsner, Clerk