AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22−cr−00612 |
| Edward Constantinescu et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 03/13/2026

/s/ Andrew Jaco
*Attorney's signature*

Andrew Jaco (DC Bar No. 1029334)
*Printed name and bar number*
1400 New York Ave., NW
Washington, DC 20005

*Address*

andrew.j.jaco@usdoj.gov
*E-mail address*

(202) 740-0953
*Telephone number*

(202) 514-3708
*FAX number*