## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                      Case Number: 4:22–cr–00612

Edward Constantinescu, Perry "PJ"
Matlock, John Rybarczyk, Gary Deel,
Stefan Hrvatin, Tom Cooperman, Mitchell
Hennessey, Daniel Knight

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  4/17/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date: March 31, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk