# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|                                        |   |                          |
|----------------------------------------|---|--------------------------|
|                                        | : |                          |
| UNITED STATES OF AMERICA               | : |                          |
|                                        | : | Hon. Alfred H. Bennett   |
|                                        | : |                          |
| v.                                     | : | No. 22-CR-612            |
|                                        | : |                          |
|                                        | : |                          |
| CONSTANTINESCU, et al.                 | : |                          |
|                                        | : |                          |
| Defendants.                            | : |                          |
|                                        | : |                          |

## Motion to Withdraw as Counsel

Undersigned counsel, John J. Liolos, respectfully files this motion to withdraw his appearance on behalf of the United States in this matter, as counsel is separating from the Department. The United States remains represented by Trial Attorney Andrew Jaco and the Department's Fraud Section, along with A.U.S.A. Thomas H. Carter III and the U.S. Attorney's Office for the Southern District of Texas. The matter will not be delayed and no party will suffer prejudice.

Additionally, former DOJ attorney Scott Armstrong is no longer with the Department. He may also be removed from the docket.

Dated: April 3, 2026                            Respectfully submitted,

By:    _/s/ John J. Liolos_____
       John J. Liolos, Trial Attorney
       Fraud Section, Criminal Division
       United States Department of Justice
       1400 New York Avenue, NW
       Washington, DC 20005
       John.Liolos@usdoj.gov
       (202) 768-2246

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 3, 2026, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

By: <u>/s/ John J. Liolos</u>
   John J. Liolos, Trial Attorney
   Fraud Section, Criminal Division
   United States Department of Justice
   1400 New York Avenue, NW
   Washington, DC 20005
   John.Liolos@usdoj.gov
   (202) 768-2246