**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU,** *et al.* | § | |
| | § | |
| **Defendants.** | § | |

**[Proposed] ORDER**

Upon consideration of counsel's motion to withdraw as an attorney of record for the United States, the Court has determined that the motion should be granted. Therefore, it is hereby ORDERD that the motion is GRANTED and attorneys John J. Liolos and Scott Armstrong be removed as counsel of record for the United States in this matter.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2026.

_____
HON. ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE