## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:22–cr–00612

Edward Constantinescu, Perry "PJ"
Matlock, John Rybarczyk, Gary Deel,
Stefan Hrvatin, Tom Cooperman, Mitchell
Hennessey, Daniel Knight

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, Daniel Knight as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/8/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date: April 13, 2026 Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk