United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:22-CR-00612 |
| | § | |
| EDWARD CONSTANTINESCU, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**AMENDED SCHEDULING ORDER**

The following deadlines and settings shall govern the disposition of this case:

Motions due:            March 29, 2027

Responses due:          April 19, 2027

Proposed Voir Dire:     April 26, 2027

Docket Call:            April 29, 2027, at 2:30 PM

Jury Trial:             May 3, 2027, at 9:00 AM

Signed on May 22, 2026.

_____
Alfred H. Bennett
United States District Judge

1 / 1