United States District Court
Southern District of Texas

**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22-CR-00612-001 |
| | § | |
| EDWARD CONSTANTINESCU, | § | |
| | § | |
| Defendant. | § | |

## REFERRAL ORDER

IT IS ORDERED that the appointment of new counsel defendant Edward Constantinescu, is hereby REFERRED to United States Magistrate Christina Bryan.

Signed on May 22, 2026.

Alfred H. Bennett
United States District Judge