United States District Court
Southern District of Texas

**ENTERED**

June 28, 2026

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:22-cr-00612 |
| | § | |
| DANIEL KNIGHT | § | |

## ORDER

The Court has considered Daniel Knight's unopposed motion to modify conditions of his release and finds that it is, in all things, GRANTED.

As a condition of his release, Daniel Knight may, in addition to his other restrictions, travel freely to Hawaii.

ORDERED at Houston, Texas this _____ day of _____ 2026.

JUN 2 4 2026

Honorable Alfred H. Bennett
United States District Judge