United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:22-CR-00612 |
| | § | |
| EDWARD CONSTANTINESCU, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER SETTING HEARINGS**

The following matters are set for oral argument before this Court:

Speedy Trial and related issues scheduled **August 6, 2026, at 2:00 PM**

Evidentiary and trial exhibit issues scheduled **February 11, 2026, at 1:30 PM.**

_____
Alfred H. Bennett
United States District Judge

DATE: July 9, 2026