**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU, *et al.*** | § | |
| | § | |
| **Defendants.** | § | |

## UNITED STATES' MOTION FOR DEFENDANT EDWARD CONSTANTINESCU TO APPEAR IN-PERSON

The United States, by and through undersigned counsel, respectfully requests that the Court order Defendant Edward Constantinescu to appear in-person at the August 6, 2026 hearing given Constantinescu's stated intention not to return to the United States.  In support, the United States submits as follows:

1. On December 7, 2022, a grand jury in this District indicted Defendant Edward Constantinescu on one count of conspiracy to commit securities fraud, three counts of substantive securities fraud, and one count of money laundering.  (Dkt. 1).

2. On December 13, 2022, Constantinescu was arrested, and he made his initial appearance the same day.  (Dkt. 25; 81).  On December 16, 2022, Constantinescu appeared for an arraignment, and he was released on certain conditions, including a $2 million bond secured by a $200,000 cash deposit.  (Dkt. 63, 64).

3. On February 8, 2023, a grand jury in this District returned a Superseding Indictment charging Constantinescu with one count of conspiracy to commit securities fraud, five counts of substantive securities fraud, and one count of money laundering.  (Dkt. 134).[1]

---

[1] The Government previously notified the Court that it will not proceed on the money laundering count.  (Dkt. 449).

4.  On March 20, 2024, the Court dismissed the Superseding Indictment for failure to state an offense. (Dkt. 628).

5.  The very day the Court issued its order dismissing the Superseding Indictment, March 20, 2024, based on a social media post on an account known to be controlled by Constantinescu, he appears to have cut his ankle monitor off and posted the following picture to his Instagram account[2] with the caption, "[t]ime to f*ck sh*t up:"



6.  On April 4, 2024, the United States filed a notice of appeal. (Dkt. 643).

7.  On April 11, 2024, the Court ordered that Constantinescu's passport be returned. (Dkt. 653). On April 16, 2024, the Court ordered that Constantinescu's $200,000 cash bond be returned. (Dkt. 662).

---

[2] Based on information and belief, the United States understands the Instagram account "therealeddieconstantin" to be controlled and operated by Defendant Constantinescu.

8. While the appeal was pending, an account known to be used and controlled by Constantinescu (@MrZackMorris) posted on X.com (formerly Twitter) using his username "MrZackMorris" that he did not plan to return to the United States.  For example, on June 24, 2025, he posted: "Gone for good especially after what they did to me."



9. On October 2, 2025, the U.S. Court of Appeals for the Fifth Circuit reversed the district court's dismissal and remanded the case.  *See* Case. No. 24-21043. On October 28, 2025, the Fifth Circuit's mandate was issued. (Dkt. 714).

10. On May 8, 2026, this Court held a status conference.  Constantinescu did not appear, nor did any counsel appear on his behalf.  Given that Constantinescu was unrepresented, it is unclear if he received notice of the hearing.

11. On May 29, 2026, United States Magistrate Judge Christina A. Bryan appointed the Federal Public Defender to represent Constantinescu.  (Dkt. 754).  On May 29, 2026, the Twitter account belonging to Constantinescu responded to another user who publicly sent him a copy of the Order appointing him counsel.  Constantinescu responded: "I didn't request one lol I'm not part of the system anymore.  I am never going back to that shithole. Keep swinging on my nuts faggots."



12. A post on Constantinescu's Twitter account from June 4, 2026 states that he is in Romania.



13. Given Constantinescu's stated intention to never return to the United States and the lack of clarity about whether Constantinescu had actual notice of the May 8, 2026 hearing, the Government respectfully requests that the Court specifically order Constantinescu, as a condition of his release, to appear in-person at the next scheduled hearing in this case, which is currently scheduled for August 6, 2026, and at all future hearings.

14. The Government also requests that the Court order Counsel to Constantinescu to provide Constantinescu with a copy of any order requiring him to appear, and to permit the Government to also serve any such order on the Defendant.

Dated: July 21, 2026                    Respectfully submitted,

                                        LORINDA LARYEA
                                        Chief, Fraud Section
                                        Criminal Division, Department of Justice

                              By:       */s/ Kashan Pathan*
                                        Kashan Pathan, Trial Attorney
                                        Fraud Section, Criminal Division
                                        United States Department of Justice
                                        1400 New York Ave. NW
                                        Washington, DC 20005
                                        Tel.: (202) 514-8804

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 21, 2026, the United States conferred with counsel for Defendant Edward Constantinescu, Attorney Joshua Lake, regarding the foregoing motion. Attorney Lake opposes the motion.

*/s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Kashan Pathan*

Kashan Pathan, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section