**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU,** *et al.* | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

The United States respectfully requests that Trial Attorney Andrew Jaco of the Department of Justice, Criminal Division, Fraud Section be permitted to withdraw from this case because he is no longer employed by the Department of Justice.  The United States remains represented by Trial Attorney Kashan Pathan of the Department's Fraud Section, along with AUSA Thomas H. Carter III and the U.S. Attorney's Office for the Southern District of Texas.

Dated: July 28, 2026

Respectfully submitted,

LORINDA LARYEA
Chief, Fraud Section
Criminal Division, Department of Justice

By:    */s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel.: (202) 514-8804

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 27, 2026, the United States conferred with counsel for Defendants regarding the foregoing motion, and counsel for each Defendant indicated that they are unopposed to the motion.

*/s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2026, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system.

> */s/ Kashan Pathan*
> Kashan Pathan, Trial Attorney
> U.S. Department of Justice
> Criminal Division, Fraud Section

3