United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:22-cr-612 |
| | § | |
| CONSTANTINESCU, *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER

Upon consideration of counsel's unopposed motion to withdraw as an attorney of record for the United States, the Court has determined that the motion should be granted. Therefore, it is hereby ORDERED that the motion is GRANTED and attorney Andrew Jaco be removed as counsel of record for the United States in this matter

It is so ORDERED.

**JUL 2 8 2026**
_____
Date

_____
The Hon. Alfred H. Bennett
U.S. District Judge