**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Eric S. Rosen of Dynamis LLP ("Counsel"), attorney of record for Defendant JOHN RYBARCZYK ("Defendant") in the above numbered cause, respectfully files this Motion to Withdraw as Attorney of Record pursuant to Local Rule 83.2 of the Southern District of Texas and Rule 1.15 of the Texas Disciplinary Rules of Professional Conduct, and in support of this Motion states as follows:

1. Defendant is presently represented by multiple attorneys of Record from two law firms: Eric S. Rosen and Q. Tate Williams and Stephanie McGuire of Hilder & Associates, P.C. ("Remaining Counsel"). Counsel was retained by Defendant on or about June 26, 2023 to represent Defendant in this matter. Trial is currently set for May 3, 2027 before this Court.
2. Defendant and undersigned counsel no longer have the level of communication necessary for counsel to render effective assistance of counsel or meet his ethical obligations under Tex. R. Prof. Conduct 1.15.

3. Remaining Counsel, are and will remain an attorney of record for Defendant, is fully familiar with the facts, procedural history, and defense strategy in this case, and is prepared to continue representing Defendant through trial without interruption. Therefore, withdrawal of Counsel will not leave Defendant without representation or prejudice Defendant and will not require a continuance of the current trial setting of May 3, 2027, or otherwise delay these proceedings.

WHEREFORE, Counsel respectfully requests that the Court grant this Motion and permit Eric S. Rosen and Dynamis LLP to withdraw as attorney(s) of record for Defendant, with Q. Tate Williams of Hilder & Associates, P.C. continuing as attorney of record for Defendant, and grant Counsel such other and further relief to which Counsel may be justly entitled.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Eric S. Rosen*
Eric S. Rosen
**Dynamis LLP**
175 Federal St., Suite 1200
Boston, MA 02110
Tel: (617) 977-4163
erosen@dynamisllp.com

*Attorneys for Defendant*
*John Rybarczyk*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, and on Defendant via email and Certified Mail to his last known address in Spring, Texas.

*/s/ Eric S. Rosen*
Eric S. Rosen