Robert R. Parker, Jr.
OSB # 216437
P.O. Box 2234
Portland, OR 97208
971-386-6017
robert@robertparkerlawoffice.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANTINESCU, ET AL<br><br>Defendant | Case No.: 4:22-cr-00612-5<br><br>EMERGENCY MOTION TO APPEAR BY ZOOM OR TELEPHONIC MEANS DUE TO MEDICAL INCAPACITATION: |

**Memorandum of Law in Support of Late Filing
and Leave to Appear by Zoom Due to Medical Incapacitation**

**Introduction**

This memorandum supports the late filing of the motion and the request for leave to appear by Zoom on behalf of Defendant's counsel, Robert R. Parker, Jr., due to his documented medical incapacitation. The circumstances necessitating this request are extraordinary and substantiated by medical documentation (See Exhibit ‘A” attached hereto and incorporated herein by reference)..

## Statement of Facts

Counsel, Robert R. Parker, Jr., is currently under medical care for multiple significant health conditions, including prostate cancer, chronic bilateral knee osteoarthritis (with recent intra-articular injection and anticipated total knee replacement), and scheduled dental extractions with associated recovery. He is also experiencing substantial emotional stress, all of which have rendered him unable to work or participate in practice-related activities from May 22, 2026, through June 30, 2026, and is continuing as confirmed by his treating physician at Kaiser Permanente (See Exhibit "A" attached hereto and incorporated herein by reference). Supplemental documentation of the continuing nature of the period of disability will be acquired from movant's treating physicians and tendered to the Court immediately upon receipt.

## Legal Authority and Argument

1. **Good Cause for Late Filing**

   - Federal Rule of Civil Procedure 6(b)(1)(B) allows the court, for good cause, to extend the time for filing a motion after the deadline if the party failed to act because of excusable neglect. Medical incapacitation of counsel is widely recognized as good cause and excusable neglect. See *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*

*Ltd. P'ship*, 507 U.S. 380, 395 (1993) (excusable neglect includes circumstances beyond the party's control, such as illness).

- The late filing was not for purposes of delay but to apprise the Court of counsel's inability to participate due to unforeseen and serious medical issues taking into account counsel's conscious acknowledgement of his responsibility to have apprised the court and counsel and the inadvertent failure to do so.

2. **Leave to Appear by Remote Means**

- Courts have broad discretion to permit appearances by remote means, especially when health or safety is at issue. See *Fed. R. Civ. P. 43(a)* (for good cause in compelling circumstances, the court may permit testimony in open court by contemporaneous transmission from a different location).

- The COVID-19 pandemic has further established the appropriateness of remote appearances to accommodate health-related concerns. See, e.g., *In re RFC & ResCap Liquidating Trust Action*, 444 F. Supp. 3d 967, 970 (D. Minn. 2020) (granting remote appearance due to health risks).

- Here, the medical documentation from Kaiser Permanente confirms that Mr. Parker is medically incapacitated and unable to attend in person, justifying the request for remote appearance.

3. Mr. Parker only returned to his office and review of his calendar earlier today, disclosing the impending hearing and prompting the immediate filing of the instant motion to apprise the Court and seek leave for remote appearance so as not to deprive my client of representation given that I failed to make alternate arrangements in this matter in a more timely manner, which is deeply regreted and implore the Court's mercy in its consideration.

4. **Significance of Timely Notification**

   - The motion was filed as soon as practicable after counsel made a review of his calendar in an effort to seek medical leave to return to practice and discovered the impending motion. Prompting the immediate, even at this late hour, to provide notification to the Court is consistent with counsel's duty of candor and diligence, and ensures the Court is fully appraised of circumstances affecting counsel's ability to attend the hearing in person as previously contemplated.

## Conclusion

Given the compelling medical evidence and the legal authority supporting both the late filing and the request for remote appearance, the Court is humbly and respectfully seeking the Court's leave for the late filing of the motion and permitting Mr. Parker to appear by Zoom or telephone for the scheduled hearing.

Respectfully submitted,
**LAW OFFICE OF ROBERT R. PARKER, JR., LLC**

By: **/s/ Robert R. Parker, Jr.**
Robert R. Parker, Jr.
OSB 216437

Exhibit

"A"

OSB # 216437
P.O. Box 2234
Portland, OR 97208
213-798-8095
robert@robertparkerlawoffice.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>CONSTANTINESCU, ET AL<br>Defendant | Case No.: 4:22-cr-00612-5<br><br>EMERGENCY MOTION TO APPEAR BY ZOOM OR TELEPHONIC MEANS DUE TO MEDICAL INCAPACITATION: |

**DECLARATION OF ROBERT R. PARKER, JR. IN SUPPORT OF MOTION FOR LEAVE TO APPEAR BY ZOOM OR TELEPHONIC MEANS DUE TO MEDICAL INCAPACITATION**

I, Robert R. Parker, Jr., declare as follows:

1. I am the counsel of record for Defendant Stefan Harvatin in the above-captioned matter.
2. I submit this declaration in support of my Emergency Motion for Leave to Appear by Zoom or Telephonic Means due to my current medical incapacitation.
3. I am currently under medical care for multiple significant health conditions, including prostate cancer, chronic bilateral knee osteoarthritis (with recent intra-articular injection and anticipated total knee replacement), and

scheduled dental extractions with associated recovery. I am also experiencing substantial emotional stress. These conditions have rendered me unable to work or participate in practice-related activities from May 22, 2026, through June 30, 2026, and this incapacity is ongoing as confirmed by my treating physician at Kaiser Permanente. Medical documentation substantiating these facts is attached as Exhibit "A" to the motion.

4. While the documentation is Exhibit "A" cites a June expiration date, my doctors have continued my medical leave up to and continuing to present. Supplemental documentation of the dates of disability will be provided to the Court but given the timing of the filing of this matter, I was unable to procure same prior thereto.

5. Due to these medical issues, I am unable to attend the scheduled hearing in person. I respectfully request leave of Court to appear by Zoom or telephonic means to ensure continued representation of my client without undue delay or prejudice.

6. I only recently returned to my office and reviewed my calendar, which disclosed the impending hearing and prompted the immediate filing of this motion. I regret not making alternate arrangements sooner and respectfully request the Court's understanding.

7. This request is made in good faith, is not interposed for purposes of delay, and is consistent with my duty of candor and diligence to the Court.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of August 2026, in Portland, Oregon.

Respectfully submitted,

**/s/ Robert R. Parker, Jr.**
Robert R. Parker, Jr.
OSB # 216437

**CERTIFICATE OF SERVICE**

I, certify that I served a copy of the foregoing Motion for Leave to Appear by Zoom or Telephonic Means on all counsel of record by electronic mail at the addresses associated with each attorney of record on this the 25th day of August 2026.

Respectfully submitted,

**/s/ Robert R. Parker, Jr.**
Robert R. Parker, Jr.