United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CRIMINAL ACTION NO. 4:22-CR-00612-001 |
| VS. | § | |
| | § | |
| EDWARD CONSTANTINESCU, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the United States' (the "Government") Motion for Defendant Edward Constantinescu to Appear In-Person (the "Motion") (Doc. #784); Defendant Edward Constantinescu's ("Constantinescu") Response (Doc. #787); and the Government's Reply (Doc. #792). Having reviewed the parties' arguments and the applicable legal authority, the Court denies the Motion.

The Superseding Indictment charges Constantinescu with one count of conspiracy to commit securities fraud and five counts of securities fraud. Doc. #134. On March 20, 2024, United States District Judge Andrew Hanen dismissed the Superseding Indictment for failure to state an offense. Doc. #628. On October 2, 2025, the United States Court of Appeals for the Fifth Circuit reversed Judge Hanen's dismissal and remanded the case. Doc. #721. Shortly thereafter, the case was reassigned to this Court. Doc. #734; Doc. #735.

The Court has scheduled a hearing for August 26, 2026 (the "Hearing") to take up pending issues on the docket. Doc. #794. In its instant Motion, the Government requests that the Court order Constantinescu to appear in-person at the Hearing, citing his social media activity as evidence of his "intention not to return to the United States." Doc. #784 at 1–5. In response, Constantinescu argues he is entitled to certain "constitutionally mandated protections" before the Court impose upon him a

new condition of release. Doc. #787 at 2. Specifically, the Bail Reform Act of 1984 "provides that upon the motion of a government attorney, a judicial officer must hold a hearing to determine whether any 'condition or combination of conditions will reasonably assure the appearance of the person as required, and the safety of any other person and the community.'" *United States v. Rueben*, 974 F.2d 580, 581 (5th Cir. 1992) (quoting 18 U.S.C. § 3142(e)). At this time, however, no such hearing has occurred. The Court therefore declines to require Constantinescu's appearance at the August 26th hearing. Accordingly, the Government's Motion (Doc. #784) is hereby DENIED.

It is so ORDERED.

AUG 2 5 2026

Date

The Honorable Alfred H. Bennett
United States District Judge