**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus*

Case Number: 4:22−cr−00612

Edward Constantinescu
Perry "PJ" Matlock
John Rybarczyk
Gary Deel
Stefan Hrvatin
Tom Cooperman
Mitchell Hennessey
Daniel Knight

---

## Notice of Resetting

**A proceeding has been reset in this case as to Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, Daniel Knight as set forth below.**

**BEFORE:**
**Judge Alfred H Bennett**

**LOCATION:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/30/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

---

Date: September 20, 2026

Nathan Ochsner, Clerk