**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:22−cr−00612 |
| | § | |
| Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, Daniel Knight | § | |

# Notice of Cancellation

A proceeding in this case as to Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, Daniel Knight has been canceled as set forth below.

Canceled setting: Motion Hearing

Date and Time: 9/30/26

Date: September 20, 2026

Nathan Ochsner, Clerk