**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU, *et al.*** | § | |
| | § | |
| **Defendants.** | § | |

**UNITED STATES' UNOPPOSED RENEWED MOTION FOR DEFENDANT EDWARD CONSTANTINESCU TO APPEAR IN-PERSON**

The United States, by and through undersigned counsel, respectfully renews its request that the Court order Defendant Edward Constantinescu to appear in-person at a hearing given his stated intention not to return to the United States. In support, the United States submits as follows:

1. On July 21, 2026, the United States requested that the Court order Defendant Edward Constantinescu to appear in-person at an upcoming August 6, 2026 hearing given Constantinescu's publicly stated intention not to return to the United States on social media. (Dkt. 784). For example, on May 29, 2026, a social media account known to be controlled by Constantinescu responded to another user who publicly sent him a copy of the Order appointing him counsel in this case. Constantinescu responded: "I didn't request one lol I'm not part of the system anymore. I am never going back to that shithole. Keep swinging on my nuts faggots." In other posts, Constantinescu's account stated that he was in Romania. *Id.* The Court denied the United States' motion. (Dkt. 803).

2. On August 26, 2026, the Court held a hearing to address a variety of issues, including bond conditions. Constantinescu did not appear at the hearing, and the government requested that the Court order that Constantinescu appear in-person based, in part, on his non-appearance.

3. The Court agreed and stated that as to Defendant Constantinescu: "I'm going to order a separate hearing, and I'm going to order your client [i.e., Constantinescu] to be here. And if he does not appear, I will issue a warrant for his arrest." (Dkt. 815, Tr. at 34:03-04) (emphasis added). Thereafter, the Court scheduled a hearing for September 25, 2026. (Dkt. 806).

4. On September 20, 2026, the Court reset the hearing for September 30, 2026. (Dkt. 813). Then, later the same day, the Court cancelled the hearing. (Dkt. 814).

5. The government is unaware of the reason that the hearing was cancelled. Therefore, because the Court had previously stated that it would hold a hearing, and that the Court would issue a warrant for Constantinescu's arrest if he did not appear, the United States requests that the Court reschedule a hearing for Constantinescu to appear in-person and to address his bond conditions at such a hearing.

Dated: October 28, 2026

Respectfully submitted,

LORINDA LARYEA
White Collar & Corporate Enforcement Section
Criminal Division, Department of Justice

By: */s/ Kyle Crawford*
Kyle Crawford, Trial Attorney
Kashan Pathan, Trial Attorney
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel.: (202) 794-4010
Tel.: (202) 514-8804

Aaron Reitz
United States Attorney
Southern District of Texas

By: */s/ Thomas Carter*
Thomas H. Carter
Assistant United States Attorney
State Bar No.: TX24048387
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9470

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 28, 2026, the United States conferred with counsel for Defendant Edward Constantinescu regarding the foregoing motion, and Counsel indicated that he does not oppose the motion.

*/s/ Kyle Crawford*
Kyle Crawford, Trial Attorney
U.S. Department of Justice
Criminal Division

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Kyle Crawford*
Kyle Crawford, Trial Attorney
U.S. Department of Justice
Criminal Division