**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU, *et al.*** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

The Court grants the United States' *Renewed Motion for Defendant Edward Constinescu to Appear In-Person* and ORDERS that Defendant Edward Constantinescu, appear in-person at a hearing set for __________________, 2026.

Signed on______, 2026.

______________________________
The Hon. Alfred H. Bennett
U.S. District Judge