**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU, *et al.*** | § | |
| | § | |
| **Defendants.** | § | |

**UNITED STATES' NOTICE OF PROPOSED ORDER**

The United States, by and through undersigned counsel, consistent with the Court's directive to craft and propose an order to the Court regarding the pretrial release conditions of the defendants, submits the following proposed order. *See* Exhibit A. Specifically, at the motion hearing held on August 26, 2026, the Court heard from the parties regarding pretrial conditions of release, announced the imposition of conditions from the bench, and directed the Government to confer with defense counsel regarding the language of certain conditions. The Court further directed the Government to submit a proposed order to the Court after conferring with counsel. (Dkt. 815, Tr. at 36:25-37:02) ("Although I'm announcing these conditions from the bench, I would like a written order that can be entered as well.").

The Government has conferred with all defense counsel, who, with the exception of counsel for defendant Edward Constantinescu, do not oppose the conditions in the attached proposed order. Counsel for Constantinescu opposes conditions of pretrial release being entered as to Constantinescu unless a bond hearing is held first. The Government has also conferred with Pretrial Services, who do not oppose the conditions in the proposed order.

Dated: October 28, 2026

Respectfully submitted,

LORINDA LARYEA
White Collar & Corporate Enforcement Section
Criminal Division, Department of Justice

By: */s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
Kyle Crawford, Trial Attorney
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel.: 202-734-1709

Aaron Reitz
United States Attorney
Southern District of Texas

By: */s/ Thomas Carter*
Thomas H. Carter
Assistant United States Attorney
State Bar No.: TX24048387
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9470

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I will cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section